CO-386-online
10/03

# United States District Court
# For the District of Columbia

ARTHUR HOYTE, M.D.                )
                                  )
                                  )
                                  )
              vs     Plaintiff    )    Civil Action No._____
                                  )
YUM! BRANDS, INC.                 )
                                  )
                                  )
                     Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Yum! Brands, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Yum! Brands, Inc.  which have any outstanding securities in the hands of the public:

Parent companies: None
Subsidiaries: None
Affiliates: None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

463296
BAR IDENTIFICATION NO.

Ada Fernandez Johnson
Print Name

555 12th St., N.W., Suite 1100E
Address

Washington, D.C. 20004
City        State        Zip Code

(202) 383-8000
Phone Number

## CERTIFICATE OF SERVICE

I, Ada Fernandez Johnson, associated with Debevoise & Plimpton LLP, attorneys for defendant herein, certify:

I am over eighteen (18) years of age. On the 21st day of June 2006, I caused to be served copies of the within Corporate Disclosure Statement (Certificate Rule LCvR 7.1) by first class mail to counsel for the other parties to this action at the following addresses:

Richard D. Heideman

HEIDEMAN, NUDELMAN & KALIK PC

1146 19th Street N.W., Fifth Floor

Washington, D.C. 20036

(202) 463-1818

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2006.

Ada Fernandez Johnson