UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR HOYTE, M.D. on behalf of         :
himself and all those similarly situated,   :
                                            :
        Plaintiff,                          :
v.                                          :   Civil Action 06-1127 (JR)
                                            :
YUM! Brands, INC. d/b/a KFC,                :
                                            :
        Defendant.                          :
_____         :

PRAECIPE

The Court will please enter the appearance of Tracy Reichman Kalik as additional counsel for the Plaintiff to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated: June 23, 2006            Respectfully Submitted,

                                HEIDEMAN LEZELL NUDELMAN
                                 & KALIK P.C.
                                1146 19th Street, 5th Floor
                                Washington, DC  20036
                                Telephone:  202-463-1818
                                Telefax:  202-463-2999

                                By:___/s/ *Tracy Reichman Kalik*_____
                                    Richard D. Heideman (No. 377462)
                                    Noel J. Nudelman (No. 449969)
                                    Tracy Reichman Kalik (No. 462055)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd day of June, a copy of the forgoing was served via the ECF filing system of the United States District Court for the District of Columbia on counsel for the Defendant:

Ana Fernandez Johnson
Debevoise & Plimpton, LLP
555 12th Street, NW
Suite 1100E
Washington, DC  20004


                                                             _/s/Tracy Reichman Kalik___
                                                             Tracy Reichman Kalik