UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR HOYTE, M.D. on behalf of
himself and all those similarly situated,

       Plaintiff,

v.                                     Civil Action 06-1127 (JR)

YUM! Brands, INC. d/b/a KFC,

       Defendant.

## NOTICE OF FILING PROOF OF SERVICE

The Clerk will please take Notice that on June 15, 2006, in accordance with R. 4(c)(3) and (h) of the D.C. Rules of Civ. P. and in accordance with F.R.C.P. R. 4(e)(1), Plaintiff served Yum! Brands, Inc. d/b/a KFC by United States First Class Certified Mail, Return Receipt Requested. A Declaration of Proof of Service with the return receipt is attached hereto.

Dated: June 23, 2006

                                            Respectfully submitted,

                                            */s/ Tracy Reichman Kalik*
                                            RICHARD D. HEIDEMAN (#377462)
                                            NOEL J. NUDELMAN (#449969)
                                            TRACY REICHMAN KALIK (#462055)

                                            HEIDEMAN NUDELMAN & KALIK, P.C.
                                            1146 19th Street, Fifth Floor
                                            Washington, DC 20036
                                            Telephone: 202/463-1818
                                            202/463-2999 (fax)
                                            attorneys@hnklaw.com

                                            CENTER FOR SCIENCE IN THE PUBLIC INTEREST
                                            STEPHEN GARDNER, Director of Litigation
                                            (application for admission pending, Texas State Bar Number 07660600)

6060 North Central Expy., Ste. 560
Dallas, Texas 75206
Telephone: 202/237-2966
214/800-2834 (fax)

Attorneys for Plaintiff and the Class

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of June, a copy of the forgoing was served via the ECF filing system of the United States District Court for the District of Columbia on counsel for the Defendant:

Ana Fernandez Johnson
Debevoise & Plimpton, LLP
555 12th Street, NW
Suite 1100E
Washington, DC 20004

                                                   /s/*Tracy Reichman Kalik*
                                                   Tracy Reichman Kalik

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| ARTHUR HOYTE, M.D., et al ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 0004526-06 |
| ) | |
| vs. ) | |
| ) | |
| YUM! BRANDS, INC. d/b/a KFC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

AFFIDAVIT OF PROOF OF SERVICE

Keyauna C. Chase, under penalty of perjury, states upon personal knowledge and information that:

1. I am an adult of sound mind, over twenty-one (21) years of age, and I make this statement under penalty of perjury based on my own personal knowledge.

2. On Tuesday, June 13, 2006, in accordance with D.C. R. of Civ. P. R. 4(c)(3) and R. 4(h), I caused an envelope containing the Summons, a copy of the Complaint in the above captioned matter, and the Initial Order issued by this Court to be mailed via certified mail, return receipt requested, to the Registered Agent, CT Corporation Systems, for the Defendant, Yum! Brands, Inc.

3. The return receipt issued by the United States Post Office, indicates that said envelope was received by Matthew Redfield of CT Corporation Systems on June 15, 2006. The return receipt showing proof of service is attached below.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>CT Corporation System<br>C. Signature<br>X       JUN 1 5 2006        ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>MATTHEW REDFIELD |
| 1. Article Addressed to:<br>CT Corp. Systems<br>Kentucky Home Life Building<br>Louisville, KY 40202 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0012 3112 0291 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952 | |

I, Keyauna C. Chase declare under penalty of perjury that the forgoing is true and correct.

Executed on this the __23rd__ day of __June__, 2006.

_____
Keyauna C. Chase

Subscribed and Sworn before me, a Notary Public in _____

on this the __23rd__ day of June, 2006.

_____
Notary Public

YASMIN R. TOURE
Notary Public
Montgomery County
Maryland
My Commission Expires January 19, 2009

My Commission Expires:

2