IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,<br>118 Monroe Street, Apt. 1204<br>Rockville, MD 20850<br><br>                Plaintiff,<br><br>v.<br><br>YUM! BRANDS, INC. d/b/a KFC,<br>1441 Gardiner Lane<br>Louisville, KY 40213<br><br>                Defendant. | Civil Action No. 06-1127 (JR) |

## MOTION OF ROGER E. PODESTA FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Roger E. Podesta, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Podesta provides his declaration, which is attached as Exhibit A.

Dated:  June 28, 2006.

                Respectfully submitted,

                Counsel for Defendant:

                /s/ Ada Fernandez Johnson
                Ada Fernandez Johnson (Bar No. 463296)
                DEBEVOISE & PLIMPTON LLP
                555 13th Street, N.W.
                Washington, D.C. 20004-1169
                Tel:  (202) 383 8000
                Fax:  (202) 383 8118

# EXHIBIT A

Case 1:06-cv-01127-JR     Document 5     Filed 06/28/2006     Page 2 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,<br>118 Monroe Street, Apt. 1204<br>Rockville, MD 20850<br><br>                    Plaintiff,<br><br>v.<br><br>YUM! BRANDS, INC. d/b/a KFC,<br>1441 Gardiner Lane<br>Louisville, KY 40213<br><br>                    Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1127 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF ROGER E. PODESTA

I, ROGER E. PODESTA ("Applicant"), declare as follows:

1. <u>Request for Admission</u>: I am a partner at the law firm, Debevoise & Plimpton LLP, and I hereby request permission to participate in this action as counsel for Defendant.

2. <u>Name and Address of Applicant's Law Firm</u>:
   Debevoise & Plimpton LLP
   919 Third Avenue
   New York, NY  10022
   Tel: 212-909-6000
   Fax: 212-909-6836

3. <u>Bar Admission(s)</u>: I am a member of the Bar of the State of New York and am also registered to practice before the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States

Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4.  <u>Certification of Good Standing</u>: I certify that I have not been disciplined by any court of record or state bar association. There are no disciplinary proceedings pending against me.

5.  <u>Previous Appearances in this Court</u>: I have not been admitted *pro hac vice* in this Court within the last two years.

6.  <u>Residence Outside District</u>: I reside and practice law from an office outside the District of Columbia.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 28th day of June 2006.

/s/ Roger E. Podesta
Roger E. Podesta

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,<br>118 Monroe Street, Apt. 1204<br>Rockville, MD 20850<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>YUM! BRANDS, INC. d/b/a KFC,<br>1441 Gardiner Lane<br>Louisville, KY 40213<br><br>　　　　　　　　Defendant. | Civil Action No. 06-1127 (JR) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion of Roger E. Podesta for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration,

IT IS, on this is _____ day of June, 2006, ORDERED that the motion is hereby GRANTED.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable James Robertson
　　　　　　　　　　　　　　　　　United States District Judge

22230132v1