# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR HOYTE**, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>**YUM! BRANDS, INC.**, )<br>)<br>Defendant(s). ) | Case No. 06-cv-01127-JR |

## NOTICE REGARDING SUPERIOR COURT FILE

The original file, certified copy of transfer order, and docket sheet received from the Superior Court for the District of Columbia is in paper form only and is being maintained in the in the Clerk's office. The Superior Court Case Number is 06ca4526. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON, CLERK

Date:   June 29, 2006