IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,<br><br>           Plaintiff,<br><br>     v.<br><br>YUM! BRANDS, INC. d/b/a KFC,<br><br>           Defendant. | )<br>)<br>)<br>)  Civil Action No.  06-1127 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME TO ANSWER OR MOVE**

IT IS HEREBY STIPULATED AND AGREED that the time for defendant Yum! Brands, Inc. to answer or otherwise respond to the Complaint shall be extended up to and including August 4, 2006.

Dated: July 3, 2006

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| /s/ Tracy Reichman Kalik<br>Tracy Reichman Kalik (Bar No. 462055)<br>HEIDEMAN NUDELMAN & KALIK, P.C.<br>1146 19th Street, Fifth Floor<br>Washington, D.C.  20036<br>Tel:  (202) 463 1818<br>Fax:  (202) 463 2999 | /s/ Ada Fernandez Johnson<br>Ada Fernandez Johnson (Bar No. 463296)<br>DEBEVOISE & PLIMPTON LLP<br>555 13th Street, N.W.<br>Washington, D.C. 20004-1169<br>Tel:  (202) 383 8000<br>Fax:  (202) 383 8118 |

SO ORDERED:

_____          Dated: July \_\_\_\_, 2006
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

22232862v2