IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,<br><br>                Plaintiff,<br><br>v.<br><br>YUM! BRANDS, INC. d/b/a KFC,<br><br>                Defendant. | Civil Action No. 06-1127 (JR) |

**MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO THE COMPLAINT**

Defendant Yum! Brands, Inc. respectfully moves this Court for an extension of time up to and including August 4, 2006, for Defendant to answer or otherwise respond to the Complaint filed in this action. Plaintiff Arthur Hoyte consents to this motion.

WHEREFORE, Defendant requests that this Court enter the attached proposed *Order Granting Extension of Time for Defendant to Respond to the Complaint.*

Dated: Washington, D.C.
       July 6, 2006

                              Counsel for Defendant:

                              /s/ Ada Fernandez Johnson
                              Ada Fernandez Johnson (Bar No. 463296)
                              DEBEVOISE & PLIMPTON LLP
                              555 13th Street, N.W.
                              Washington, D.C. 20004-1169
                              Tel: (202) 383 8000
                              Fax: (202) 383 8118

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,<br><br>     Plaintiff,<br><br>v.<br><br>YUM! BRANDS, INC. d/b/a KFC,<br><br>     Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1127 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO THE COMPLAINT**

The Court has considered Defendant's *Motion for an Extension of Time to Respond to the Complaint* and, noting Plaintiff consents to the motion, finds an extension is appropriate. Accordingly, IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Defendant's Answer or Response to the Complaint is due on or before August 4, 2006.

Done and ordered this _____ day of _____, 2006.

                _____
                The Honorable James Robertson
                United States District Judge

## CERTIFICATE OF SERVICE

I, Ada Fernandez Johnson, associated with Debevoise & Plimpton LLP, attorneys for defendant herein, certify:

I am over eighteen (18) years of age. I hereby certify that a copy of the foregoing *Motion for Extension of Time for Defendant to Respond to the Complaint* and proposed *Order Granting Motion for Extension for Time to Respond to the Complaint* were served on July 6, 2006, by first class mail to counsel for the other parties to this action at the following address:

>Tracy Reichman Kalik, Esq.
>HEIDEMAN NUDELMAN & KALIK, P.C.
>1146 19th Street N.W., Fifth Floor
>Washington, D.C. 20036
>Tel: (202) 463 1818
>Fax: (202) 463 2999
>
>*Counsel for Plaintiff*

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2006.

>/s/ Ada Fernandez Johnson
>Ada Fernandez Johnson