UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR HOYTE, M.D., :
:
    Plaintiff, :
:
  v. : Civil Action No. 06-1127 (JR)
:
YUM! BRANDS, INC. d/b/a KFC :
:
    Defendant. :

### ORDER

Upon consideration of defendant's motions for the *pro hac vice* appearances of Roger E. Podesta [5], Mark P. Goodman [6] and Erich O. Grosz [7], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                          JAMES ROBERTSON
                               United States District Judge