IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,<br><br>Plaintiff,<br><br>v.<br><br>YUM! BRANDS, INC. d/b/a KFC,<br><br>Defendant. | )<br>)<br>) Civil Action No. 06-1127 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF ERICH O. GROSZ**

I, ERICH O. GROSZ, hereby declare as follows:

1. I am a member of the Bar of the State of New York and an attorney with Debevoise & Plimpton LLP, counsel for Yum! Brands, Inc.

2. I submit this declaration pursuant to 28 U.S.C. § 1746, in support of Yum! Brands, Inc.'s Motion to Dismiss.

3. In support of this Motion, I attach the following exhibits:

| No. | Exhibit |
|---|---|
| 1. | U.S. Department of Health and Human Services, Dietary Guidelines for Americans 2005, Ch. 6 |
| 2. | U.S. Department of Health and Human Services, Guidelines: Aim for Fitness |
| 3. | U.S. Department of Health and Human Services, HHS Unveils FDA Strategy to Help Reduce Obesity (March 12, 2004) |

| | |
|---|---|
| 4. | U.S. Food and Drug Administration, <u>Questions and Answers about Trans Fat Nutrition Labeling</u> (updated January 1, 2006) |
| 5. | U.S. Food and Drug Administration, <u>FDA News: FDA Receives Keystone Forum Report on Away-From-Home Foods</u> (June 2, 2006) |
| 6. | National Academy of Sciences / Institute of Medicine <u>Letter Report on Dietary Reference Intakes for Trans Fatty Acids</u> (2002) |
| 7. | U.S. Food and Drug Administration, Nutrition Subcommittee of the Food Advisory Committee, <u>Summary Minutes of Nutrition Subcommittee, April 27 & 28, 2004</u> |
| 8. | Center for Science in the Public Interest, <u>Petition for Rulemaking to Revoke the Authority for Industry to Use Partially Hydrogenated Vegetable Oils in Foods</u> (submitted to U.S. Food and Drug Administration on May 18, 2004) |
| 9. | Center for Science in the Public Interest, <u>TransFree America Campaign Launched</u> (May 18, 2004) |
| 10. | KFC Website, <u>available at</u> http://www.kfc.com/kitchen/nutrition.htm |
| 11. | KFC, <u>Ingredient Statement</u>, <u>available at</u> http://www.kfc.com/kitchen/nutrition.htm (added to website August 2005) |
| 12. | <u>Keep it Balanced</u>, Form #6020, example of KFC Brochure |
| 13. | KFC, <u>Nutrition Guide</u>, <u>available at</u> http://www.kfc.com/kitchen/nutrition.htm (trans fat information added December 2004) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 3, 2006
      New York, New York

                                            <u>/s/ Erich O. Grosz</u>
                                            Erich O. Grosz