Declaration of Erich O. Grosz

# Exhibit 6

**Case No. 06-CV-01127 (JR)**

# Letter Report on Dietary Reference Intakes for *Trans* Fatty Acids

Drawn from the Report on

## Dietary Reference Intakes for Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids



A Report of the
Panel on Macronutrients,
Subcommittees on Upper Reference Levels of Nutrients
and on Interpretation and Uses of Dietary Reference Intakes, and the
Standing Committee on the Scientific Evaluation
of Dietary Reference Intakes

Food and Nutrition Board

INSTITUTE OF MEDICINE

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

This project was funded by the U.S. Department of Health and Human Services Office of Disease Prevention and Health Promotion, Contract No. 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, TO #4; Health Canada; the U.S. Food and Drug Administration; the National Institutes of Health; the Centers for Disease Control and Prevention; the U.S. Department of Agriculture; the Department of Defense; the Institute of Medicine; and the Dietary Reference Intakes Corporate Donors' Fund. Contributors to the Fund include Roche Vitamins Inc, Mead Johnson Nutrition Group, Daiichi Fine Chemicals, Inc, Kemin Foods, Inc, M&M Mars, Weider Nutrition Group, and Natural Source Vitamin E Association. The opinions or conclusions expressed herein do not necessarily reflect those of the funders.

This letter report has been posted as a pdf file on the National Academies websit at **www.iom.edu/fnb**. It is excerpted from the full report, *Dietary Reference Intakes for Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids*, which will be available for sale in late summer from the National Academy Press, 2101 Constitution Avenue, N.W., Box 285, Washington, DC 20055; call (800) 624-6242 or (202) 334-3313 (in the Washington metropolitan area), or visit the NAP's on-line bookstore at **http://www.nap.edu**.

For more information about the Institute of Medicine, visit the IOM home page at **www.iom.edu.**

Copyright 2002 by the National Academy of Sciences. All rights reserved.

The serpent has been a symbol of long life, healing, and knowledge among almost all cultures and religions since the beginning of recorded history. The serpent adopted as a logotype by the Institute of Medicine is a relief carving from ancient Greece, now held by the Staatliche Museen in Berlin.

*Knowing is not enough; we must apply.*
*Willing is not enough; we must do.*

—Goethe



# INSTITUTE OF MEDICINE

Shaping the Future for Health

# THE NATIONAL ACADEMIES

National Academy of Sciences
National Academy of Engineering
Institute of Medicine
National Research Council

The **National Academy of Sciences** is a private, nonprofit, self-perpetuating society of distinguished scholars engaged in scientific and engineering research, dedicated to the furtherance of science and technology and to their use for the general welfare. Upon the authority of the charter granted to it by the Congress in 1863, the Academy has a mandate that requires it to advise the federal government on scientific and technical matters. Dr. Bruce M. Alberts is president of the National Academy of Sciences.

The **National Academy of Engineering** was established in 1964, under the charter of the National Academy of Sciences, as a parallel organization of outstanding engineers. It is autonomous in its administration and in the selection of its members, sharing with the National Academy of Sciences the responsibility for advising the federal government. The National Academy of Engineering also sponsors engineering programs aimed at meeting national needs, encourages education and research, and recognizes the superior achievements of engineers. Dr. Wm. A. Wulf is president of the National Academy of Engineering.

The **Institute of Medicine** was established in 1970 by the National Academy of Sciences to secure the services of eminent members of appropriate professions in the examination of policy matters pertaining to the health of the public. The Institute acts under the responsibility given to the National Academy of Sciences by its congressional charter to be an adviser to the federal government and, upon its own initiative, to identify issues of medical care, research, and education. Dr. Harvey Fineberg is president of the Institute of Medicine.

The **National Research Council** was organized by the National Academy of Sciences in 1916 to associate the broad community of science and technology with the Academy's purposes of furthering knowledge and advising the federal government. Functioning in accordance with general policies determined by the Academy, the Council has become the principal operating agency of both the National Academy of Sciences and the National Academy of Engineering in providing services to the government, the public, and the scientific and engineering communities. The Council is administered jointly by both Academies and the Institute of Medicine. Dr. Bruce M. Alberts and Dr. Wm. A. Wulf are chairman and vice chairman, respectively, of the National Research Council.

## PANEL ON DIETARY REFERENCE INTAKES FOR MACRONUTRIENTS

**JOANNE R. LUPTON** (*Chair*), Faculty of Nutrition, Texas A&M University, College Station
**GEORGE A. BROOKS**, Department of Integrative Biology, University of California at Berkeley
**NANCY F. BUTTE**, Department of Pediatrics, U.S. Department of Agriculture/Agriculture Research Service Children's Nutrition Research Center, Baylor College of Medicine, Houston, Texas
**BENJAMIN CABALLERO**, Center for Human Nutrition, Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland
**JEAN PIERRE FLATT**, Department of Biochemistry and Molecular Biology, University of Massachusetts Medical Center, Worcester
**SUSAN K. FRIED**, Department of Nutritional Sciences, Rutgers University, New Brunswick, New Jersey
**PETER J. GARLICK**, Department of Surgery, State University of New York at Stony Brook
**SCOTT M. GRUNDY**, Center for Human Nutrition, University of Texas Southwestern Medical Center, Dallas
**SHEILA M. INNIS**, BC Research Institute for Children's and Women's Health, University of British Columbia, Vancouver
**DAVID J.A. JENKINS**, Department of Nutritional Sciences, University of Toronto, Ontario
**RACHEL K. JOHNSON**, Department of Nutrition and Food Sciences, The University of Vermont, Burlington
**RONALD M. KRAUSS**, Department of Molecular Medicine, Lawrence Berkeley National Laboratory, University of California, Berkeley
**PENNY KRIS-ETHERTON**, Department of Nutrition, The Pennsylvania State University, University Park
**ALICE H. LICHTENSTEIN**, Jean Mayer U.S. Department of Agriculture Human Nutrition Research Center on Aging, Tufts University, Boston, Massachusetts
**FRANK Q. NUTTALL**, Department of Medicine University of Minnesota School of Medicine, Minneapolis
**PAUL B. PENCHARZ**, Departments of Pediatrics and Nutritional Sciences, University of Toronto, Ontario
**F. XAVIER PI-SUNYER**, Department of Medicine, Columbia University, New York, New York
**WILLIAM M. RAND,** Department of Family Medicine and Community Health, Tufts University School of Medicine, Boston, Massachusetts
**PETER J. REEDS**, Department of Animal Sciences, University of Illinois at Urbana-Champaign
**ERIC B. RIMM**, Department of Nutrition, Harvard School of Public Health, Boston, Massachusetts
**SUSAN B. ROBERTS**, Jean Mayer U.S. Department of Agriculture Human Nutrition Research Center on Aging, Tufts University, Boston, Massachusetts

*Staff*

**SANDRA SCHLICKER**, Senior Program Officer
**PAULA R. TRUMBO**, Senior Program Officer
**ALICE L. VOROSMARTI**, Research Associate
**KIMBERLY STITZEL**, Research Assistant (until January 2001)
**CARRIE L. HOLLOWAY**, Research Assistant
**GAIL E. SPEARS**, Staff Editor
**SANDRA AMAMOO-KAKRA**, Senior Project Assistant
**MICHELE RAMSEY**, Senior Project Assistant (until June 2001)

## SUBCOMMITTEE ON UPPER REFERENCE LEVELS
## OF NUTRIENTS

**IAN C. MUNRO** *(Chair through December 2001)*, CanTox, Inc., Mississauga, Ontario, Canada

**JOSEPH** V. **RODRICKS** *(Chair beginning January 2002)*, ENVIRON International Corporation, Arlington, Virginia

**G. HARVEY ANDERSON**, Department of Nutritional Sciences, University of Toronto, Ontario

**GEORGE C. BECKING**, Phoenix OHC, Kingston, Ontario

**ELAINE FAUSTMAN**, Department of Environmental Health, University of Washington, Seattle

**SUZANNE HENDRICH,** Department of Food Science and Human Nutrition, Iowa State University, Ames

**RENATE D. KIMBROUGH**, (October 1999-December 2001) Institute for Evaluating Health Risks, Washington, D.C.

**SANFORD A. MILLER**, Center for Food and Nutrition Policy, Virginia Polytechnic Institute and State University, Alexandria

**HARRIS PASTIDES**, School of Public Health, University of South Carolina, Columbia

**JOHN A. THOMAS**, San Antonio, Texas

**GARY M. WILLIAMS**, Department of Environmental Pathology and Toxicology, New York Medical College, Valhalla, New York

*Staff*
**SANDRA SCHLICKER**, Study Director
**SANDRA AMAMOO-KAKRA**, Senior Project Assistant

## SUBCOMMITTEE ON INTERPRETATION AND USES OF
## DIETARY REFERENCE INTAKES

**SUSAN I. BARR** (*Chair*), Department of Food, Nutrition, and Health, University of British Columbia, Vancouver

**TANYA D. AGURS-COLLINS**, Department of Oncology, Howard University Cancer Center, Washington, DC

**ALICIA CARRIQUIRY**, Department of Statistics, Iowa State University, Ames

**ANN COULSTON**, Hattner/Coulston Nutrition Associates, LLC., Palo Alto, California

**BARBARA L. DEVANEY**, Mathematica Policy Research, Princeton, New Jersey

**JANET HUNT**, U.S. Department of Agriculture/Agriculture Research Service, Grand Forks Human Nutrition Research Center, Grand Forks, North Dakota

**SUZANNE MURPHY**, Cancer Research Center of Hawaii, University of Hawaii, Honolulu

**VALERIE TARASUK**, Department of Nutritional Sciences, University of Toronto, Ontario

*Staff*
**MARY POOS**, Study Director
**ALICE L. VOROSMARTI**, Research Associate
**HARLEEN SETHI**, Project Assistant

## STANDING COMMITTEE ON THE SCIENTIFIC EVALUATION OF DIETARY REFERENCE INTAKES

**VERNON R. YOUNG** (*Chair*), Laboratory of Human Nutrition, School of Science, Massachusetts Institute of Technology, Cambridge

**JOHN W. ERDMAN, JR.** (*Vice-Chair*), Department of Food Science and Human Nutrition, College of Agricultural, Consumer and Environmental Sciences, University of Illinois at Urbana-Champaign

**LINDSAY H. ALLEN**, Department of Nutrition, University of California, Davis

**STEPHANIE A. ATKINSON**, Department of Pediatrics, Faculty of Health Sciences, McMaster University, Hamilton, Ontario

**JOHN D. FERNSTROM**, UMPC Health System Weight Management Center, University of Pittsburgh School of Medicine, Pennsylvania

**SCOTT M. GRUNDY**, Center for Human Nutrition, University of Texas Southwestern Medical Center at Dallas

**SANFORD A. MILLER**, Center for Food and Nutrition Policy, Virginia Polytechnic Institute and State University, Alexandria

**WILLIAM M. RAND,** Department of Family Medicine and Community Health, Tufts University School of Medicine, Boston, Massachusetts

**ROBERT M. RUSSELL**, Jean Mayer U.S. Department of Agriculture Research Center on Aging, Tufts University, Boston, Massachusetts

*Technical Advisor to the DRI Projects*
**GEORGE BEATON**, GHB Consulting, Willowdale, Ontario

*U.S. Government Liaison*
**KATHRYN Y. McMURRY,** Office of Disease Prevention and Health Promotion, U.S. Department of Health and Human Services, Washington, D.C.

