Declaration of Erich O. Grosz

# Exhibit 10

**Case No. 06-CV-01127 (JR)**

Colonel's Kitchen

Home > Colonel's Kitchen > Nutritional Guides

There's Fast Food.. Then There's KFC!

About KFC | Nutrition | Social Responsibility | Kids | Careers | Store Locator

# Colonel's Kitchen

## KFC Nutritional Guides

Do you need help finding the nearest KFC restaurant near you? Type in your 5-digit zip code and click "FIND".

Colonel's Recipes
Nutritional Info
Picnic Planning
Family Reunions
Catering Suggestions




At KFC, we take great pride and care to provide you with the best food and dining experience in the quick service restaurant business.

We believe eating sensibly, combined with appropriate exercise, is the best solution for a healthy lifestyle. KFC offers a variety of menu items for those that want lower fat, lower calorie choices, including Tender Roast and Honey BBQ Sandwiches, corn on the cob, BBQ baked beans and green beans.

To help you further, we've provided nutritional information so you can make informed choices about what to eat.

**Nutrition Calculator**
Calorie, Fat, Saturated Fat, Cholesterol, Sodium, Protein, Fiber, Sugar, Vitamin A, Vitamin C, Calcium and Iron Content of KFC's Menu Items

**Printable Nutrition Guides**
On the go? Download and print the PDF versions of the KFC Nutrition Guide (365Kb) and KFC Ingredient Statement (30.9Kb)

**Food Allergies and Sensitivities**
The allergen information displayed on this site is based on standard product formulations and is current as of March 1, 2005. Variations may occur due to differences in suppliers, ingredient substitutions, recipe revisions, and/or product production at the restaurant.

**Keep It Balanced** - Mix together daily activity, a sensible diet, and a little fun. What do you get?

**A recipe for keeping your body balanced!**



**Colonel's Sampler Menu Guide**

A new menu option at KFC... The Colonel's Sampler is your choice of 3 individual sides and a freshly baked biscuit. Click above for a list of side choices and vegetarian classifications.

This nutritional data is based on standard portion product guidelines and data from independent testing facilities, the US Department of Agriculture, and our suppliers. Please be aware, however, that some variations can be expected due to regional and seasonal differences in products, substitution of ingredients, minor differences in product assembly on a restaurant-by-restaurant basis, and other factors. Also, some menu items may not be available at all KFC® restaurants, and certain locations may at times offer buffet items, test products, limited time offerings or other regional menu choices not listed here.

If you have any questions about KFC or this nutritional information, or are sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC. Updated information will be posted periodically on this website.

KFC is a registered trademark of KFC Corporation.
©2005 KFCC. All rights reserved.






© 2005 KFCC