Declaration of Erich O. Grosz

# Exhibit 11

**Case No. 06-CV-01127 (JR)**

# KFC Ingredient List



### Colonel's Crispy Strips®

Fresh chicken breast strips containing up to 43% (based on raw weight of chicken) of a solution of water, seasoning (soy protein concentrate, salt, rice starch, carrageenan, dextrose, onion powder, dehydrated chicken broth, maltodextrin, spice extractive), sodium phosphate. Breaded with: Wheat Flour, Salt, Spices, Monosodium Glutamate, Leavening (Sodium Bicarbonate), Partially Hydrogenated Soybean Oil, Citric Acid, Garlic Powder, Natural Flavor, Food Starch (potato), Extractive of Turmeric (color) and Extractive of Annatto (color), with not more than 2% Calcium Silicate added as an anticaking agent

OR

Salt, Spices, Monosodium Glutamate, Sodium Bicarbonate, Citric Acid, Garlic Powder, Partially Hydrogenated Soybean Oil and Cottonseed oil, Calcium Silicate (as an anticaking agent), Modified Corn Starch, Gum Arabic, Natural Flavor, Extractives of Turmeric and Extractives of Annatto. Product is cooked in 100% soybean oil with dimethylpolysiloxane, TBHQ and citric acid or in 100% soybean oil with dimethylpolysiloxane

*Will contain one of the two breading ingredient statements above, depending upon regional suppliers

### Extra Crispy™ Chicken

Fresh Chicken, Marinated with: Salt, Soy Protein Concentrate, and Monosodium Glutamate. Breaded with: Wheat Flour, Salt, Spices, Monosodium Glutamate, Leavening (Sodium Bicarbonate), Partially Hydrogenated Soybean Oil, Citric Acid, Garlic Powder, Natural Flavor, Food Starch (potato), Extractive of Turmeric (color) and Extractive of Annatto (color), with not more than 2% Calcium Silicate added as an anticaking agent

OR

Salt, Spices, Monosodium Glutamate, Sodium Bicarbonate, Citric Acid, Garlic Powder, Partially Hydrogenated Soybean Oil and Cottonseed oil, Calcium Silicate (as an anticaking agent), Modified Corn Starch, Gum Arabic, Natural Flavor, Extractives of Turmeric and Extractives of Annatto. Product is cooked in 100% soybean oil with dimethylpolysiloxane, TBHQ and citric acid or in 100% soybean oil with dimethylpolysiloxane

*Will contain one of the two breading ingredient statements above, depending upon regional suppliers

### Honey BBQ Wings

Chicken wings containing up to 15% of a solution of water, sodium phosphate and salt. Battered with: Water, bleached flour, modified corn starch, yellow corn flour, and salt. Breaded with: Wheat flour. Breading set in partially hydrogenated soybean oil. Product is cooked in 100% soybean oil with dimethylpolysiloxane, TBHQ and citric acid or in 100% soybean oil with dimethylpolysiloxane. Honey BBQ: Sugar, maltodextrin, tomato powder, molasses powder (molasses, wheat starch, soy flour), honey powder (honey, maltodextrin), brown sugar, salt, sodium diacetate, modified food starch, partially hydrogenated soybean and cottonseed oil, citric acid, silicon dioxide, spices, natural hickory smoke flavor, onion powder, paprika, chili pepper, caramel color, beet powder, and garlic powder

### Hot and Spicy Chicken

Fresh Chicken, Marinated with: Salt, Monosodium Glutamate, spice, natural flavor, garlic powder, and calcium silicate (as anticaking agent). Breaded with: Wheat Flour, Salt, Spices, Monosodium Glutamate, Leavening (Sodium Bicarbonate), Partially Hydrogenated Soybean Oil, Citric Acid, Garlic Powder, Natural Flavor, Food Starch (potato), Extractive of Turmeric (color) and Extractive of Annatto (color), with not more than 2% Calcium Silicate added as an anticaking agent

