Declaration of Erich O. Grosz

# Exhibit 12

**Case No. 06-CV-01127 (JR)**



# Move More!

No matter where you live, you can build more fitness into your life. While 60 minutes is best, try to do at least 30 minutes of moderate intensity exercise every day for health benefits. You can do 30 minutes at one time…or 5 minutes at a time, 6 times a day!

**The key is: Move More!**

- Climb stairs instead of taking the elevator or escalator.
- Park at the far end of the parking lot instead of looking for the closest spot.
- Go for a short walk during your lunch hour.
- After work or school, pick up a quick ball game or go for a bike ride.
- Walk the dog…don't let the dog walk you!
- Put on some music and dance!
- Join the Y… be part of a team.
- Autumn leaves? Rake them up.
- Snowy outside? Shovel snow. Build a snowman. Make snow angels.
- Go ice skating.
- Take a walk and check for seasonal changes in your neighborhood.
- Plant a garden.

*Note: Consult your physician before beginning any exercise program.*

## Q&A Ask Dr. Schorin

**Q: How can the US Dietary Guidelines apply to my busy lifestyle?**

**A:** The 2005 Dietary Guidelines for Americans emphasize the importance of weight management. Balance the calories (energy) you eat and drink with physical activity to keep your weight in balance. To lose weight, cut back on the amount of food you eat and add more activity. No one single food or food group is the key to weight control. What is most important is finding the right balance.

You feel like you have more energy when you choose foods packed with essential nutrients, like proteins, fiber, vitamins, calcium and iron.

Remember: Energy In=Energy Out

*Marilyn Schorin, PhD, RD is Chief Nutrition and Regulatory Officer at Yum! Brands, Inc.*

# Keep It Balanced at KFC®

Nutrition-conscious customers can create a variety of relevant meals from KFC's menu, for example, by removing the skin and breading on KFC's Original Recipe® chicken breast (3g of fat) and choosing two home-style sides, such as corn on the cob (3g of fat), mashed potatoes and gravy (4.5g of fat), green beans (1.5g of fat) or BBQ beans (1g of fat). Customers can also select the Tender Roast® Sandwich without the sauce (5g of fat), a marinated white meat filet slow roasted to juicy perfection topped with fresh lettuce and tomato served on a signature split-top bun or the Tender Roast® meal with a side of long-grain rice and a side of southern-style green beans.

**Keep It Balanced Chart**

| ITEM | FAT GRAMS |
|---|---|
| Original Recipe® chicken breast (skin removed) | 3 |
| Mashed potatoes with gravy | 4.5 |
| Mashed potatoes without gravy | 4 |
| Green beans | 1.5 |
| 3 inch Corn on the Cob | 1.5 |
| 5.5 inch Corn on the Cob | 3 |
| BBQ Beans | 1 |
| Tender Roast® Filet meal | 7 |
| Tender Roast® Sandwich without sauce | 5 |
| Roasted Caesar Salad with Ranch Fat Free Dressing | 9 |

Nutritional Information

# Keep It Balanced.

KFC

KFC® has built a reputation on quality for more than 50 years. We proudly serve customers great tasting home-style meals for the whole family to enjoy. Visit KFC® and dine with us or bring back dinner with chicken, fresh from our kitchen to yours.