*Canadian Government Liaison*
**PETER W.F. FISCHER**, Nutrition Research Division, Health Protection Branch, Health Canada, Ottawa, Ontario

*Staff*
**ALLISON A. YATES**, Study Director
**MARY POOS**, Senior Program Officer
**SANDRA SCHLICKER**, Senior Program Officer
**PAULA TRUMBO**, Senior Program Officer
**ALICE L. VOROSMARTI**, Research Associate
**CARRIE L. HOLLOWAY**, Research Assistant
**GAIL E. SPEARS**, Staff Editor
**SANDRA AMAMOO-KAKRA**, Senior Project Assistant

# FOOD AND NUTRITION BOARD

**CUTBERTO GARZA** (*Chair*), Department of Nutrition Sciences, Cornell University, Ithaca, New York

**ROBERT M. RUSSELL** (*Vice Chair*), Jean Mayer U.S. Department of Agriculture Human Nutrition Research Center on Aging, Tufts University, Boston, Massachusetts

**VIRGINIA A. STALLINGS** (*Vice Chair*), Division of Gastroenterology and Nutrition, The Children's Hospital of Philadelphia, Pennsylvania

**LARRY R. BEUCHAT**, Center for Food Safety and Quality Enhancement, University of Georgia, Griffin

**BENJAMIN CABALLERO**, Center for Human Nutrition, Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland

**ROBERT J. COUSINS**, Center for Nutritional Sciences, University of Florida, Gainesville

**SHIRIKI KUMANYIKA**, Center for Clinical Epidemiology and Biostatistics, University of Pennsylvania School of Medicine, Philadelphia

**LYNN PARKER**, Child Nutrition Programs and Nutrition Policy, Food Research and Action Center, Washington, D.C.

**ROSS L. PRENTICE**, Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, Seattle, Washington

**A. CATHARINE ROSS**, Department of Nutrition, The Pennsylvania State University, University Park

**BARBARA O. SCHNEEMAN**, Department of Nutrition, University of California, Davis

**ROBERT E. SMITH**, R.E. Smith Consulting, Inc., Newport, Vermont

**STEVE L. TAYLOR**, Department of Food Science and Technology and Food Processing Center, University of Nebraska, Lincoln

**CATHERINE E. WOTEKI**, Iowa Agriculture and Human Economics Experiment Station, Iowa State University, Ames

**BARRY L. ZOUMAS**, Department of Agricultural Economics and Rural Sociology, Pennsylvania State University, University Park

*Staff*
**ALLISON A. YATES**, Director
**LINDA MEYERS**, Deputy Director
**GAIL E. SPEARS**, Administrative Assistant
**GERALDINE KENNEDO**, Administrative Assistant
**GARY WALKER**, Financial Analyst

# DIETARY REFERENCE INTAKES FOR *TRANS* FATTY ACIDS

## ORIGIN OF THIS REPORT

At the request of the U.S. Food and Drug Administration (FDA), the Food and Nutrition Board of the Institute of Medicine (IOM) has prepared this letter report on *trans* fatty acids. It is based on part of the chapter, Dietary Fats: Total Fat and Fatty Acids, contained in the forthcoming IOM report, *Dietary Reference Intakes for Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids.*

We hope this letter report will be helpful to FDA as it considers a petition to label foods with their *trans* fatty acid content. While this report might not be identical to the corresponding section of the full report once it is released, any changes will be editorial in nature. The findings in this letter report have full standing as an IOM report.

## BACKGROUND ON *TRANS* FATTY ACIDS

*Trans* fatty acids are unsaturated fatty acids that contain at least one double bond in the *trans* configuration. The *trans* double bond configuration results in a greater bond angle than the *cis* configuration. This results in a more extended fatty acid carbon chain more similar to that of saturated fatty acids rather than that of *cis* unsaturated double bond containing fatty acids. The conformation of the double bond(s) impacts on the physical properties of the fatty acid. Those fatty acids containing a *trans* double bond have the potential for closer packing or aligning of acyl chains, resulting in decreased mobility; hence fluidity is reduced when compared to fatty acids containing a *cis* double bond. Partial hydrogenation of polyunsaturated oils causes isomerization of some of the remaining double bonds and migration of others, resulting in an increase in the *trans* fatty acid content and the hardening of fat. Hydrogenation of oils, such as corn oil, can result in both *cis* and *trans* double bonds, anywhere between carbon 4 and carbon 16. A major *trans* fatty acid is elaidic acid (9*trans* 18:1), but during hydrogenation of polyunsaturated fatty acids, small amounts of several other *trans* fatty acids (9*trans*,12*cis* 18:2; 9*cis* and 12*trans* 18:2) are produced. In addition to these isomers, dairy fat and meats contain 9*trans* 16:1 and conjugated dienes (9*cis*,11*trans* 18:2). Foods containing hydrogenated oils tend to have a higher *trans* fatty acid content than those that do not contain hydrogenated oils (Emken, 1995).

Conjugated linoleic acid (CLA) is a collective term for a group of geometric and positional isomers of linoleic acid in which the *trans/cis* double bonds are conjugated; that is, the double

1

bonds occur without an intervening carbon atom not part of a double bond. At least nine different isomers of CLA have been reported as minor constituents of food (Ha et al., 1989), but only two of the isomers, *cis*-9,*trans*-11 and *trans*-10,*cis*-12, possess biological activity (Pariza et al., 2001). There is limited evidence to suggest that the *trans*-10,*cis*-12 isomer reduces the uptake of lipids by the adipocyte and that the *cis*-9, *trans*-11 isomer is active in inhibiting carcinogenesis. Similarly, there are limited to data to show that *cis*9,*trans*11 and *trans*10,*cis*12 isomers inhibit atherogenesis (Kritchevsky et al., 2000).

CLA is naturally present in dairy products and ruminant meats as a consequence of biohydrogenation in the rumen. *Butyrivibrio fibrisolvens*, a ruminant microorganism, is responsible for the production of the *cis*-9,*trans*-11 CLA isomer that is synthesized as a result of the biohydrogenation of linoleic acid (Noble et al., 1974). The *cis*-9,*trans*-11 CLA isomer may be directly absorbed or further metabolized to *trans*-11 octadecenoic acid (vaccenic acid) (Pariza et al., 2001). After absorption, vaccenic acid can then be converted back to *cis*-9,*trans*-11 CLA within mammalian cells by Δ9 desaturase (Adlof et al., 2000; Chin et al., 1994; Griinari et al., 2000; Santora et al., 2000). Additionally, the biohydrogenation of several other polyunsaturated fatty acids has been shown to produce vaccenic acid as an intermediate (Griinari and Bauman, 1999), thus providing additional substrate for the endogenous production of *cis*-9,*trans*-11 CLA. Griinari and coworkers (2000) estimate that approximately 64 percent of the CLA in cow milk is of endogenous origin.

Verhulst and coworkers (1987) isolated a microorganism, *Propionibacterium acnes*, that appears to have the ability to convert linoleic acid to *trans*-10,*cis*-12 CLA, an isomer of CLA that is found in rumen digesta (Fellner et al., 1999). *Trans*-10 octadecenoic acid is formed in the rumen via biohydrogenation of *trans*-10,*cis*-12 CLA, and both have been reported to be found in cow milk (Griinari and Bauman, 1999). However, endogenous production of *trans*-10,*cis*-12 CLA from *trans*-10 octadecenoic acid does not occur because mammalian cells do not posses the Δ12 desaturase enzyme (Adlof et al., 2000; Pariza et al., 2001). Therefore, any *trans*-10,*cis*-12 CLA isomer that is reported in mammalian tissue or sera would likely originate from gastrointestinal absorption.

Small amounts of *trans* fatty acids and CLA are present in all diets. They can serve as a source of fuel energy for the body. However, there are no known requirements for *trans* fatty acids and CLA for specific body functions.

## Absorption

Similar to other fatty acids, the coefficient of absorption of elaidic acid (18:1*t*) is about 95 percent (Emken, 1979). Studies in humans using pure triacylglycerols containing deuterated *cis* and *trans* octadecenoic acid isomers varying in melting point and double bond position suggest that the presence of *trans* double bond(s) in the fatty acyl chain has no measurable effect on efficiency of absorption (Emken, 1979, 1984).

## Transport

*Trans* fatty acids are transported similarly to other dietary fatty acids and are distributed within the cholesteryl ester, triacylglycerol, and phospholipid fractions of lipoproteins (Vidgren et al., 1998). Platelet lipids also contain *trans* fatty acids, and their composition reflects *trans* fatty acid intake as do other tissues, with the exception of the brain (Mensink and Hornstra, 1995).

2

## Metabolism

The *trans* isomers of oleic acid and linoleic acid that are formed during partial hydrogenation of unsaturated vegetable oils have been suggested to have potential adverse effects in fetal and infant growth and development through inhibition of the desaturation of linoleic acid and α-linolenic acid to arachidonic acid and docosahexaenoic acid (DHA), respectively (Koletzko, 1992; van Houwelingen and Hornstra, 1994). Many animal and in vitro studies, however, have involved much higher amounts of *trans* than all *cis* polyunsaturated fatty acids (Hwang et al., 1982; Shimp et al., 1982). Other animal studies have suggested that the deleterious effects seen with high intakes of *trans* fatty acid intake do not occur with amounts comparable to those consumed in a normal human diet containing sufficient amounts of linoleic acid (Bruckner et al., 1982; Zevenbergen et al., 1988).