OR

Salt, Spices, Monosodium Glutamate, Sodium Bicarbonate, Citric Acid, Garlic Powder, Partially Hydrogenated Soybean Oil and Cottonseed oil, Calcium Silicate (as an anticaking agent), Modified Corn Starch, Gum Arabic, Natural Flavor, Extractives of Turmeric and Extractives of Annatto. Product is cooked in 100% soybean oil with dimethylpolysiloxane, TBHQ and citric acid or in 100% soybean oil with dimethylpolysiloxane

*Will contain one of the two breading ingredient statements above, depending upon regional suppliers

### Hot Wings™

Chicken wings containing up to 15% of a solution of water, salt, seasoning (monosodium glutamate, spice, extractives of spice and garlic powder) and sodium phosphates. Battered with: Water, bleached wheat flour, modified corn starch, seasoning (monosodium glutamate, spice, extractives of spice and garlic powder), yellow corn flour and salt. Breaded with: Bleached wheat flour. Predusted with: Bleached wheat flour, modified corn starch, yellow corn flour, salt. Breading set in vegetable oil. Product is cooked in 100% soybean oil with dimethylpolysiloxane, TBHQ and citric acid or in 100% soybean oil with dimethylpolysiloxane

**Original Recipe® Chicken**

Fresh Chicken, Marinated with: Salt, Soy Protein Concentrate, and Monosodium Glutamate. Breaded with: Wheat Flour, Sodium Chloride and Anti-Caking Agent (Tricalcium Phosphate), Nonfat Dry Milk, Dried Egg Whites, Colonel's Secret Original Recipe® Seasoning. Product is cooked in 100% soybean oil with dimethylpolysiloxane, TBHQ and citric acid or in 100% soybean oil with dimethylpolysiloxane.

**3 Oven Roasted Strips, Green Beans, Seasoned Rice**

**Fresh chicken breast strips** containing up to 43% (based on raw weight of chicken) of a solution of water, seasoning [soy protein concentrate, salt, rice starch, carrageenan, dextrose, onion powder, dehydrated chicken broth, maltodextrin, spice extractive], sodium phosphate. Seasoned with: Wheat flour, partially hydrogenated cottonseed & soybean oil, maltodextrin, dextrose, salt, butter (cream, salt), spices, onion powder, garlic powder, citric acid, paprika, chicken flavor(from chicken skin), yeast extract, calcium silicate (as anti-caking agent), potato maltodextrin, chicken fat, nonfat milk solids, natural flavor, chicken meat, caramel color, disodium inosinate, disodium guanylate, extractives of turmeric & spice extractives.

**Green beans**, KFC vegetable seasoning, diced onions, bacon pieces, water, salt. OR Green Beans, Water, salt. OR Green beans, water, salt, zinc chloride for stabilization of color. OR Green beans, Onions, & Red Peppers. *For seasoning details see Green Beans

**Enriched long grain parboiled rice**, enriched with iron (ferric orthophosphate), niacin, thiamin (thiamin mononitrate) & folic acid. *For seasoning details see Seasoned Rice

Will contain one of the ingredient statements above, depending upon regional suppliers.

**Popcorn Chicken**

Fresh chicken breast meat containing up to 43% (based on raw weight of chicken) of a solution of water, seasoning (soy protein concentrate, salt, rice starch, carrageenan, dextrose, onion powder, dehydrated chicken broth, maltodextrin, spice extractive), sodium phosphate. Breaded with: Wheat Flour, Salt, Spices, Monosodium Glutamate, Leavening (Sodium Bicarbonate), Partially Hydrogenated Soybean Oil, Citric Acid, Garlic Powder, Natural Flavor, Food Starch (potato), Extractive of Turmeric (color) and Extractive of Annatto (color), with not more than 2% Calcium Silicate added as an anticaking agent.

OR

Salt, Spices, Monosodium Glutamate, Sodium Bicarbonate, Citric Acid, Garlic Powder, Partially Hydrogenated Soybean Oil and Cottonseed oil, Calcium Silicate (as an anticaking agent), Modified Corn Starch, Gum Arabic, Natural Flavor, Extractives of Turmeric and Extractives of Annatto. Product is cooked in 100% soybean oil with dimethylpolysiloxane, TBHQ and citric acid or in 100% soybean oil with dimethylpolysiloxane.