KFC

# NUTRITION GUIDE

| Item | Serving Size (gms) | Calories | Calories from Fat | Total Fat (gms) | % Daily Value * | Saturated Fat (gms) | % Daily Value * | Trans Fat (g)*** | Cholesterol (mgs) | % Daily Value * | Sodium (mgs) | % Daily Value * | Carbohydrates (gms) | % Daily Value * | Dietary Fiber (gms) | % Daily Value * | Sugars (gms) | Protein (gms) | % Daily Value: Vitamin A | Vitamin C | Calcium | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Salads & More** | | | | | | | | | | | | | | | | | | | | | | |
| Roasted Caesar Salad without Dressing & Croutons | 301 | 220 | 80 | 9 | 14 | 4.5 | [illegible] | [illegible] | 75 | [illegible] | 880 | 35 | 8 | 2 | 3 | 11 | 4 | [illegible] | 45 | 35 | 26 | 10 |
| Crispy Caesar Salad without Dressing & Croutons | 315 | 370 | 170 | 19 | 30 | 7 | [illegible] | 3.5 | 66 | [illegible] | 1110 | 48 | 20 | [illegible] | 3 | 14 | 3 | [illegible] | 45 | 30 | 30 | 10 |
| Caesar Side Salad without Dressing & Croutons | 75 | 50 | 30 | 3 | [illegible] | 2 | [illegible] | [illegible] | 10 | [illegible] | 135 | [illegible] | 2 | 1 | 1 | 4 | 1 | 4 | 15 | 10 | 10 | 2 |
| Roasted BLT Salad without Dressing | 341 | 210 | 60 | 7 | 11 | 3.5 | 12 | 0.2[illegible] | 70 | 24 | 900 | 38 | 8 | 3 | 4 | 14 | 8 | [illegible] | 45 | 60 | 8 | 15 |
| Crispy BLT Salad without Dressing | 360 | 350 | 160 | 17 | 27 | 4.5 | 22 | 3 | 60 | 21 | 1170 | 49 | 21 | 7 | 4 | 17 | 5 | 27 | 45 | 60 | 8 | 15 |
| House Side Salad without Dressing | 83 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 2 | 1 | 1 | [illegible] | 1 | 1 | 15 | 15 | 0 | 2 |
| Tender Roast® Filet Meal* | 321 | 360 | 80 | 7 | 10 | 2 | 9 | 0.5 | 65 | 28 | 2010 | 84 | 41 | 14 | 4 | 17 | 4 | [illegible] | 20 | 8 | 8 | 15 |
| Hidden Valley® The Original Ranch® Dressing (1) | 57 | 200 | 180 | 20 | 31 | 3 | 15 | 0.25 | 25 | [illegible] | 470 | 19 | 3 | 1 | 0 | [illegible] | 1 | 1 | 0 | 0 | 2 | 0 |
| Hidden Valley® The Original Ranch® Fat Free Dressing (1) | 43 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 410 | 17 | 8 | 3 | 0 | [illegible] | 3 | 1 | 0 | 0 | 2 | 0 |
| Hidden Valley® Golden Italian Light Dressing (1) | 43 | 45 | 25 | 2.5 | 4 | 0 | 0 | 0 | 0 | 0 | 680 | 28 | 6 | 2 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| KFC® Creamy Parmesan Caesar Dressing (1) | 57 | 260 | 230 | 26 | 40 | 5 | 25 | 0.25 | 15 | 5 | 630 | 22 | 5 | 2 | 0 | 0 | 3 | 2 | 0 | 0 | 2 | 0 |
| KFC® Parmesan Garlic Croutons Pouch (1) | 14 | 70 | 25 | 3 | 5 | 0 | 2 | 0.5 | 0 | 0 | 140 | 7 | 9 | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | [illegible] |
| **Sandwiches** | | | | | | | | | | | | | | | | | | | | | | |