Available animal and human data indicate that adipose tissue *trans* fatty acid content reflects the content of the diet, and that selective accumulation does not occur (Emken, 1984). More recent attention has been focused on validating the use of adipose *trans* fatty acid content as a measure of long-term dietary intake. In a study of Canadian subjects, Chen and colleagues (1995b) reported that adipose tissue *trans* fatty acid patterns, particularly those isomers found in partially hydrogenated vegetable fat, reflected dietary sources. Garland and coworkers (1998) also reported that adipose tissue *trans* fatty acid patterns correlated with intake and noted a stronger relationship with the isomers found in vegetable rather than animal fat. The authors cautioned that the later conclusion may have been due to the smaller between-person variability with animal versus vegetable *trans* fatty acid intake. In a letter to the editor regarding this study, Aro and Salminen (1998) suggested that the stronger correlation between adipose tissue *trans* fatty acid isomers found in hydrogenated vegetable rather than animal fat may be attributable to different rates of metabolism of the *trans* isomers. Two groups have used adipose tissue *trans* fatty acid to corroborate dietary *trans* fatty acid intake derived from food frequency questionnaires and found a strong relationship (Lemaitre et al., 1998; London et al., 1991). Despite these observations, it should be noted that adipose tissue *trans* fatty acid profiles can be confounded by the retention of intermediate products of β-oxidation (Emken, 1995).

## Excretion

*Trans* fatty acids are completely catabolized to carbon dioxide and water.

## Impact of *Trans* Fatty Acids on *n*-6 and *n*-3 Metabolism

The *trans* isomers of oleic acid and linoleic acid, which are present in hydrogenated vegetable oils and meats, have been suggested to have adverse effects on growth and development through inhibition of the desaturation of linoleic acid and α-linolenic acid to arachidonic acid and DHA, respectively (Sugano and Ikeda, 1996). Desaturation and elongation of *trans* linoleic and α-linolenic acid isomers containing a double bond at the *cis*-12 and *cis*-15 position, respectively, with formation of 20 and 22 carbon chain metabolites that could be incorporated into membrane lipids, has also been suggested. In vitro studies and studies with animals fed diets high in *trans* fatty acids have found evidence of reduced essential *n*-6 and *n*-3 fatty acid desaturation (Cook, 1981; Rosenthal and Doloresco, 1984). An inverse association between total *trans* fatty acids and arachidonic acid and DHA concentrations in plasma cholesteryl esters, and between plasma cholesteryl esters, elaidic acid (18:1*trans*), and birth

3

weight of premature infants has been reported (Koletzko, 1992). Studies in term infants found no relation between *trans* fatty acids and length of gestation, birth weight, or birth length (Elias and Innis, 2001). Similarly, an inverse association between plasma phospholipid *trans* fatty acids and arachidonic acid has been found for children aged 1 to 15 years (Decsi and Koletzko, 1995). The industrial hydrogenation of vegetable oils results in destruction of *cis* essential *n*-6 and *n*-3 fatty acids and the formation of *trans* fatty acids (Valenzuela and Morgado, 1999). It is not clear if differences in dietary intakes of *n*-6 and *n*-3 fatty acids, rather than inhibition of linoleic acid and α-linolenic acid desaturation by *trans* fatty acids, explains the statistical inverse associations between *trans* and *n*-6 and *n*-3 fatty acids reported in some studies (Craig-Schmidt, 2001). Based on the much greater affinity of the Δ6 desaturase for *cis n*-3 and *n*-6 fatty acids than monounsaturated fatty acids (Brenner, 1974; Castuma et al., 1977) and experimental work to show inhibition of the Δ6 desaturation of linoleic acid is not of concern with linoleic acid intakes above about 2 percent of energy (Zevenbergen et al., 1988), it seems unlikely that inhibition of essential fatty acid metabolism by *trans* fatty acids is of concern for practical human diets.

## FINDINGS BY LIFE STAGE AND GENDER GROUP

There are no data available to indicate a health benefit from consuming *trans* fatty acids. Therefore, an Adequate Intake, Estimated Average Requirement, and Recommended Dietary Allowance are not established for *trans* fatty acids.

## FOOD SOURCES OF *TRANS* FATTY ACIDS

Reports listing the *trans* fatty acid level in selected food items are available from the United States (Enig et al., 1990; Litin and Sacks, 1993; Michels and Sacks, 1995), Canada (Ratnayake et al., 1993), and Europe (Aro et al., 1998a, 1998b, 1998c; Michels and Sacks, 1995; van Erp-baart et al., 1998; van Poppel et al., 1998). More recently, a comprehensive U.S. database was compiled by the U.S. Department of Agriculture's Agricultural Research Service (ARS, 2001), which included a description of the methodology used to formulate the nutrient values (Schakel et al., 1997). *Trans* fatty acids are present in foods containing traditional stick margarine (3.04 g *trans* fatty acids/serving) and vegetable shortenings (2.54 g/serving) that have been subjected to hydrogenation, as well as in milk (0.22 g/serving), butter (0.40 g/serving), and meats (0.01 to 0.21 g/serving) (Emken, 1995). Therefore, foods that are contributors of *trans* fatty acids include pastries, fried foods (e.g., doughnuts and french fries), dairy products, and meats. Human milk contains approximately 1 to 5 percent of total energy as *trans* fatty acids (Table 1).

## DIETARY INTAKE OF *TRANS* FATTY ACIDS

Estimating the amount of *trans* fatty acids in the food supply has been hampered by the lack of an accurate and comprehensive database on which to derive the data and the trend towards the reformulation of products over the past decade to reduce levels. This later issue complicates analysis of historical food intake data. Additionally, the variability in the *trans* fatty acid content of foods within a food category is extensive and can introduce substantial error when the calculations are based on food frequency questionnaires that heavily rely on the grouping of similar foods (Innis et al., 1999). *Trans* fatty acid intake is not currently collected in U.S. national surveys.

**TABLE 1** *Trans* Fatty Acid Content in Term Human Milk of Women in the United States and Canada

| Reference | Study Population/Stage of Lactation[a] | *Trans* Fatty Acid | Content in Human Milk | |
|---|---|---|---|---|
| | | | % of Total Fatty Acids | % of Total Energy[b] |
| Gibson and Kneebone, 1981 | 120 women, 40–45 d pp | 16:1 | Trace | Trace |
| | | 18:1 | ~10 | ~5.46 |
| Chappell et al., 1985 | 7 women, 1–37 d pp | 18:1(9) | 2.6 ± 0.4 | 1.42 |
| | | 18:1(7) | 0.1 ± 0.03 | 0.05 |
| | | 18:1(5) | 0.1 ± 0.04 | 0.05 |
| | | 18:2(6) c,t + t,c[c] | 0.1 ± 0.4 | 0.05 |
| | | Total | 2.9 | 1.57 |
| Chen et al., 1995a | 198 samples, 3–4 weeks pp | Total *trans* | 7.19 ± 3.03 | 3.92 |
| Innis and King, 1999 | 103 women, 2 mo pp | Total *trans* | 7.1 ± 0.32 | 3.88 |

[a] pp = postpartum.
[b] Calculated using the following values: 40g fat/L milk, 8.87 kcal/g fat, 650 kcal/L milk.
[c] c,t + t,c = *cis, trans* and *trans, cis*.

Early reports suggested a wide range of *trans* fatty acid intakes, 2.6 to 12.8 g/day (Emken, 1995). The lower estimated intakes tended to be derived from food frequency data, whereas the higher estimated intakes tended to be derived from food availability data. More recent data from food frequency questionnaires collected in the United States suggest average *trans* fatty acid intakes of 1.5 to 2.2 percent of energy (Ascherio et al., 1994; Hu et al., 1997) or 5.2 percent of total dietary fat (Lemaitre et al., 1998). Intakes of about 1 to 2 percent of energy have been reported for women in Canada, although the range of intake was wide (Elias and Innis, 2001, 2002). Most recently, *trans* fatty acid intake was estimated using data from the Continuing Survey of Food Intakes by Individuals (Allison et al., 1999). The mean *trans* fatty acid intake for the U.S. population aged 3 years and older was 2.6 percent of total energy intake.

## ADVERSE EFFECTS OF *TRANS* FATTY ACIDS

### Hazard Identification

*Total and Low-Density Lipoprotein Cholesterol Concentrations*

Prior to 1980 there was generally little concern about the trend toward increased consumption of hydrogenated fat in the U.S. diet, especially when the hydrogenated fats displaced fats relatively high in saturated fatty acids (Denke, 1995). During the early 1980s studies showed a hypercholesterolemic effect of *trans* fatty acids in rabbits (Kritchevsky, 1982; Ruttenberg et al., 1983). Renewed interest in the topic of hydrogenated fat in human diets, or more precisely *trans* fatty acid intake, started in the early 1990s. The availability of a methodology able to distinguish the responses of individual lipoprotein classes to dietary

modification expanded the depth to which the topic could be readdressed. A report from the Netherlands suggested that a diet enriched in elaidic acid (a subfraction of 18:1 *trans*), compared to one enriched in oleic acid (18:1 *cis*), increased total and low-density lipoprotein (LDL) cholesterol concentrations and decreased high-density lipoprotein (HDL) cholesterol concentration, hence resulting in a less favorable total cholesterol/HDL cholesterol ratio (Mensink and Katan, 1990). Consumption of a diet enriched with saturated fatty acids resulted in LDL cholesterol concentrations similar to those observed after subjects consumed a diet high in elaidic acid, but HDL cholesterol concentrations were similar to those observed after subjects consumed the diet high in oleic acid. A number of studies on the topic have been published since then and have reported that hydrogenated fat/*trans* fatty acid consumption increases LDL cholesterol concentrations (Aro et al., 1997; Judd et al., 1994, 1998; Louheranta et al., 1999; Müller et al., 1998; Sundram et al., 1997) (Tables 2, 3, and 4). Recent data have demonstrated a dose-dependent relationship between *trans* fatty acid intake and the LDL:HDL ratio and when combining a number of studies, the magnitude of this effect is greater for *trans* fatty acids compared to saturated fatty acids (Figure 1) (Ascherio et al., 1999).