*Will contain one of the two breading ingredient statements above, depending upon regional suppliers.

**BBQ Baked Beans**

Beans: Beans, water, sugar, tomato paste, corn syrup, salt, paprika, spice, caramel coloring, natural flavorings, and garlic powder. Seasoning: Sugar, corn syrup solids, tomato powder, brown sugar, salt, modified food starch, partially hydrogenated soybean and cottonseed oils, spices, onion powder, natural smoke flavor, chili pepper, hydrolyzed soy protein, citric acid, maltodextrin, sesame seed oil, beet powder, natural flavors, molasses solids, caramel color, hydrolyzed corn gluten, soy protein and wheat gluten, xanthan gum, garlic, whey powder, autolyzed yeast extract, soy sauce solids (naturally fermented wheat and soybeans, salt, maltodextrin, caramel color), disodium inosinate, disodium guanylate, dextrose, tamarind, vinegar solids, natural and artificial flavors, smoke flavor, thiamine hydrochloride, lactic acid, soy lecithin, ascorbic acid, not more than 2% silicon dioxide added to prevent caking.

**Biscuit**

Bleached Enriched Flour (Bleached Flour, Niacin, Ferrous Sulfate, Thiamin Mononitrate, Riboflavin, Folic Acid), Water, Partially Hydrogenated Vegetable Oil (Soybean, Cottonseed), with Citric Acid Added To Protect Flavor, Baking Powder (Baking Soda, Sodium Aluminum Phosphate, Sodium Acid Pyrophosphate), Cultured Lowfat Buttermilk (Nonfat Milk, Whey Protein Concentrate, Whey, Cream, Dairy Cultures), Sugar, Salt, Sodium Caseinate, DATEM, Wheat Protein Isolate, Natural Flavor, Nonfat Milk.

**Cole Slaw**

Vegetables: Chopped Cabbage, Carrots and Onions. Sauce: Sugar, Soybean Oil, Vinegar (Distilled Vinegar, Corn and Cider Vinegar, Malt Vinegar, and Natural Flavors), Water, Salt, Egg Yolks, Modified Corn Starch, Mustard Flour, Xanthan Gum, Natural and Artificial Flavor, Paprika Extractives, Paprika, and Caramel Color.

**Corn on the Cob**

Corn

**Green Beans**

Green beans, KFC vegetable seasoning, diced onions, bacon pieces, water, salt

OR

Green Beans, Water, salt. OR Green beans, water, salt, zinc chloride for stabilization of color.

OR

Green beans, Onions, and Red Peppers.

Seasoned With Dehydrated Vegetables (onion, red bell pepper), maltodextrin, salt, dextrose, modified food starch, hydrolyzed soy and corn protein, partially hydrogenated soybean oil, spice, natural flavors, caramel color, disodium inosinate, and disodium guanylate.

OR

Maltodextrin, salt, sugar, natural butter flavor (with whey) and butter (Cream, nonfat milk, salt), onion powder, natural and artificial flavors, (with autolyzed yeast extract), garlic powder, whey, spice, hydrolyzed soy protein, corn syrup solids, hydrolyzed corn protein, natural smoke flavor, caramel color, guar gum, annatto and turmeric [color], with not more than 2% silicon dioxide added as an anti-caking agent

*Will contain one of the ingredient statements above, depending upon regional suppliers.