| KFC® Snacker | 119 | 320 | 1[illegible] | 16 | 25 | 3 | [illegible] | 1.[illegible] | 25 | [illegible] | [illegible] | 29 | 31 | [illegible] | 2 | 7 | [illegible] | 14 | [illegible] | 4 | 6 | 15 |
| Honey BBQ KFC® Snacker | 101 | 220 | [illegible] | 3.5 | [illegible] | 1 | [illegible] | [illegible] | 35 | 12 | 480 | [illegible] | 32 | 11 | 2 | 6 | 10 | [illegible] | [illegible] | 0 | 4 | 10 |
| Honey BBQ Sandwich | 147 | 300 | [illegible] | 6 | [illegible] | 1.5 | [illegible] | 0.[illegible] | 65 | 19 | 820 | [illegible] | 41 | 14 | 1 | 4 | 19 | [illegible] | [illegible] | 0 | 6 | [illegible] |
| Triple Crunch Sandwich | 262 | 660 | 53 | 34 | [illegible] | 7 | 35 | 4.[illegible] | 75 | 25 | 1640 | [illegible] | 49 | [illegible] | 3 | 12 | 4 | [illegible] | 8 | 15 | 10 | [illegible] |
| Double Crunch Sandwich | 213 | 530 | [illegible] | 28 | [illegible] | 6 | 28 | [illegible] | 65 | 18 | 1240 | [illegible] | 42 | [illegible] | 3 | 11 | 4 | [illegible] | 8 | 10 | 8 | [illegible] |
| Crispy Twister® | 252 | 670 | [illegible] | 38 | 58 | 7 | [illegible] | [illegible] | 80 | 20 | 1650 | [illegible] | 55 | [illegible] | 3 | 12 | 7 | 27 | [illegible] | 25 | 15 | 15 |
| Oven Roasted Twister® | 269 | 510 | [illegible] | 23 | [illegible] | 4 | [illegible] | [illegible] | 70 | 23 | 1400 | [illegible] | 46 | [illegible] | 4 | 17 | 10 | 29 | 15 | 35 | 20 | 10 |
| Tender Roast® Sandwich | 236 | 390 | 1[illegible] | 19 | [illegible] | 4 | [illegible] | 0.5 | 70 | 23 | 810 | [illegible] | 24 | [illegible] | 1 | 4 | 0 | 31 | 0 | 0 | 4 | 10 |
| Tender Roast® Sandwich without Sauce | 177 | 260 | [illegible] | 5 | [illegible] | 1.5 | [illegible] | [illegible] | 65 | 22 | 690 | [illegible] | [illegible] | 8 | 1 | 4 | 0 | 31 | 0 | 0 | 4 | 10 |
| **Chicken** | | | | | | | | | | | | | | | | | | | | | | |
| OR Chicken- Whole Wing | 47 | 150 | [illegible] | 9 | 14 | 2.5 | 13 | 1 | 60 | [illegible] | 370 | 15 | 5 | [illegible] | 0 | [illegible] | [illegible] | 11 | [illegible] | 0 | 0 | 2 |
| OR Chicken- Breast | 161 | 380 | 170 | 19 | [illegible] | 6 | [illegible] | [illegible] | 145 | [illegible] | 1150 | 48 | 11 | 4 | 0 | [illegible] | [illegible] | [illegible] | 0 | 0 | 0 | 6 |
| OR Chicken- Breast without skin or breading | 108 | 140 | [illegible] | 3 | 5 | 1 | [illegible] | [illegible] | 85 | [illegible] | 410 | 17 | 0 | [illegible] | 0 | 0 | [illegible] | [illegible] | 0 | [illegible] | 0 | 4 |
| OR Chicken- Drumstick | 59 | 140 | [illegible] | 8 | 12 | 2 | [illegible] | [illegible] | 75 | [illegible] | 440 | 18 | 4 | 1 | 0 | 0 | [illegible] | 14 | 0 | [illegible] | 0 | 4 |
| OR Chicken- Thigh | 126 | 360 | [illegible] | 25 | 38 | 7 | [illegible] | 1.5 | 165 | 55 | 1060 | 44 | 12 | 4 | 0 | 0 | [illegible] | 22 | 0 | [illegible] | 0 | 8 |