Similar to the metabolic/clinical trial data, studies in free-living subjects asked to substitute hydrogenated fat for other fat in their habitual diet resulted in higher concentrations of total and LDL cholesterol (Table 4) (Nestel et al., 1992b; Noakes and Clifton, 1998; Seppänen-Laakso et al., 1993).



**FIGURE 1**  Change in the low-density lipoprotein (LDL):high-density lipoprotein (HDL) cholesterol concentration with increasing energy intake from saturated and *trans* fatty acids. Solid line represents the best-fit regression for *trans* fatty acids. Dotted line represents the best-fit regression for saturated fatty acids. Reprinted, with permission, from Ascherio et al. (1999). Copyright 1999 by the Massachusetts Medical Society.

**TABLE 2** Dietary *Trans* Fatty Acids (TFA) and Blood Lipid Concentration: Controlled Feeding Trials

| Reference | Study Population | Diet[a] | TFA (% of energy) | Blood Lipid Concentrations[b] | | |
|---|---|---|---|---|---|---|
| | | | | LDL-C (mmol/L) | HDL-C (mmol/L) | Lp(a) (mg/L) |
| Mensink and Katan, 1990; Mensink et al., 1992 | 79 men and women, avg 25–26 y | 3-wk crossover, 40% fat | | | | |
| | | 10% 18:1 | 0 | 2.67[c] | 1.42[c] | 32[c] |
| | | 10% SFA | 1.8 | 3.14[d] | 1.42[c] | 26[d] |
| | | 10% TFA | 10.9 | 3.04[c] | 1.25[d] | 45[c] |
| Zock and Katan, 1992 | 56 healthy men and women | 3 wk crossover, 41% fat | | | | |
| | | 18:2 | 0.1 | 2.83[c] | 1.47[c] | |
| | | 18:0 | 0.3 | 3.00[d] | 1.41[d] | |
| | | TFA | 7.7 | 3.07[d] | 1.37[d] | |
| Judd et al., 1994 | 58 men and women | 6-wk crossover, 40% fat | | | | |
| | | 18:1 | 0.7 | 3.34[c] | 1.42[c] | |
| | | SFA | 0.7 | 3.64[d] | 1.40[c-d] | |
| | | moderate TFA | 3.8 | 3.54[d] | 1.47 | |
| | | high TFA | 6.6 | 3.60[d,e] | 1.38[d] | |
| Aro et al., 1997 | 80 healthy men and women, 20–52 y | 5-wk intervention, 33% fat | | | | |
| | | 18:0 | 0.4 | 2.89[c] | 1.42[c] | 270[c] |
| | | TFA | 8.7 | 3.13[d] | 1.22[d] | 308[d] |
| Sundram et al., 1997 | 27 men and women, 19–39 y | 4-wk crossover, 31% fat | | | | |
| | | 18:1 | 0 | 3.17 | 1.25 | 128.3 |
| | | 16:0 | 0 | 3.15 | 1.26 | 122.0 |
| | | 12:0 + 14:0 | 0 | 3.57 | 1.18 | 134.3 |
| | | TFA | 6.9 | 3.81 | 1.05 | 153.3 |
| Louheranta et al., 1999 | 14 healthy women, avg 23 y | 4-wk crossover, 37% fat | | | | |
| | | 18:1 | 0 | 2.53 | 1.37 | 225 (units/L) |
| | | TFA | 5.1 | 2.64 | 1.31 | 220 (units/L) |

[a] SFA = saturated fatty acid.

[b] LDL-C = low-density lipoprotein cholesterol, HDL-C = high-density lipoprotein cholesterol, Lp(a) = lipoprotein(a).

[c,d,e] Different lettered superscripts within each study indicates values were significantly different.

Case 1:06-cv-01127-JR    Document 12-8    Filed 08/03/2006    Page 19 of 34

**TABLE 3**  Hydrogenated Fat Intake and Blood Lipid Concentrations: Controlled Feeding Trials

| Reference | Study Population | Diet[a] | TFA[b] (% of energy) | Blood Lipid Concentrations[c] LDL-C (mmol/L) | HDL-C (mmol/L) | Lp(a) (mg/L) |
|---|---|---|---|---|---|---|
| Lichtenstein et al., 1993 | 14 men and women, 44–78 y | 32-d crossover, 30% fat | | | | |
| | | Baseline | 0.77 | 3.96[d] | 1.24[d] | 140[d] |
| | | Corn oil | 0.44 | 3.23[c] | 1.14[c] | 160[d] |
| | | Corn oil margarine | 4.16 | 3.49[c] | 1.11[c] | 130[d] |
| Almendingen et al., 1995 | 31 men, 21–46 y | 3-wk crossover, 33–36% fat | | | | |
| | | Butter | 0.9 | 3.81[d] | 1.05[d] | 194[d] |
| | | PHFO | 8.0 | 3.94[d,f] | 0.98[c] | 234[c] |
| | | PHSO | 8.5 | 3.58[c] | 1.05[d] | 238[c] |
| Judd et al., 1998 | 46 men and women, 28–65 y | 5-wk crossover, 34% fat | | | | |
| | | PUFA-M | 2.4 | 3.21[d] | 1.24[d] | 197[d] |
| | | Butter | 2.7 | 3.44[c] | 1.27[d] | 186[c] |
| | | TFA-M | 3.9 | 3.27[f] | 1.24[d] | 202[c] |
| Müller et al., 1998 | 16 healthy females, 19–30 y | 14-d crossover, 31–32% fat | | | | |
| | | Vegetable oil | 1.1 | 2.63[d] | 1.32[d] | 212[d] |
| | | PHFO | 7.7 | 2.87[c] | 1.28[d] | 225[d] |
| Lichtenstein et al., 1999 | 36 men and women, > 50 y | 35-d crossover, 30% fat | | | | |
| | | Soybean oil | 0.55 | 3.98[d] | 1.11[d,e] | 230 |
| | | Semiliquid margarine | 0.91 | 4.01[d,e] | 1.11[d,e] | 230 |
| | | Butter | 1.25 | 4.58[f] | 1.16[c] | 220 |
| | | Soft margarine | 3.30 | 4.11[d,e] | 1.11[d,e] | 240 |
| | | Shortening | 4.15 | 4.24[d] | 1.11[d,e] | 240 |
| | | Stick margarine | 6.72 | 4.34[d] | 1.01[d] | 240 |

[a] PHFO = partially hydrogenated fish oil, PHSO = partially hydrogenated soybean oil, PUFA-M = margarine containing polyunsaturated fatty acids, TFA-M = margarine containing *trans* fatty acids.
[b] TFA = *trans* fatty acids.
[c] LDL-C = low-density lipoprotein cholesterol, HDL-C = high-density lipoprotein cholesterol, Lp(a) = lipoprotein(a).
[d,e,f] Different lettered superscripts within each study indicates values were significantly different.

*High-Density Lipoprotein Cholesterol Concentrations*

The data related to the impact of hydrogenated fat/*trans* fatty acids compared to unhydrogenated oil /*cis* fatty acids on HDL cholesterol concentrations are less consistent than for LDL cholesterol concentrations (Tables 2, 3 and 4). As reported for LDL cholesterol concentrations, the effect of hydrogenated fat/*trans* fatty acids on HDL cholesterol concentrations, if present, is likely to be dose dependent (Judd et al., 1994). The preponderance of the data suggest that hydrogenated fat/*trans* fatty acids, relative to saturated fatty acids, result in lower HDL cholesterol concentrations (Ascherio et al., 1999; Zock and Mensink, 1996; Zock et al., 1995). Because of the potentially differential effects of hydrogenated fat/*trans* fatty acids on LDL and HDL cholesterol concentrations, concern has been raised regarding their effect on the total cholesterol or LDL cholesterol:HDL cholesterol ratio (Ascherio et al., 1999). However, with respect to dietary fat recommendations, the strategy to improve the total cholesterol or LDL cholesterol:HDL cholesterol ratio would not be different from that to decrease LDL cholesterol concentrations.

*Lipoprotein(a) Concentrations*

Lipoprotein(a) (Lp(a)) concentrations in plasma have been associated with increased risk for developing cardiovascular and cerebrovascular disease, possibly via inhibition of plasminogen activity (Lippi and Guidi, 1999; Nielsen, 1999; Wild et al., 1997). Lp(a) is a lipoprotein particle similar to LDL with respect to its cholesterol and apolipoprotein B100 content, but it also contains an additional apolipoprotein termed apo(a) (Lippi and Guidi, 1999; Nielsen, 1999). Lp(a) concentrations have been reported by some investigators to be increased after the consumption of diets enriched in hydrogenated fat/*trans* fatty acids (Tables 2, 3, and 4) (Almendingen et al., 1995; Aro et al., 1997; Lichtenstein et al., 1999; Mensink et al., 1992; Nestel et al., 1992b; Sundram et al., 1997), but not all (Chisholm et al., 1996; Judd et al., 1998; Lichtenstein et al., 1993; Louheranta et al., 1999; Müller et al., 1998). The magnitude of the mean increases in Lp(a) concentrations associated with *trans* fatty acid intake would not have a physiologically significant effect on cardiovascular disease risk. However, an unresolved issue at this time is the potential effect of relatively high levels of *trans* fatty acids in individuals with initially high concentrations of Lp(a).

*Hemostatic Factors*

The effect of *trans* fatty acids on hemostatic factors has been assessed by a number of investigators (Almendingen et al., 1996; Mutanen and Aro, 1997; Sanders et al., 2000; Turpeinen et al., 1998; Wood et al., 1993b) (see Table 5). In general, these researchers have concluded that hydrogenated fat/*trans* fatty acids had little effect on a variety of hemostatic variables. Similarly, Müller and colleagues (1998) reported that hemostatic variables were unaffected by the substitution of a vegetable oil-based margarine relatively high in saturated fatty acids when compared to a hydrogenated fish oil-based margarine.

*Susceptibility of Low-Density Lipoprotein to Oxidation*

Hydrogenated fat/trans fatty acids have consistently been reported to have little effect on the susceptibility of LDL to oxidation (Cuchel et al., 1996; Halvorsen et al., 1996; Nestel et al., 1992b; Sørensen et al., 1998) (Table 5).