**Mac and Cheese**

Cooked enriched macaroni (wheat flour, egg white solids, niacin, ferrous sulfate, thiamine mononitrate, riboflavin, folic acid), skim milk, water, pasteurized prepared cheese product (cheddar cheese [milk, cheese culture, salt, enzymes], water, enzyme modified cheese [milk, water, milkfat, sodium phosphate, cheese culture, salt, enzymes, vitamin A palmitate], milk protein concentrate, milkfat, salt, sodium phosphate, oleoresin paprika, beta-apo 8 carotenal for color), margarine (hydrogenated vegetable oil [soybean and/or cottonseed and/or canola], water, whey, salt, soy lecithin, monoglycerides, artificial color, artificial flavor, citric acid, monoglyceride citrate, vitamin A palmitate, vitamin D), bleached enriched flour (wheat flour, niacin, ferrous sulfate, thiamine mononitrate, riboflavin, folic acid), modified food starch, salt, partially hydrogenated soybean oil, sugar, flavoring (natural flavoring [including dairy products], partially hydrogenated soybean oil, maltodextrin, sodium diphosphate, citric acid, yellow 5, Yellow 6), flavoring, carrageenan, spice extract, citric acid, lactic acid, enzyme modified butter oil.

OR

COOKED ENRICHED MACARONI PRODUCT (ENRICHED WHEAT FLOUR, EGG WHITE SOLIDS, NIACIN, FERROUS SULFATE, THIAMINE MONONITRATE, RIBOFLAVIN AND FOLIC ACID), RECONSTITUTED SKIM MILK, WATER, PROCESSED CHEDDAR CHEESE (CHEDDAR CHEESE [PASTEURIZED MILK, CHEESE CULTURE, SALT, ENZYMES], WATER, SALT, APOCAROTENAL (COLOR), OLEORESIN PAPRIKA), PASTEURIZED PROCESS CHEDDAR AND GRANULAR CHEESE (CHEDDAR CHEESE [MILK, CHEESE CULTURE, SALT, ENZYMES], GRANULAR CHEESE [MILK, CHEESE CULTURE, SALT, ENZYMES], WATER, ENZYME MODIFIED CHEESE [MILK, WATER, MILKFAT, SODIUM PHOSPHATE, CHEESE CULTURES, SALT, ENZYMES, VITAMIN A PALMITATE], SODIUM PHOSPHATE, SALT, MILKFAT, APOCAROTENAL [COLOR]), CHEDDAR CHEESE (MILK, CHEESE CULTURE, SALT, ENZYMES), WATER, ENZYME MODIFIED CHEESE (MILK, WATER, MILKFAT, SODIUM PHOSPHATE, CHEESE CULTURE, SALT, ENZYMES, VITAMIN A PALMITATE), FOOD STARCH-MODIFIED, PARTIALLY HYDROGENATED SOYBEAN OIL, SODIUM PHOSPHATE, SALT, XANTHAN GUM, LACTIC ACID, APOCAROTENAL (COLOR), WHEAT FLOUR, MARGARINE (PARTIALLY HYDROGENATED SOYBEAN AND/OR SOYBEAN OILS, WATER, MONO AND DIGLYCERIDES, BETA CAROTENE FOR COLOR, MAY ALSO CONTAIN VITAMIN A PALMITATE, SALT, WHEY, SOY LECITHIN, NATURAL FLAVOR), LESS THAN 2% OR LESS OF BUTTER FLAVOR (PARTIALLY HYDROGENATED SOYBEAN OIL, WATER, ENZYME MODIFIED BUTTER, NATURAL FLAVORING), SALT, SUGAR, CHEESE FLAVOR (SALT, MALTODEXTRIN, DEXTROSE, NATURAL FLAVORS AND LACTIC ACID), MODIFIED FOOD STARCH, DISODIUM PHOSPHATE DIHYDRATE, CARRAGEENAN, PAPRIKA EXTRACTIVES, POLYSORBATE 80, BETA CAROTENE FOR COLOR, SPICE EXTRACTIVES.