| EC Chicken- Whole Wing | 52 | 190 | 11[illegible] | 12 | 18 | 4 | [illegible] | [illegible] | 55 | [illegible] | [illegible] | 16 | 10 | 3 | 0 | 0 | [illegible] | [illegible] | 0 | 0 | 0 | 2 |
| EC Chicken- Breast | 162 | 460 | 250 | 28 | 43 | 8 | 40 | 4.5 | 135 | [illegible] | 1230 | 51 | 19 | 6 | 0 | 0 | [illegible] | 34 | 0 | 0 | 0 | 8 |
| EC Chicken- Drumstick | 60 | 160 | [illegible] | 10 | 15 | 2.5 | 13 | [illegible] | 70 | 23 | 420 | 18 | 5 | 2 | 0 | 0 | [illegible] | [illegible] | 0 | 0 | 0 | 4 |
| EC Chicken- Thigh | 114 | 370 | [illegible] | 26 | 40 | 7 | [illegible] | [illegible] | 120 | 40 | 710 | 30 | 12 | 4 | 0 | 0 | [illegible] | 21 | 0 | 0 | 0 | 8 |
| **Strips** | | | | | | | | | | | | | | | | | | | | | | |
| Crispy Strips (3) | 151 | 400 | [illegible] | 24 | [illegible] | 5 | [illegible] | 4.[illegible] | [illegible] | 25 | 1250 | [illegible] | 17 | [illegible] | 0 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | 0 | 10 |
| Crispy Strips (2) | 102 | 2[illegible]0 | 150 | [illegible] | 25 | 3.5 | [illegible] | [illegible] | 60 | 17 | [illegible] | [illegible] | 11 | [illegible] | 0 | [illegible] | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] |
| **Popcorn Chicken** | | | | | | | | | | | | | | | | | | | | | | |
| Popcorn Chicken-Kids | 74 | 240 | 120 | 14 | [illegible] | [illegible] | [illegible] | [illegible] | 40 | 1[illegible] | 770 | 32 | 15 | 5 | 0 | 1 | [illegible] | [illegible] | 0 | 0 | [illegible] | [illegible] |
| Popcorn Chicken-Individual | 114 | 380 | 190 | 31 | [illegible] | [illegible] | [illegible] | 4 | 60 | 21 | 1200 | 50 | 23 | 8 | 0 | 2 | [illegible] | [illegible] | 2 | [illegible] | 4 | [illegible] |
| Popcorn Chicken-Large | 170 | 560 | 280 | 31 | [illegible] | [illegible] | [illegible] | [illegible] | 90 | 31 | [illegible] | 74 | 34 | 11 | 1 | 2 | [illegible] | [illegible] | 4 | 0 | 4 | [illegible] |
| Popcorn Chicken-Family | 368 | 1210 | [illegible] | [illegible] | [illegible] | 18 | [illegible] | [illegible] | 200 | 67 | 3870 | 161 | 73 | 24 | 1 | 5 | [illegible] | 77 | 8 | 4 | 10 | [illegible] |
| **Pot Pie** | | | | | | | | | | | | | | | | | | | | | | |
| Chicken Pot Pie | 423 | 770 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 14 | 115 | [illegible] | 1680 | [illegible] | 70 | 23 | 5 | [illegible] | [illegible] | 33 | 200 | [illegible] | [illegible] | 20 |
| **Wings** | | | | | | | | | | | | | | | | | | | | | | |
| *HBBQ Wings Sauced (6) | 187 | 540 | [illegible] | 33 | 51 | 7 | [illegible] | 4 | 150 | 50 | 1130 | [illegible] | 36 | 12 | 1 | 4 | 1 | [illegible] | 15 | 8 | 8 | 15 |