**TABLE 4** Dietary *Trans* Fatty Acids (TFA), Hydrogenated Fat, and Blood Lipid Concentrations: Free Living Trials

| Reference | Study Population | Diet[a] | TFA (% of energy) | Blood Lipid Concentrations[c] | | |
|---|---|---|---|---|---|---|
| | | | | LDL-C (mmol/L) | HDL-C (mmol/L) | Lp(a) (units/L) |
| Nestel et al., 1992a | 26 mildly hyper-cholesterolemic men, 27–57 y | 4-wk crossover, 42% fat | | | | |
| | | Control 1 | 3.8 | 4.13[c] | 1.11[c] | |
| | | Control 2 | 3.7 | 4.03[c,d] | 1.15[c] | |
| | | Blend 1 | 6.7 | 3.92[d,e] | 1.10[c] | |
| | | Blend 2 | 6.6 | 3.83[e] | 1.11[c] | |
| Nestel et al., 1992b | 27 mildly hyper-cholesterolemic men, 30–63 y | 3-wk crossover, 36–37% fat | | | | |
| | | Control | <1 | 4.22[c] | 0.98[c] | 235[c] |
| | | 18:1 | 1.4 | 3.90[d] | 0.98[c] | 236[c] |
| | | TFA | 5.7 | 4.27[c] | 0.98[c] | 296[d] |
| | | 16:0 | <1 | 4.16[c] | 1.09[d] | 249[c] |
| Seppänen-Laakso et al., 1993 | 57 men and women, middle-aged | 12-wk crossover to 1 of 2 diets, 39–43% fat | | Change from baseline | Change from baseline | |
| | | Margarine | 2.9 | −0.20 | +0.05 | |
| | | Rapeseed | 0 | −0.30 | −0.01 | |
| | | Olive oil | 0 | −0.32 | 0.00 | |
| Wood et al., 1993a | 38 healthy men, 30–60 y | 6-wk crossover, 38% fat | | | | |
| | | Butter | 2.1 | 3.78[c] | 1.22[c] | |
| | | Butter+sunflower | 1.0 | 3.49[d] | 1.19[c] | |
| | | Butter+olive | 1.0 | 3.59[d] | 1.22[c] | |
| | | Hard margarine | 11.1 | 3.47[d] | 1.16[c] | |
| | | Soft margarine | 0 | 3.26[e] | 1.16[c] | |
| Wood et al., 1993b | 29 healthy men, 30–60 y | 6-wk crossover, 37% fat | | | | |
| | | Butter | 0.2 | 3.52[c] | 1.03[c] | |
| | | Crude palm | 0 | 3.36[c] | 1.03[c] | |
| | | Margarine | 3.0 | 3.36[c] | 1.00[c] | |
| | | Refined palm | 0 | 3.41[c] | 1.06[d] | |
| | | Refined palm+sunflower | 0 | 3.41[c] | 1.03[c] | |
| | | Sunflower oil | 0 | 3.23[d] | 1.00[c] | |

| Chisholm et al., 1996 | 49 hypercholesterolemic men and women, avg 47 y | 6-wk crossover, 26–27% fat | | | | |
|---|---|---|---|---|---|---|
| | | Butter | 1.4 | 4.21[c] | 1.26[c] | 223[c] |
| | | Margarine | 3.6 | 3.82[d] | 1.24[c] | 249[c] |
| Noakes and Clifton, 1998 | 38 mildly hyperlipidemic men and women | 3-wk crossover, 2 groups, 31–35% fat | | | | |
| | | Canola + TFA | 3.3 | 3.64[c] | 1.19[c] | |
| | | TFA-free canola | 0 | 3.61[c] | 1.28[c] | |
| | | Butter | 1.1 | 4.14[d] | 1.20[c] | |
| | | PUFA + TFA | 3.6 | 4.23[c] | 1.17[c] | |
| | | TFA-free PUFA | 0 | 3.98[d] | 1.23[c] | |
| | | Butter | 1.2 | 4.70[c] | 1.27[c] | |

[a] PUFA = polyunsaturated fatty acids

[b] LDL-C = low-density lipoprotein cholesterol, HDL-C = high-density lipoprotein cholesterol, Lp(a) = lipoprotein(a).

[c,d,e] Different lettered superscripts within each study indicates values were significantly different.

**TABLE 5** *Trans* Fatty Acid (TFA) Intake and Blood Clotting, Blood Pressure, and Low-Density Lipoprotein (LDL) Oxidation

| Reference | Study Population | Diet[a] | TFA (% of energy) | Results[b] | Comments |
|---|---|---|---|---|---|
| **Clotting** | | | | | |
| Wood et al., 1993b | 29 men, 30–60 y | 6-wk crossover, 37% fat | | $TXB_2$ (pg/mL) / 6-keto-$PGF_{1\alpha}$ (pg/mL) | For PHSO, greater PAI-1 activity than PHFO or butter |
| | | Butter | 0.2 | 35c / 89c | |
| | | Crude palm oil | 0 | 41c / 94c | |
| | | Margarine | 3.0 | 40c / 86d | |
| | | Refined palm oil | 0 | 40c / 87d | |
| | | Refined palm+sunflower | 0 | 36c / 100c | |
| | | Sunflower oil | 0 | 62c / 95c | |
| Alnendingen et al., 1996 | 31 men, avg 27 y | 3-wk crossover, 33–36% fat | | Fibrinogen (g/L) / PAI-1 activity (units/mL) | Increased fibrinogen with butter diet; No significant difference in factor VII, fibrinogen peptide A, β-thromboglobulin, or tissue plasminogen activator |
| | | PHSO | 8.5 | 3.0 / 13.5 | |
| | | PHFO | 8.0 | 2.9 / 10.7 | |
| | | Butter | 0.9 | 3.1 / 8.8 | |
| Mutanen and Aro, 1997 | 80 men and women, 20–52 y | 5-wk crossover to 1 of 2 diets, 33–34% fat | | Fibrinogen (g/L) | No marked difference in factor VII coagulation activity, tissue type plasminogen activity, or PAI-1 activity |
| | | High 18:0 | 0.4 | 3.62 | |
| | | High TFA | 8.7 | 3.61 | |
| Turpeinen et al., 1998 | 80 men and women, 20–52 y | 5-wk crossover to 1 of 2 diets, 32–34% fat | | | No difference in $TXB_2$ production or adenosine diphosphate-induced platelet aggregation in vitro; Significant increase in collagen induced aggregation with 18:0 diet |
| | | 18:0 | 0.4 | | |
| | | TFA | 8.7 | | |
| Sanders et al., 2000 | 16 men and women, 18–32 y | 1 test-meal crossover, 7% or 65% fat | | $FVII_c$ (% standard) / $FVII_a$ (ng/mL) | No significant differences in factor VII coagulation activity; factor VII-activated concentrations were significantly higher with 18:1, 18:1 *trans*, 18:0, and 16:0 diets |
| | | 18:1 | 0.1 | 124 / 2.7 | |
| | | 18:1 *trans* | 24.7 | 122 / 1.9 | |
| | | 18:0 | 0 | 114 / 1.9 | |

| Reference | Subjects | Diet/Treatment | (mol % of fat) | Dienes / SBP | Rate / DBP | Comments |
|---|---|---|---|---|---|---|
| | | 16:0 | 0.2 | 112 | 2.1 | |
| | | MCT | 0 | 112 | 1.5 | |
| | | Low fat | 0 | 99 | 1.4 | |
| **Oxidation** | | | | | | |
| Cuchel et al., 1996 | 14 men and women, 44–78 y | 32 d crossover, 30% fat | | | | No difference in susceptibility to LDL oxidation |
| | | Corn oil | 0.44 | | | |
| | | Corn oil+margarine | 4.16 | | | |
| Halvorsen et al., 1996 | 29 men, 21–46 y | 19-d crossover, 33–36% fat | (mol % of fat) | Dienes (nmol/mg LDL) | Formation rate (nmol/mg LDL $\times$ min) | No significant differences in conjugated dienes, lipid peroxides, uptake by macrophages, or electrophoretic mobility of LDL. TFA does not alter susceptibility to LDL oxidation |
| | | Butter | 0.9 | 1,020 | 10 | |
| | | PHSO | 8.5 | 1,034 | 10 | |
| | | PHFO | 8.0 | 1,107 | 10 | |
| Sorensen et al., 1998 | 47 men, 29–60 y | 4 wk, consumed 30 g/d of 1 of 2 margarines | (mol % of fat) | Dienes (nmol/g) | Oxidation rate (nmol/mg $\times$ min) | Fish oil consumption compared with sunflower oil margarine had no effect on LDL size and led to minor changes in LDL oxidation resistance |
| | | Sunflower oil | 0.79 | 445 | 10.4 | |
| | | Fish-oil, enriched | 0.98 | 468 | 10.2 | |
| **Blood Pressure** | | | | | | |
| Mensink et al., 1991 | 59 men and women, 19–57 y, normotensive | 3-wk crossover, 39–40% fat | | SBP (mmHg) | DBP (mmHg) | No effect of TFA intake on blood pressure |
| | | 18:1 | 0 | 113 | 66 | |
| | | TFA | 10.9 | 112 | 67 | |
| | | SFA | 1.8 | 112 | 67 | |
| Zock et al., 1993 | 55 men and women, 19–49 y | 3-wk crossover, 40–43% fat | | SBP (mmHg) | DBP (mmHg) | No effect of TFA intake on blood pressure |
| | | 18:2 | 0.1 | 114 | 68 | |
| | | 18:0 | 0.3 | 113 | 70 | |
| | | TFA | 7.7 | 113 | 69 | |

[a] PHSO = partially hydrogenated soy bean oil, PHFO = partially hydrogenated fish oil, MCT = medium-chain triacylglycerol, SFA = saturated fatty acid.
[b] $TXB_2$ = thromboxane $B_2$, 6-keto-$PGF_{1\alpha}$ = 6-keto-prostaglandin $F_{1\alpha}$, PAI-1 = plasminogen activator inhibitor type 1, $FVII_c$ = factor VII coagulant activity, $FVII_a$ = factor VII activated, SBP = systolic blood pressure, DBP = diastolic blood pressure.
[c,d] Different lettered superscripts within each study indicates values were significantly different.

*Blood Pressure*

A few reports addressed the issue of trans fatty acid intake and blood pressure (Mensink et al., 1991; Zock et al., 1993) (Table 5). The authors concluded that consumption of diets high in saturated, monounsaturated, or trans fatty acids resulted in similar diastolic and systolic blood pressures.