*Will contain one of the two ingredient statements above, depending upon regional suppliers

**Mashed Potatoes**

Potatoes, Salt, Maltodextrin, Whey Product [containing Whey Solids, Sodium Caseinate (a milk product), Calcium Phosphate, Calcium Stearoyl-2-Lactylate, Calcium Hydroxide], Partially Hydrogenated Vegetable Oil (Soybean and Cottonseed), Mono and Diglycerides, Artificial Colors, Natural and Artificial Flavors, Calcium Stearoyl-2-Lactylate, Spice. Freshness preserved with Sodium Bisulfate, and BHT

OR

Potatoes (Color and Flavor protected with Sodium Bisulfite, Citric Acid and BHT), Salt, Corn Syrup Solids, Butter, Hydrogenated Soybean Oil, Monoglycerides, Sodium Pyrophosphate, Nonfat Milk, Natural Flavor, Calcium Phosphate, Sodium Caseinate, Dipotassium Phosphate, Artificial Flavor, Mono and Diglycerides, Artificial Color

*Will contain one of the two ingredient statements above, depending upon regional suppliers

**Potato Salad**

Potatoes, Mayonnaise (Soybean oil or Canola Oil, Egg Yolks, Water, Vinegar, Corn Syrup, Salt, Spice, Calcium Disodium EDTA) Water, Sugar, Mustard (Water, Vinegar, Mustard Seed, Salt. Contains 2% or Less Turmeric, Paprika, Sugar, Spice),Pickle Relish (Pickles, High Fructose Corn Syrup, Water, Vinegar, Salt, Bell Peppers, Modified Food Starch, Spices, Sodium Benzoate (Preservative), Natural Flavoring, Onions, Calcium Chloride and Turmeric), Celery, Red Bell Peppers, Salt, Onion, Vinegar, Modified Food Starch, Spice, Potassium Sorbate and Sodium Benzoate to protect flavor, Xanthan Gum, Dehydrated Parsley

**Potato Wedges**

Potatoes, Partially Hydrogenated Soybean Oil, Batter Mix (Enriched Bleached Flour [Wheat Flour, Malted Barley Flour, Niacin, Reduced Iron, Thiamine, Mononitrate, Riboflavin, Folic Acid], Rice Flour, Food Starch-Modified, Salt, Monosodium Glutamate, Yellow Corn Meal, Spices, Leavening (Sodium Acid Pyrophosphate, Sodium Bicarbonate). May contain dextrose. Product is cooked in 100% soybean oil with dimethylpolysiloxane, TBHQ and citric acid or in 100% soybean oil with dimethylpolysiloxane.

**Seasoned Rice**

Enriched long grain parboiled rice, enriched with iron (ferric orthophosphate), niacin, and thiamin (thiamin mononitrate)

OR

Enriched long grain parboiled rice, enriched with iron (ferric orthophosphate), niacin, thiamin (thiamin mononitrate), and folic acid

Seasoned with, Dehydrated Vegetables ( carrot, onion, garlic, parsley, celery), salt, hydrolyzed soy protein, monosodium glutamate, yeast extract, chicken broth, maltodextrin, dextrose, modified food starch, sugar, butter (sweet cream, salt, annatto color), partially hydrogenated soybean oil, cooked chicken, chicken fat, nonfat milk solids, gelatin, sodium phosphate, flavor, lactose, disodium inosinate and disodium guanylate, natural flavor, sodium caseinate, extractive of turmeric, spices (including turmeric), lactic acid, BHA, propyl gallate and citric acid added to protect flavor, dipotassium phosphate, disodium phosphate

*Will contain one of the ingredient statements above, depending upon regional suppliers.

**Apple Pie Slice**

Apples, Enriched Flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, and folic acid), Sugar, Partially Hydrogenated Soybean Oil, Corn Syrup, Water, Modified Corn Starch, High Fructose Corn Syrup, Salt, Cinnamon, Malic Acid, and Soybean Oil.

OR

Apples, Enriched Flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), High Fructose Corn Syrup, Partially Hydrogenated Vegetable Shortening (Soybean and Cottonseed oils), Sugar, Food Starch-Modified, Margarine (Partially Hydrogenated Soybean Oil, Water, Salt, Whey, Vegetable Mono- and Diglycerides, Soybean Lecithin, Artificial Flavors, Beta Carotene, Vitamin A Palmitate), Dextrose, Salt, Silicon Dioxide, Potassium Sorbate (Preservative), Xanthan Gum, Cinnamon, Malic Acid, Ascorbic Acid, and Citric Acid