| Boneless HBBQ Wings (6) | 212 | 510 | 220 | 24 | [illegible] | 4.5 | 23 | 4 | 65 | [illegible] | 1870 | [illegible] | 42 | 14 | 1 | [illegible] | [illegible] | [illegible] | 0 | 0 | 4 | [illegible] |
| Boneless Fiery Buffalo Wings (6) | 211 | 520 | [illegible] | 25 | [illegible] | 4.5 | 21 | 4.5 | [illegible] | [illegible] | [illegible] | 105 | 44 | 15 | 1 | [illegible] | [illegible] | [illegible] | 4 | 0 | 4 | [illegible] |
| Hot Wings™ (6) | 134 | 450 | [illegible] | 29 | 45 | [illegible] | 30 | [illegible] | 145 | 48 | 1120 | 47 | 23 | 8 | 1 | [illegible] | 1 | 24 | 8 | 6 | 8 | 10 |
| **Breads** | | | | | | | | | | | | | | | | | | | | | | |
| Biscuit | 57 | 190 | [illegible] | [illegible] | [illegible] | 2 | 10 | 3.5 | 1.5 | 1 | 580 | 24 | 23 | [illegible] | 0 | 0 | 1 | 2 | 0 | [illegible] | 0 | [illegible] |
| **Sides (Individual)** | | | | | | | | | | | | | | | | | | | | | | |
| Green Beans | 95 | 50 | 15 | 1.5 | [illegible] | 0 | 1 | [illegible] | 5 | 2 | 570 | [illegible] | 7 | [illegible] | 2 | [illegible] | [illegible] | 2 | 10 | 0 | [illegible] | [illegible] |
| Seasoned Rice | 99 | 160 | 1[illegible] | 1 | [illegible] | 0 | [illegible] | [illegible] | 0 | [illegible] | 640 | [illegible] | 32 | 11 | 2 | [illegible] | 1 | [illegible] | 10 | 0 | 4 | [illegible] |
| Mashed Potatoes without Gravy | 108 | 110 | [illegible] | 4 | 6 | 1 | [illegible] | 0 | 0 | [illegible] | 280 | 11 | 16 | 5 | 1 | [illegible] | 0 | [illegible] | 2 | 4 | 0 | [illegible] |
| Mashed Potatoes with Gravy | 136 | 120 | [illegible] | 4.5 | 7 | 1 | [illegible] | 0.5 | 0 | [illegible] | 380 | [illegible] | 16 | 8 | 1 | [illegible] | 41 | [illegible] | 2 | 4 | 0 | [illegible] |
| Macaroni and Cheese | 136 | 400 | [illegible] | 16 | [illegible] | 5 | 24 | 2.[illegible] | 15 | [illegible] | 1920 | [illegible] | 45 | 15 | 4 | [illegible] | 3 | 15 | 20 | 15 | 20 | [illegible] |
| Potato Wedges | 102 | 240 | 110 | 12 | [illegible] | 3 | 15 | 4 | 0 | 0 | 830 | 35 | 30 | 10 | 3 | [illegible] | 0 | 4 | 0 | 8 | 2 | [illegible] |
| Corn on the Cob (3") | 82 | 70 | [illegible] | 1.5 | [illegible] | 0.5 | [illegible] | [illegible] | 0 | [illegible] | 5 | 0 | 13 | 4 | 3 | 1 | 5 | [illegible] | 0 | 6 | 4 | [illegible] |
| Corn on the Cob (5.5") | 162 | 150 | [illegible] | 3 | 5 | 1 | [illegible] | [illegible] | 0 | [illegible] | 10 | 0 | 26 | 9 | – | [illegible] | 10 | [illegible] | [illegible] | 10 | 8 | [illegible] |
| Baked Beans | 136 | 230 | [illegible] | 1 | 2 | 1 | 5 | 0.25 | 0 | [illegible] | 720 | 30 | 46 | 15 | 7 | 28 | 22 | [illegible] | 8 | 8 | 15 | [illegible] |
| Potato Salad | 128 | 180 | [illegible] | 9 | 14 | 1.5 | 8 | 0.25 | 5 | [illegible] | 470 | 20 | 22 | 7 | 1 | 4 | 5 | [illegible] | 0 | 10 | 0 | [illegible] |