*Coronary Heart Disease*

Similar to saturated fatty acids, there is a positive linear trend between *trans* fatty acid intake and LDL cholesterol concentrations (Judd et al., 1994; Lichtenstein et al., 1999; Zock and Katan, 1992). Some evidence also suggests that *trans* fatty acids result in lower HDL cholesterol concentrations (Table 6). Hence, the net result is a higher total cholesterol (or LDL cholesterol):HDL cholesterol ratio (Judd et al., 1994; Lichtenstein et al., 1999; Zock and Katan, 1992). This finding, combined with data from prospective cohort studies (Ascherio et al., 1996; Gillman et al., 1997; Hu et al., 1997; Pietinen et al., 1997; Willett et al., 1993) (Table 6), has lead to the concern that dietary *trans* fatty acids are more deleterious with respect to coronary heart disease than saturated fatty acids (Ascherio et al., 1999).

## Summary

There is a positive linear trend between *trans* fatty acid intake and total and LDL cholesterol concentration, and therefore increased risk of CHD, thus suggesting a Tolerable Upper Intake Level (UL) of zero. Because *trans* fatty acids are unavoidable in ordinary diets, achieving such a UL would require extraordinary changes in patterns of dietary intake. Such extraordinary adjustments may introduce other undesirable effects (e.g., elimination of foods, such as dairy products and meats, that contain *trans* fatty acids may result in inadequate intakes of protein and certain micronutrients) and unknown and unquantifiable health risks may be introduced by any extreme adjustments in dietary pattern. For these reasons, no UL is proposed. Nevertheless, it is recommended that *trans* fatty acid consumption be as low as possible while consuming a nutritionally adequate diet.

**TABLE 6** Dietary *Trans* Fatty Acids (TFA): Epidemiological Studies

| Reference | Study Design[a] | Dietary and Other Information | Results[b] | | | Comments |
|---|---|---|---|---|---|---|
| **Lipoprotein concentration** | | | | | | |
| Siguel and Lerman, 1993 | 47 CAD cases 56 controls Case-control | No dietary intake information | Plasma | Case | Control | TFA negatively associated with HDL. TFA positively associated with LDL and TAG |
| | | | TFA (%) | 1.38 | 1.11 | |
| | | | HDL (mmol/L) | 0.88 | 1.34 | |
| | | | LDL (mmol/L) | 3.78 | 2.97 | |
| | | | TAG (mmol/L) | 1.78 | 0.97 | |
| **Coronary heart disease (CHD)** | | | | | | |
| Hudgins et al., 1991 | 76 men, 23–78 y Cross sectional | No dietary intake information | Total TFA in adipose tissue was 4.4% of total fatty acids | | | Total TFA content in adipose tissue was not significantly related to risk factors of CHD (e.g., age, body mass index, LDL, cholesterol, blood pressure) |
| Troisi et al., 1992 | 748 men, 43–85 y Cross sectional | Food frequency questionnaire, multivariate analysis | TFA intake was directly related to total ($r = 0.07, P = 0.04$) and LDL ($r = 0.09, P = 0.01$) cholesterol | | | An increased TFA intake from 2.1 to 4.9 g/d increased the risk of MI by 27% |
| Willett et al., 1993 | Women, 431 CHD cases Cohort, 8-y follow-up, | Food frequency questionnaire, multivariate analysis | TFA intake (% energy) | RR of CHD | | Positive association with TFA intake and risk of CHD |
| | | | 1.3 | 1.0 | | |
| | | | 1.8 | 1.4 | | |
| | | | 2.2 | 1.25 | | |
| | | | 2.6 | 1.55 | | |
| | | | 3.2 | 1.8 | | |
| Ascherio et al., 1994 | 239 MI cases 282 controls Case-control | Food frequency questionnaire, multivariate analysis | TFA intake (g/d) | RR of MI | | Positive association of TFA intake and risk of myocradial infarction |
| | | | 1.69 | 1.0 | | |
| | | | 2.48 | 0.73 | | |
| | | | 3.35 | 1.24 | | |
| | | | 4.52 | 1.63 | | |
| | | | 6.51 | 2.28 | | |

*continues*

**TABLE 6** Continued

| Reference | Study Design[a] | Dietary and Other Information | Results[b] | Comments |
|---|---|---|---|---|
| Kromhout et al., 1995 | 12,763 men, 40–59 y<br>Cohort, 25-y follow-up | Weighed food record | Correlation between 18:1*trans* intake and CHD mortality is 0.78 ($p < 0.001$) | |
| Ascherio et al., 1996 | 43,757 men, 40–75 y<br>Cohort, 6-y follow-up | Food frequency questionnaire, multivariate analysis | TFA intake (g/d) — RR of MI<br>1.5 — 1.0<br>2.2 — 1.20<br>2.7 — 1.24<br>3.3 — 1.27<br>4.3 — 1.40 | TFA intake directly associated with risk of MI |
| Hu et al., 1997 | Women, 34–59 y<br>939 MI cases<br>Cohort, 14-y follow-up | Food frequency questionnaire, multivariate analysis | TFA intake (% energy) — RR of MI<br>1.3 — 1.0<br>1.7 — 1.07<br>2.0 — 1.10<br>2.4 — 1.13<br>2.9 — 1.27 | RR for 2% increment in energy from TFA intake was 1.93 |
| Gillman et al., 1997 | Men, 45–64 y<br>267 CHD cases<br>Cohort, 21-y follow-up | 24-h recall, multivariate analysis | Margarine intake (tsp/d) — No. of events (/1,000) Period 1 / Period 2<br>0 — 77 / 65<br>1–4 — 42 / 35<br>≥5 — 18 / 30 | RR for CHD for each increment of 1 tsp/d was 0.99 for follow-up period 1 and 1.12 for period 2<br>Modest risk of CHD with increasing margarine intake |
| Pietinen et al., 1997 | Smoking men, 50–69 y<br>1,399 coronary events<br>635 coronary deaths<br>Cohort, 6.1-y follow-up | Food frequency questionnaire, multivariate analysis | TFA intake (g) — RR of major coronary event<br>1.0 — 1.00<br>1.7 — 1.10<br>2.0 — 0.97<br>2.7 — 1.07<br>6.2 — 1.14 | Positive association between TFA intake and risk of coronary death |

| | | | TFA intake (g) | RR of coronary death | |
|---|---|---|---|---|---|
| Tavani et al., 1997 | Women, 18–74 y 429 MI cases 866 controls Case-control | Questionnaire on selected indicator foods, multivariate analysis | 1.0 1.7 2.0 2.7 6.2 | 1.00 1.05 1.12 0.90 1.39 | The association with margarine could explain about 6% of MI in this population |
| | | | Margarine intakes No or low Medium or high | RR of MI 1.0 1.5 | |
| *Cancer* | | | | | |
| Kohlmeier et al., 1997 | Women, 50–74 y 291 breast cancer cases 407 controls Case-control | No diet information | Adipose TFA concentration TFA TFA within lowest PUFA tertile TFA within highest PUFA tertile | OR of breast cancer 1.46 3.65 0.97 | Risk for breast cancer is based on the relative concentration of TFA and PUFA |
| Tuyns et al., 1988 | 35–75 y 453 colon cancer cases 365 rectal cancer cases 2,851 controls Case-control | Dietary history | | | There was no increased risk of either cancers from with increased consumption of margarine |

[a] CAD = coronary artery disease, MI = myocardial infarction.
[b] HDL = high-density lipoprotein cholesterol, LDL = low-density lipoprotein cholesterol, TAG = triacylglycerol, RR = relative risk, OR = odds ratio, PUFA = polyunsaturated fatty acid.

# REFERENCES

Adlof RO, Duval S, Emken EA. 2000. Biosynthesis of conjugated linoleic acid in humans. *Lipids* 35:131–135.

Allison DB, Egan SK, Barraj LM, Caughman C, Infante M, Heimbach JT. 1999. Estimated intakes of *trans* fatty and other fatty acids in the US population. *J Am Diet Assoc* 99:166–174.

Almendingen K, Jordal O, Kierulf P, Sandstad B, Pedersen JI. 1995. Effects of partially hydrogenated fish oil, partially hydrogenated soybean oil, and butter on serum lipoproteins and Lp[a] in men. *J Lipid Res* 36:1370–1384.

Almendingen K, Seljeflot I, Sandstad B, Pedersen JI. 1996. Effects of partially hydrogenated fish oil, partially hydrogenated soybean oil, and butter on hemostatic variables in men. *Arterioscler Thromb Vasc Biol* 16:375–380.

Aro A, Salminen I. 1998. Difference between animal and vegetable *trans* fatty acids. *Am J Clin Nutr* 68:918–919.

Aro A, Jauhiainen M, Partanen R, Salminen I, Mutanen M. 1997. Stearic acid, *trans* fatty acids, and dairy fat: Effects on serum and lipoprotein lipids, apolipoproteins, lipoprotein(a), and lipid transfer proteins in healthy subjects. *Am J Clin Nutr* 65:1419–1426.

Aro A, Amaral E, Kesteloot H, Rimestad A, Thamm M, van Poppel G. 1998a. *Trans* fatty acids in french fries, soups, and snacks from 14 European countries: The TRANSFAIR Study. *J Food Comp Anal* 11:170–177.

Aro A, Antoine JM, Pizzoferrato L, Reykdal O, van Poppel G. 1998b. *Trans* fatty acids in dairy and meat products from 14 European countries: The TRANSFAIR Study. *J Food Comp Anal* 11:150–160.

Aro A, Van Amelsvoort J, Becker W, van Erp-Baart M-A, Kafatos A, Leth T, van Poppel G. 1998c. *Trans* fatty acids in dietary fats and oils from 14 European countries: The TRANSFAIR Study. *J Food Comp Anal* 11:137–149.

ARS (Agricultural Research Service). 2001. *USDA Nutrient Database for Standard Reference, Release 14.* Online. U.S. Department of Agriculture. Available at http://www.nal.usda.gov/fnic/foodcomp/Data/SR14/sr14.html.

Ascherio A, Hennekens CH, Buring JE, Master C, Stampfer MJ, Willett WC. 1994. *Trans*-fatty acids intake and risk of myocardial infarction. *Circulation* 89:94–101.

Ascherio A, Rimm EB, Giovannucci EL, Spiegelman D, Stampfer M, Willett WC. 1996. Dietary fat and risk of coronary heart disease in men: Cohort follow up study in the United States. *Br Med J* 313:84–90.

Ascherio A, Katan MB, Zock PL, Stampfer MJ, Willett WC. 1999. *Trans* fatty acids and coronary heart disease. *N Engl J Med* 340:1994–1998.