*Will contain one of the two ingredient statements above, depending upon regional suppliers

**Cherry Cheesecake Parfait**

Cherries, Sugar, Water, Corn Syrup, Whole Milk, Partially Hydrogenated Vegetable Oil (Soybean, Cottonseed and Palm Kernel Oil), Whey, Wheat Flour, Cream Cheese (Pasteurized Milk and Cream, Cheese Culture, Salt, Carob Bean Gum), Graham Flour, High Fructose Corn Syrup, Modified Corn Starch, Maltodextrin, Milk Protein Concentrate, Salt, Cheese Cultures, Gelatin, Natural and Artificial Flavors, Skim Milk Protein Concentrate, Lactose, Mono- and Diglycerides (From Vegetable Sources), Propylene Glycol Esters, Citric Acid, Carob Bean Gum, Propylene Glycol Alginate, Molasses, Xanthan Gum, Soybean Oil, Cellulose Gum, Potassium Sorbate (Preservative), Polysorbate 60, Polyglycerol Esters of Fatty Acids, Vitamin A Palmitate, Soy Lecithin, Baking Soda, Dextrose, Honey, Sodium Citrate, Guar Gum, Disodium Phosphate, Apocarotenal (Color), Lactylic Stearate, Annatto and Turmeric Extracts (Color), Vanillin (Artificial Flavor), Beta Carotene (Color), Carrageenan, Red 40

**Double Chocolate Chip Cake**

Sugar, bleached enriched flour (bleached flour, niacin, iron, thiamine mononitrate, riboflavin), eggs, hydrogenated vegetable oil (soybean, cottonseed), water, chocolate chips (sugar, chocolate liquor, cocoa butter, butterfat, lecithin, artificial flavor), cocoa processed with alkali, modified corn starch, corn syrup, mono- and di-glycerides, whey, baking powder (baking soda, sodium aluminum phosphate), vital wheat gluten, salt, corn starch, calcium acetate, sorbitan monostearate, nonfat milk, sodium stearoyl lactylate, agar, guar gum, xanthan gum, natural and artificial flavor, polysorbate 60, artificial color, lecithin

**Lemon Meringue Pie**

Reduced fat sweetened condensed milk (milk, skim milk, sugar, vitamin A palmitate), high fructose corn syrup, enriched flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), egg whites, egg yolks, lemon juice concentrate, leavening (baking soda), salt, lemon pulp cells, corn starch, natural and artificial flavors, locust bean gum, agar, soy lecithin, monosodium phosphate, cream of tartar.

OR

Water, sugar, enriched flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), partially hydrogenated vegetable oil (soybean and cottonseed oils), high fructose corn syrup, corn syrup, modified food starch, dextrose, salt, egg whites, lemon puree concentrate, stabilizers (contains one or more of the following agar, carob bean gum, carrageenan, xanthan gum, yam flour), citric acid, soybean oil, sodium citrate, lemon oil, sodium phosphate, cream of tartar, annatto and turmeric extracts (color), mono-and diglycerides (from vegetable sources), soy lecithin.

*Will contain one of the two ingredient statements above, depending upon regional suppliers

**Lil' Bucket Chocolate Crème**

Whey, skim milk, sugar, water, partially hydrogenated vegetable oils (coconut, soybean, palm and cottonseed oils), high fructose corn syrup, corn syrup, flour, modified food starch, margarine [partially hydrogenated soybean and cottonseed oils, water, salt, mono and di-glycerides (from vegetable sources), soy lecithin, artificial flavor, annatto (color), calcium disodium EDTA (preservative), vitamin A palmitate], graham flour, cocoa (processed with alkali), sodium caseinate, natural and artificial flavors, salt, polysorbate 60 & 65, cellulose gum, xanthan gum, molasses, soy lecithin, sodium bicarbonate, dextrose, honey, sodium stearoyl lactylate, sodium alginate, beta carotene (color), dextrin, hexaglycerol distearate, sodium phosphate, confectioners glaze, chocolate.