| Cole Slaw | 130 | 190 | 100 | 11 | 17 | 2 | 10 | [illegible] | 5 | 2 | 300 | 13 | 22 | 7 | 3 | 12 | 13 | 1 | 25 | 40 | 4 | 0 |
| Baked! Cheetos® | 28 | 120 | 40 | 4.5 | 7 | 1 | [illegible] | [illegible] | 9 | [illegible] | 210 | 9 | 17 | 6 | 0 | 0 | 1 | 2 | 8 | 0 | 0 | 4 |
| **Desserts** | | | | | | | | | | | | | | | | | | | | | | |
| Quaker Chewy® S'mores Granola Bar | 28 | 1[illegible]0 | [illegible] | 3 | [illegible] | 0.5 | [illegible] | 0 | 0 | [illegible] | 70 | [illegible] | 22 | 7 | 1 | [illegible] | 1[illegible] | 1 | 0 | 0 | [illegible] | 2 |
| Apple Pie Minis (3) | 114 | 400 | [illegible] | 22 | [illegible] | 6 | [illegible] | 7 | 0 | [illegible] | 260 | [illegible] | 48 | 15 | 2 | [illegible] | 20 | [illegible] | 45 | 0 | [illegible] | 10 |
| Double Choc. Chip Cake | 76 | [illegible] | [illegible] | 29 | [illegible] | 5 | [illegible] | 0.5 | 45 | 15 | 230 | [illegible] | 31 | 10 | 2 | [illegible] | 27 | [illegible] | 0 | 0 | 4 | 8 |
| Li'l Bucket™ Fudge Brownie | 99 | 270 | [illegible] | 9 | [illegible] | 4 | [illegible] | 0.5 | 30 | 10 | 170 | 7 | 44 | 15 | 1 | 4 | 39 | [illegible] | 0 | 0 | 4 | 4 |
| Li'l Bucket™ Lemon Crème | 127 | 400 | 1[illegible] | 14 | [illegible] | 7 | [illegible] | [illegible] | 5 | 2 | 210 | 9 | 65 | 22 | 2 | [illegible] | 51 | [illegible] | 2 | 0 | 20 | 0 |
| Li'l Bucket™ Chocolate Cream | 113 | 270 | [illegible] | 13 | [illegible] | 8 | 40 | [illegible] | 0 | 0 | 180 | 8 | 37 | 13 | 2 | [illegible] | 28 | 2 | 2 | 0 | [illegible] | 6 |
| Li'l Bucket™ Strawberry Short Cake | 99 | 200 | [illegible] | 5 | [illegible] | 4 | [illegible] | [illegible] | 20 | 7 | 110 | 5 | 34 | 11 | 0 | [illegible] | 34 | 2 | 0 | 0 | [illegible] | 0 |
| Pecan Pie Slice | 113 | 480 | 1[illegible] | 21 | [illegible] | 4.5 | [illegible] | 1 | 40 | 13 | 380 | 15 | 68 | 23 | 2 | 9 | 21 | 5 | 0 | 0 | 2 | 10 |
| Apple Pie Slice | 113 | 290 | 1[illegible] | 11 | 17 | 3 | 14 | [illegible] | 0 | 0 | 230 | 9 | 44 | 15 | 2 | [illegible] | 23 | 2 | 0 | 0 | 2 | 4 |
| Lemon Meringue Pie Slice | 98 | 340 | [illegible] | 9 | 14 | 2.5 | 12 | 1 | 0 | 0 | 230 | 9 | 40 | 13 | 1 | [illegible] | 23 | 1 | 0 | 0 | 0 | 4 |
| Sweet Potato Pie Slice | 113 | 340 | 140 | 16 | 24 | 4 | 20 | [illegible] | 5 | 2 | 210 | 9 | 44 | 15 | 1 | [illegible] | 24 | 5 | 70 | 0 | 10 | 6 |
| **Beverages** | | | | | | | | | | | | | | | | | | | | | | |
| Tropicana® Fruit Punch | 7 fl oz | 110 | [illegible] | 0 | [illegible] | 0 | [illegible] | 0 | 0 | [illegible] | 20 | 1 | 2[illegible] | [illegible] | 0 | 0 | [illegible] | 0 | 0 | 100 | [illegible] | [illegible] |