Brenner RR. 1974. The oxidative desaturation of unsaturated fatty acids in animals. *Mol Cell Biochem* 3:41–52.

Bruckner G, Shimp J, Goswami S, Mai J, Kinsella JE. 1982. Dietary trilinoelaidate: Effects on metabolic parameters related to EFA metabolism in rats. *J Nutr* 112:126–135.

Castuma JC, Brenner RR, Kunau W. 1977. Specificity of $\Delta6$ desaturase—Effect of chain length and number of double bonds. *Adv Exp Med Biol* 83:127–134.

Chappell JE, Clandinin MT, Kearney-Volpe C. 1985. *Trans* fatty acids in human milk lipids: Influence of maternal diet and weight loss. *Am J Clin Nutr* 42:49–56.

Chen ZY, Pelletier G, Hollywood R, Ratnayake WMN. 1995a. *Trans* fatty acid isomers in Canadian human milk. *Lipids* 30:15–21.

Chen ZY, Ratnayake WMN, Fortier L, Ross R, Cunnane SC. 1995b. Similar distribution of *trans* fatty acid isomers in partially hydrogenated vegetable oils and adipose tissue of Canadians. *Can J Physiol Pharmacol* 73:718–723.

Chin SF, Storkson JM, Liu W, Alrbright KJ, Pariza MW. 1994. Conjugated linoleic acid (9,11- and 10,12-octadecadienoic acid) is produced in conventional but not germ-free rats fed linoleic acid. *J Nutr* 124:694–701.

Chisholm A, Mann J, Sutherland W, Duncan A, Skeaff M, Frampton C. 1996. Effect on lipoprotein profile of replacing butter with margarine in a low fat diet: Randomised crossover study with hypercholesterolaemic subjects. *Br Med J* 312:931–934.

Cook HW. 1981. The influence of *trans*-acids on desaturation and elongation of fatty acids in developing brain. *Lipids* 16:920–926.

Craig-Schmidt MC. 2001. Isomeric fatty acids: Evaluating status and implications for maternal and child health. *Lipids* 36:997–1006.

Cuchel M, Schwab US, Jones PJH, Vogel S, Lammi-Keefe C, Li Z, Ordovas J, McNamara JR, Schaefer EJ, Lichtenstein AH. 1996. Impact of hydrogenated fat consumption on endogenous cholesterol synthesis and susceptibility of low-density lipoprotein to oxidation in moderately hypercholesterolemic individuals. *Metabolism* 45:241–247.

Decsi T, Koletzko B. 1995. Do *trans* fatty acids impair linoleic acid metabolism in children? *Ann Nutr Metab* 39:36–41.

Denke MA. 1995. Serum lipid concentrations in humans. *Am J Clin Nutr* 62:693S–700S.

Elias SL, Innis SM. 2001. Infant plasma *trans*, n-6, and n-3 fatty acids and conjugated linoleic acids are related to maternal plasma fatty acids, length of gestation, and birth weight and length. *Am J Clin Nutr* 73:807–814.

Elias SL, Innis SM. 2002. Bakery foods are the major dietary source of *trans*-fatty acids among pregnant women with diets providing 30 percent energy from fat. *J Am Diet Assoc* 102:46–51.

Emken EA. 1979. Utilization and effects of isomeric fatty acids in humans. In: Emken EA, Dutton HJ, eds. *Geometrical and Positional Fatty Acid Isomers*. Champaign, IL: American Oil Chemists' Society. Pp. 99–129.

Emken EA. 1984. Nutrition and biochemistry of *trans* and positional fatty acid isomers in hydrogenated oils. *Ann Rev Nutr* 4:339–376.

Emken EA. 1995. Physiochemical properties, intake, and metabolism. *Am J Clin Nutr* 62:659S–669S.

Enig MG, Atal S, Keeney M, Sampugna J. 1990. Isomeric *trans* fatty acids in the U.S. diet. *J Am Coll Nutr* 5:471–486.

Fellner V, Sauer FD, Kramer JKG. 1999. Effect of ionophores on conjugated linoleic acid in ruminal cultures and in the milk of dairy cows. In: Yurawecz MP, Mossoba MM, Kramer JKG, Pariza MW, Nelson GJ, eds. *Advances in Conjugated Linoleic Acid Research*. Vol. 1. Champaign, IL: AOCS Press. Pp. 209–214.

Garland M, Sacks FM, Colditz GA, Rimm EB, Sampson LA, Willett WC, Hunter DJ. 1998. The relation between dietary intake and adipose tissue composition of selected fatty acids in US women. *Am J Clin Nutr* 67:25–30.

Gibson RA, Kneebone GM. 1981. Fatty acid composition of human colostrum and mature breast milk. *Am J Clin Nutr* 34:252–257.

Gillman MW, Cupples LA, Gagnon D, Millen BE, Ellison RC, Castelli WP. 1997. Margarine intake and subsequent coronary heart disease in men. *Epidemiology* 8:144–149.

Griinari JM, Bauman DE. 1999. Biosynthesis of conjugated linoleic acid and its incorporation into meat and milk ruminants. In: Yurawecz MP, Mossoba MM, Kramer JKG, Pariza MW, Nelson GJ, eds. *Advances in Conjugated Linoleic Acid Research.* Vol. 1. Champaign, IL: AOCS Press. Pp. 180–200.

Griinari JM, Corl BA, Lacy SH, Chouinard PY, Nurmela KVV, Bauman DE. 2000. Conjugated linoleic acid is synthesized endogenously in lactating cows by $\Delta^9$-desaturase. *J Nutr* 130:2285–2291.

Ha YL, Grimm NK, Pariza MW. 1989. Newly recognized anticarcinogenic fatty acids: Identification and quantification in natural and processed cheeses. *J Agric Food Chem* 37:75–81.

Halvorsen B, Almendingen K, Nenseter MS, Pedersen JI, Christiansen EN. 1996. Effects of partially hydrogenated fish oil, partially hydrogenated soybean oil and butter on the susceptibility of low density lipoprotein to oxidative modificiation in men. *Eur J Clin Nutr* 50:364–370.

Hu FB, Stampfer MJ, Manson JE, Rimm E, Colditz GA, Rosner BA, Hennekens CH, Willett WC. 1997. Dietary fat intake and the risk of coronary heart disease in women. *N Engl J Med* 337:1491–1499.

Hudgins LC, Hirsch J, Emken EA. 1991. Correlation of isomeric fatty acids in human adipose tissue with clinical risk factors for cardiovascular disease. *Am J Clin Nutr* 53:474–482.

Hwang DH, Chanmugam P, Anding R. 1982. Effects of dietary 9-*trans*,12-*trans* linoleate on arachidonic acid metabolism in rat platelets. *Lipids* 17:307–313.

Innis SM, King DJ. 1999. *Trans* fatty acids in human milk are inversely associated with concentrations of essential *all-cis* n-6 and *n*-3 fatty acids and determine *trans*, but not n-6 and *n*-3, fatty acids in plasma lipids of breast-fed infants. *Am J Clin Nutr* 70:383–390.

Innis SM, Green TJ, Halsey TK. 1999. Variability in the *trans* fatty acid content of foods within a food category: Implications for estimation of dietary *trans* fatty acid intakes. *J Am Coll Nutr* 18:255–260.

Judd JT, Clevidence BA, Muesing RA, Wittes J, Sunkin ME, Podczasy JJ. 1994. Dietary *trans* fatty acids: Effects on plasma lipids and lipoproteins of healthy men and women. *Am J Clin Nutr* 59:861–868.

Judd JT, Baer DJ, Clevidence BA, Muesing RA, Chen SC, Weststrate JA, Meijer GW, Wittes J, Lichtenstein AH, Vilella-Bach M, Schaefer EJ. 1998. Effects of margarine compared with those of butter on blood lipid profiles related to cardiovascular disease risk factors in normolipemic adults fed controlled diets. *Am J Clin Nutr* 68:768–777.

Kohlmeier L, Simonsen N, van't Veer P, Strain JJ, Martin-Moreno JM, Margolin B, Huttunen JK, Fernández-Crehuet Navajas J, Martin BC, Thamm M, Kardinaal AFM, Kok FJ. 1997. Adipose tissue *trans* fatty acids and breast cancer in the European Community Multicenter Study on Antioxidants, Myocardial Infarction, and Breast Cancer. *Cancer Epidemiol Biomarkers Prev* 6:705–710.

Koletzko B. 1992. *Trans* fatty acids may impair biosynthesis of long-chain polyunsaturates and growth in man. *Acta Paediatr* 81:302–306.

Kritchevsky D. 1982. *Trans* fatty acid effects in experimental atherosclerosis. *Fed Proc* 41:2813–2817.

Kritchevsky D, Tepper SA, Wright S, Tso P, Czarnecki SK. 2000. Influence of conjugated linoleic acid (CLA) on establishment and progression of atherosclerosis in rabbits. *J Am Coll Nutr* 19:472S–477S.

Kromhout D, Menotti A, Bloemberg B, Aravanis C, Blackburn H, Buzina R, Dontas AS, Fidanza F, Giampaoli S, Jansen A, Karvonen M, Katan M, Nissinen A, Nedeljkovic S, Pekkanen J, Pekkarinen M, Punsar S, Räsänen L, Simic B, Toshima H. 1995. Dietary saturated and *trans* fatty acids and cholesterol and 25-year mortality from coronary heart disease: The Seven Countries Study. *Prev Med* 24:308–315.

Lemaitre RN, King IB, Patterson RE, Psaty BM, Kestin M, Heckbert SR. 1998. Assessment of *trans*-fatty acid intake with a food frequency questionnaire and validation with adipose tissue levels of *trans*-fatty acids. *Am J Epidemiol* 148:1085–1093.

Lichtenstein AH, Ausman LM, Carrasco W, Jenner JL, Ordovas JM, Schaefer EJ. 1993. Hydrogenation impairs the hypolipidemic effect of corn oil in humans. Hydrogenation, *trans* fatty acids, and plasma lipids. *Arterioscler Thromb* 13:154–161.

Lichtenstein AH, Ausman LM, Jalbert SM, Schaefer EJ. 1999. Effects of different forms of dietary hydrogenated fats on serum lipoprotein cholesterol levels. *N Engl J Med* 340:1933–1940.