**Lil' Bucket Fudge Brownie**

Sugar, whey, enriched bleached flour [with niacin, iron, thiamine mononitrate (vitamin B1), riboflavin (vitamin B2), folic acid], partially hydrogenated oil (soybean, coconut, palm and cottonseed oils), whole eggs, whole milk, water, corn syrup, modified food starch, cocoa (processed with alkali), high fructose corn syrup, margarine [partially hydrogenated soybean and cottonseed oils, water, salt, mono- and diglycerides, lecithin, artificial flavor, annatto (color), calcium disodium EDTA (preservative), vitamin A palmitate], baking powder (sodium acid pyrophosphate, baking soda, corn starch, monocalcium phosphate, calcium sulfate), egg whites, natural and artificial flavor, salt, mono- and diglycerides, lecithin, polysorbate 60, cellulose gum, polyglycerol esters of fatty acids, xanthan gum, guar gum, propylene glycol, sodium citrate, annatto and turmeric extracts (color), disodium phosphate, carob bean gum, sodium phosphate, sodium stearoyl-2-lactylate, cream of tartar, chocolate, beta carotene (color), FD&C red 40.

**Lil' Bucket Lemon Crème**

Skim milk, sugar, enriched flour (with niacin, iron, thiamine mononitrate (vitamin B1), riboflavin (vitamin B2), folic acid], whey, water, partially hydrogenated vegetable oil (soybean, palm and cottonseed oils), margarine [partially hydrogenated soybean and cottonseed oils, water, salt, mono- and diglycerides (from vegetable sources), soy lecithin, artificial flavor, annatto (color), calcium disodium EDTA (preservative), vitamin A palmitate], high fructose corn syrup, corn syrup solids, modified food starch, citric acid, corn starch, natural and artificial flavors, lemon juice solids, salt, cellulose gum, polysorbate 60, soy lecithin, polyglycerol esters of fatty acids, sodium citrate, disodium phosphate, xanthan gum, lemon oil, mono- and diglycerides (from vegetable source), beta carotene (color), dextrin, shellac (edible), riboflavin (color), FD&C Yellow #5 lake, carnauba wax.

**Lil' Bucket Strawberry Short Cake**

Strawberries, sugar, whey, water, corn syrup, high fructose corn syrup, enriched bleached flour [with niacin, iron, thiamine mononitrate (vitamin B1), riboflavin (vitamin B2)], whole eggs, skim milk, partially hydrogenated vegetable oil (palm and kernel oils), modified tapioca starch, soybean oil, modified corn starch, baking powder (sodium acid pyrophosphate, baking soda, corn starch, monocalcium phosphate, calcium sulfate), salt, polysorbate 60, cellulose gum, natural and artificial flavors, polyglycerol esters of fatty acids, soy lecithin, mono- and diglycerides (from vegetable sources), sodium citrate, citric acid, disodium phosphate, xanthan gum, potassium sorbate, vanillin (artificial flavor), beta carotene (color), sodium stearoyl-2-lactylate, red 40.

**Pecan Pie Slice**

Corn syrup, enriched flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), whole eggs, sugar, pecans, partially hydrogenated soybean oil, margarine (partially hydrogenated soybean oil, water, salt, skim milk, vegetable mono- and di-glycerides, vegetable lecithin, artificial flavors, beta carotene, vitamin A palmitate), high fructose corn syrup, salt, natural and artificial flavors, soybean oil, skim milk, carrageenan, baking powder (sodium acid pyrophosphate, baking soda, corn starch, monocalcium phosphate, calcium sulfate), modified corn starch, mono-and diglycerides (from vegetable sources), polysorbate 60, vanillin (artificial flavor), sodium stearoyl-2-lactylate.

OR

Corn syrup, sugar, enriched flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), pecans, eggs, water, partially hydrogenated vegetable shortening (soybean and cottonseed oils), margarine (partially hydrogenated soybean oil, water, salt, skim milk, vegetable mono- and di-glycerides, vegetable lecithin, artificial flavors, beta carotene, vitamin A palmitate), contains 2% or less of bleached enriched flour (wheat flour, malted barley flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), corn syrup solids, modified food starch, salt, dextrose, soy lecithin, artificial flavor, potassium sorbate (mold inhibitor), dough conditioner (L-cysteine hydrochloride)

*Will contain one of the two ingredient statements above, depending upon regional suppliers.