| Pepsi® (Small) | 11 fl oz | 140 | [illegible] | 0 | [illegible] | 0 | [illegible] | [illegible] | 0 | [illegible] | 35 | 2 | 37 | 12 | 0 | 0 | [illegible] | 0 | 0 | 0 | [illegible] | 0 |
| Pepsi® (Medium) | 14 fl oz | 180 | [illegible] | 0 | [illegible] | 0 | [illegible] | [illegible] | 0 | [illegible] | 45 | 2 | 47 | 16 | [illegible] | 0 | [illegible] | 0 | 0 | 0 | [illegible] | [illegible] |
| Pepsi® (Large) | 22 fl oz | 280 | [illegible] | 0 | [illegible] | 0 | [illegible] | [illegible] | [illegible] | [illegible] | 70 | 3 | 74 | 25 | [illegible] | 0 | 74 | 0 | 0 | 0 | [illegible] | [illegible] |
| Diet Pepsi® (Small) | 11 fl oz | 0 | [illegible] | 0 | 0 | 0 | 0 | 0 | [illegible] | [illegible] | 35 | 2 | 0 | 0 | [illegible] | 0 | 0 | 0 | 0 | 0 | [illegible] | [illegible] |
| Diet Pepsi® (Medium) | 14 fl oz | 0 | [illegible] | 0 | [illegible] | 0 | 0 | 0 | [illegible] | [illegible] | 45 | 2 | 0 | 0 | [illegible] | 0 | 0 | 0 | 0 | 0 | [illegible] | 0 |
| Diet Pepsi® (Large) | 22 fl oz | 0 | 0 | 0 | [illegible] | 0 | [illegible] | [illegible] | [illegible] | [illegible] | 70 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | [illegible] | 0 |
| Mt. Dew® (Small) | 11 fl oz | 150 | [illegible] | 0 | [illegible] | 0 | [illegible] | [illegible] | [illegible] | [illegible] | 50 | 2 | 43 | 14 | 0 | 0 | 43 | 0 | 0 | 0 | [illegible] | 0 |
| Mt. Dew® (Medium) | 14 fl oz | 190 | [illegible] | 0 | [illegible] | 0 | 0 | [illegible] | [illegible] | [illegible] | 60 | 3 | 54 | 18 | 0 | 0 | 54 | 0 | 0 | 0 | [illegible] | 0 |
| Mt. Dew® (Large) | 22.4 oz | 300 | [illegible] | 0 | [illegible] | 0 | 0 | [illegible] | [illegible] | [illegible] | 95 | 4 | 85 | 28 | 0 | 0 | 85 | 0 | 0 | 0 | [illegible] | [illegible] |

| | | 2000 | 2500 |
|---|---|---|---|
| Total Fat | Less Than | 65g | 80g |
| Sat Fat | Less Than | 20g | 25g |
| Cholesterol | Less Than | 300mg | 300mg |
| Sodium | Less Than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

gms = gram
mgs = milligram

Percent daily values are based on a 2000 calorie diet.
Your daily values may be higher or lower depending on your calorie needs.

Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products as of the printing are included in the brochure. Product data is based on current formulation as of date of publication. If you have any questions about KFC® and nutrition or are particularly sensitive to specific ingredients in foods, please contact us at 1-800-CALL-KFC

* Tender Roast Filet Meal includes 1 Tender Roast Filet, 1 Small Side of Seasoned Green Beans, and 1 Small Side of Seasoned Rice

** Percent daily values are based on a 2000 calorie diet

*** Registered Trademarks of PepsiCo, Inc.