Lippi G, Guidi G. 1999. Biochemical risk factors and patient's outcome: The case of lipoprotein(a). *Clin Chim Acta* 280:59–71.

Litin L, Sacks F. 1993. *Trans*-fatty-acid content of common foods. *N Engl J Med* 329:1969–1970.

London SJ, Sacks FM, Caesar J, Stampfer MJ, Siguel E, Willett WC. 1991. Fatty acid composition of subcutaneous adipose tissue and diet in postmenopausal US women. *Am J Clin Nutr* 54:340–345.

Louheranta AM, Turpeinen AK, Vidgren HM, Schwab US, Uusitupa MIJ. 1999. A high-*trans* fatty acid diet and insulin sensitivity in young healthy women. *Metabolism* 48:870–875.

Mensink RP, Hornstra G. 1995. The proportion of *trans* monounsaturated fatty acids in serum triacylglycerols or platelet phospholipids as an objective indicator of their short-term intake in healthy men. *Br J Nutr* 73:605–612.

Mensink RP, Katan MB. 1990. Effect of dietary *trans* fatty acids on high-density and low-density lipoprotein cholesterol levels in healthy subjects. *N Engl J Med* 323:439–445.

Mensink RP, de Louw MHJ, Katan MB. 1991. Effects of dietary *trans* fatty acids on blood pressure in normotensive subjects. *Eur J Clin Nutr* 45:375–382.

Mensink RP, Zock PL, Katan MB, Hornstra G. 1992. Effect of dietary *cis* and *trans* fatty acids on serum lipoprotein[a] levels in humans. *J Lipid Res* 33:1493–1501.

Michels K, Sacks F. 1995. *Trans* fatty acids in European margarines. *N Engl J Med* 332:541–542.

Müller H, Jordal O, Seljeflot I, Kierulf P, Kirkhus B, Ledsaak O, Pedersen JI. 1998. Effect on plasma lipids and lipoproteins of replacing partially hydrogenated fish oil with vegetable fat in margarine. *Br J Nutr* 80:243–251.

Mutanen M, Aro A. 1997. Coagulation and fibrinolysis factors in healthy subjects consuming high stearic or *trans* fatty acid diets. *Thromb Haemost* 77:99–104.

Nestel PJ, Noakes M, Belling GB, McArthur R, Clifton PM, Abbey M. 1992a. Plasma cholesterol-lowering potential of edible-oil blends suitable for commercial use. *Am J Clin Nutr* 55:46–50.

Nestel PJ, Noakes M, Belling B, McArthur R, Clifton P, Janus E, Abbey M. 1992b. Plasma lipoprotein lipid and Lp[a] changes with substitution of elaidic acid for oleic acid in the diet. *J Lipid Res* 33:1029–1036.

Nielsen LB. 1999. Atherogenecity of lipoprotein(a) and oxidized low density lipoprotein: Insight from in vivo studies of arterial wall influx, degradation and efflux. *Atherosclerosis* 143:229–243.

Noakes M, Clifton PM. 1998. Oil blends containing partially hydrogenated or interesterified fats: Differential effects on plasma lipids. *Am J Clin Nutr* 68:242–247.

Noble RC, Moore JH, Harfoot CG. 1974. Observations on the pattern of biohydrogentation of esterified and unesterified linoleic acid in the rumen. *Br J Nutr* 31:99–108.

Pariza MW, Park Y, Cook ME. 2001. The biologically active isomers of conjugated linoleic acid. *Prog Lipid Res* 40:283–298.

Pietinen P, Ascherio A, Korhonen P, Hartman AM, Willett WC, Albanes D, Virtamo J. 1997. Intake of fatty acids and risk of coronary heart disease in a cohort of Finnish men. The Alpha-Tocopherol, Beta-Carotene Cancer Prevention Study. *Am J Epidemiol* 145:876–887.

Ratnayake WMN, Hollywood R, O'Grady E, Pelletier G. 1993. Fatty acids in some common food items in Canada. *J Am Coll Nutr* 12:651–660.

Rosenthal MD, Doloresco MA. 1984. The effects of *trans* fatty acids on fatty acyl Δ5 desaturation by human skin fibroblasts. *Lipids* 19:869–874.

Ruttenberg H, Davidson LM, Little NA, Klurfeld DM, Kritchevsky D. 1983. Influence of *trans* unsaturated fats on experimental atherosclerosis in rabbits. *J Nutr* 113:835–844.

Sanders TAB, de Grassi T, Miller GJ, Morrissey JH. 2000. Influence of fatty acid chain length and *cis/trans* isomerization on postprandial lipemia and factor VII in healthy subjects (postprandial lipids and factor VII). *Atherosclerosis* 149:413–420.

Santora JE, Palmquist DL, Roehrig KL. 2000. *Trans*-vaccenic acid is desaturated to conjugated linoleic acid in mice. *J Nutr* 130:208–215.

Schakel SF, Buzzard IM, Gebhardt SE. 1997. Procedures for estimating nutrient values for food composition databases. *J Food Comp Anal* 10:102–114.

Seppänen-Laakso T, Vanhanen H, Laakso I, Kohtamäki H, Viikari J. 1993. Replacement of margarine on bread by rapeseed and olive oils: Effects on plasma fatty acid composition and serum cholesterol. *Ann Nutr Metab* 37:161–174.

Shimp JL, Bruckner G, Kinsella JE. 1982. The effects of dietary trilinoelaidin on fatty acid and acyl desaturases in rat liver. *J Nutr* 112:722–735.

Siguel EN, Lerman RH. 1993. *Trans*-fatty acid patterns in patients with angiographically documented coronary artery disease. *Am J Cardiol* 71:916–920.

Sørensen NS, Marckmann P, Høy C-E, van Duyvenvoorde W, Princen HMG. 1998. Effect of fish-oil-enriched margarine on plasma lipids, low-density-lipoprotein particle composition, size, and susceptibility to oxidation. *Am J Clin Nutr* 68:235–241.

Sugano M, Ikeda I. 1996. Metabolic interactions between essential and *trans*-fatty acids. *Curr Opin Lipidol* 7:38–42.

Sundram K, Ismail A, Hayes KC, Jeyamalar R, Pathmanathan R. 1997. *Trans* (elaidic) fatty acids adversely affect the lipoprotein profile relative to specific saturated fatty acids in humans. *J Nutr* 127:514S–520S.

Tavani A, Negri E, D'Avanzo B, La Vecchia C. 1997. Margarine intake and risk of nonfatal acute myocardial infarction in Italian women. *Eur J Clin Nutr* 51:30–32.

Troisi R, Willett WC, Weiss ST. 1992. *Trans*-fatty acid intake in relation to serum lipid concentrations in adult men. *Am J Clin Nutr* 56:1019–1024.

Turpeinen AM, Wübert J, Aro A, Lorenz R, Mutanen M. 1998. Similar effects of diets rich in stearic acid or *trans*-fatty acids on platelet function and endothelial prostacyclin production in humans. *Arterioscler Thromb Vasc Biol* 18:316–322.

Tuyns AJ, Kaaks R, Haelterman M. 1988. Colorectal cancer and the consumption of foods: A case-control study in Belgium. *Nutr Cancer* 11:189–204.

Valenzuela A, Morgado N. 1999. *Trans* fatty acid isomers in human health and in the food industry. *Biol Res* 32:273–287.

van Erp-baart M-A, Couet C, Cuadrado C, Kafatos A, Stanley J, van Poppel G. 1998. *Trans* fatty acids in bakery products from 14 European countries: The TRANSFAIR Study. *J Food Comp and Anal* 11:161–169.

van Houwelingen AC, Hornstra G. 1994. *Trans* fatty acids in early human development. *World Rev Nutr Diet* 75:175–178.

van Poppel G, van Erp-baart M-A, Leth T, Gevers E, Van Amelsvoort J, Lanzmann-Petithory D, Kafatos A, Aro A. 1998. *Trans* fatty acids in foods in Europe: The TRANSFAIR Study. *J Food Comp Anal* 11:112–136.

Verhulst A, Janssen G, Parmentier G, Eyssen H. 1987. Isomerization of polyunsaturated long chain fatty acids by propionibacteria. *Syst Appl Microbiol* 9:12–15.

Vidgren HM, Louheranta AM, Ågren JJ, Schwab US, Uusitupa MIJ. 1998. Divergent incorporation of dietary *trans* fatty acids in different serum lipid fractions. *Lipids* 33:955–962.

Wild SH, Fortmann SP, Marcovina SM. 1997. A prospective case-control study of lipoprotein(a) levels and apo(a) size and risk of coronary heart disease in Stanford Five-City Project participants. *Arterioscler Thromb Vasc Biol* 17:239–245.

Willett WC, Stampfer MJ, Mason JE, Colditz GA, Speizer FE, Rosner BA, Sampson LA, Hennekens CH. 1993. Intake of *trans* fatty acids and risk of coronary heart disease among women. *Lancet* 341:581–585.

Wood R, Kubena K, O'Brien B, Tseng S, Martin G. 1993a. Effect of butter, mono- and polyunsaturated fatty acid-enriched butter, *trans* fatty acid margarine, and zero *trans* fatty acid margarine on serum lipids and lipoproteins in healthy men. *J Lipid Res* 34:1–11.

Wood R, Kubena K, Tseng S, Martin G, Crook R. 1993b. Effect of palm oil, margarine, butter, and sunflower oil on the serum lipids and lipoproteins of normocholesterolemic middle-aged men. *J Nutr Biochem* 4:286–297.

Zevenbergen JL, Houtsmuller UMT, Gottenbos JJ. 1988. Linoleic acid requirement of rats fed *trans* fatty acids. *Lipids* 23:178–186.

Zock PL, Katan MB. 1992. Hydrogenation alternatives: Effects of *trans* fatty acids and stearic acid versus linoleic acid on serum lipids and lipoproteins in humans. *J Lipid Res* 33:399–410.

Zock PL, Mensink RP. 1996. Dietary *trans*-fatty acids and serum lipoproteins in humans. *Curr Opin Lipidol* 7:34–37.

Zock PL, Blijlevens RAMT, de Vries JHM, Katan MB. 1993. Effects of stearic acid and *trans* fatty acids versus linoleic acid on blood pressure in normotensive women and men. *Eur J Clin Nutr* 47:437–444.

Zock PL, Katan MB, Mensink RP. 1995. Dietary *trans* fatty acids and lipoprotein cholesterol. *Am J Clin Nutr* 61:617.