### Strawberry Crème Pie Slice

Reduced Fat Sweetened Condensed Milk (Sugar, Skim Milk, Whole Milk), Partially Hydrogenated Vegetable Shortening (Soybean, Coconut, Palm Kernel, Palm and Cottonseed Oils), Water, Enriched Flour (Wheat Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Sugar, High Fructose Corn Syrup, Strawberries, Cream Cheese (Milk Cream, Cheese Cultures, Salt, Xanthan Gum and/or Locust Bean Gum and/or Guar Gum), Milk, Strawberry Juice Concentrate, Salt, Citric Acid, Mono-and Diglycerides, Vitamin A Palmitate, Apo-Carotenal Color, Sodium Caseinate, Corn Syrup Solids, Fructose, Maltodextrin, Xanthan Gum, Natural and Artificial Flavors, Polysorbate 60, Beta Carotene Color, Soy Lecithin, Carbohydrate Gum, Disodium Phosphate, Polyglycerol Esters of Fatty Acids, Sodium Citrate, Glyceryl Lacto Esters of Fatty Acids, Lactose, Sorbitan Monostearate, Red #40 Color, Guar Gum, Sodium Acid Pyrophosphate, Food Starch-Modified, Potassium Phosphate.

### Apple Pie Mini's

Pastry and Glaze: Enriched wheat flour (flour, niacin, reduced iron, thiamine, riboflavin, folic acid), artificially flavored and colored vegetable shortening (partially hydrogenated soybean oil, soybean lecithin, artificial flavor and beta carotene color), water, fructose, sugar, may contain 2% or less of the following: salt, dextrose monohydrate, sugar, propylene glycol, condensed skim milk, FD&C yellow #5, FD&C yellow #6, food starch-modified, locust bean gum, citric acid, natural and artificial flavor. Filling: Apples, high fructose corn syrup, water, food starch-modified, may contain 2% or less of the following: spices, sugar, dicalcium phosphate, sodium citrate, sodium alginate, propylene glycol, skim milk, natural and artificial flavor.

### Mt. Dew

Mt. Dew

### Pepsi

Pepsi

### Diet Pepsi

Diet Pepsi

### 2% Milk

2% Milk

### Fruit By The Foot

Strawberry: ORANGE JUICE FROM CONCENTRATE, GRAPES FROM CONCENTRATE, SUGAR, MALTODEXTRIN, CORN SYRUP, STRAWBERRIES FROM CONCENTRATE, PARTIALLY HYDROGENATED COTTONSEED OIL, CARRAGEENAN, CITRIC ACID, ACETYLATED MONO AND DIGLYCERIDES, SODIUM CITRATE, MALIC ACID, XANTHAN GUM, VITAMIN C (ASCORBIC ACID), LOCUST BEAN GUM, POTASSIUM CITRATE, RED 40, NATURAL AND ARTIFICIAL FLAVOR.

Color by the Foot: ORANGE JUICE FROM CONCENTRATE, GRAPES FROM CONCENTRATE, SUGAR, MALTODEXTRIN, PEARS FROM CONCENTRATE, CORN SYRUP, PARTIALLY HYDROGENATED COTTONSEED OIL, CARRAGEENAN, CITRIC ACID, ACETYLATED MONO AND DIGLYCERIDES, SODIUM CITRATE, MALIC ACID, XANTHAN GUM, VITAMIN C (ASCORBIC ACID), LOCUST BEAN GUM, NATURAL FLAVOR, POTASSIUM CITRATE, COLOR (YELLOW 5, RED 40, BLUE 1).

### Mott's® Apple Sauce

Apples, High fructose corn syrup, Water, Ascorbic Acid (To Maintain Color).

Mott's is a registered trademark of Mott's, Inc.