Declaration of Erich O. Grosz

# Exhibit 13

**Case No. 06-CV-01127 (JR)**

# NUTRITION GUIDE



| Item | Serving Size (gms) | Calories | Calories from Fat | Total Fat (gms) | % Daily Value ** | Saturated Fat (gms) | % Daily Value ** | Trans Fat (g)**** | Cholesterol (mgs) | % Daily Value ** | Sodium (mgs) | % Daily Value ** | Carbohydrates (gms) | % Daily Value ** | Dietary Fiber (gms) | % Daily Value ** | Sugars (gms) | Protein (gms) | Vitamin A | Vitamin C | Calcium | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Salads & More** | | | | | | | | | | | | | | | | | | | | | | |
| Roasted Caesar Salad without Dressing & Croutons | 301 | 220 | 80 | 9 | 14 | 4.5 | 23 | 0.5 | 75 | 25 | 850 | 35 | 6 | 2 | 3 | 11 | 4 | 29 | 45 | 35 | 25 | 10 |
| Crispy Caesar Salad without Dressing & Croutons | 315 | 370 | 170 | 19 | 30 | 7 | 33 | 3.5 | 85 | 22 | 1110 | 46 | 20 | 7 | 3 | 14 | 4 | 29 | 45 | 30 | 10 | 10 |
| Caesar Side Salad without Dressing & Croutons | 76 | 50 | 30 | 3 | 5 | 2 | 9 | 0 | 10 | 3 | 135 | 6 | 2 | 1 | 1 | 4 | 1 | 4 | 15 | 10 | 10 | 2 |
| Roasted BLT Salad without Dressing | 347 | 210 | 60 | 7 | 11 | 2.5 | 12 | 0 | 70 | 24 | 900 | 38 | 8 | 3 | 4 | 14 | 6 | 28 | 45 | 50 | 6 | 15 |
| Crispy BLT Salad without Dressing | 360 | 350 | 160 | 17 | 27 | 4.5 | 22 | 3 | 60 | 21 | 1170 | 49 | 21 | 7 | 4 | 17 | 5 | 27 | 45 | 50 | 8 | 15 |
| House Side Salad without Dressing | 83 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 2 | 1 | 1 | 5 | 1 | 1 | 15 | 15 | 0 | 2 |
| Hidden Valley® The Original Ranch® Dressing (1) | 57 | 200 | 180 | 20 | 31 | 3 | 15 | 0 | 25 | 8 | 470 | 19 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 2 | 0 |
| Hidden Valley® The Original Ranch® Fat Free Dressing (1) | 43 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 410 | 17 | 8 | 3 | 0 | 0 | 2 | 1 | 0 | 0 | 2 | 0 |
| Hidden Valley® Golden Italian Light Dressing (1) | 43 | 45 | 25 | 2.5 | 4 | 0 | 0 | 0 | 0 | 0 | 660 | 28 | 6 | 2 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| KFC® Creamy Parmesan Caesar Dressing (1) | 57 | 260 | 230 | 26 | 40 | 5 | 25 | 0 | 15 | 5 | 530 | 22 | 4 | 1 | 0 | 0 | 2 | 2 | 0 | 0 | 6 | 0 |
| KFC® Parmesan Garlic Croutons Pouch (1) | 14 | 70 | 25 | 3 | 5 | 0 | 2 | 0 | 0 | 0 | 160 | 7 | 9 | 3 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| KFC Famous Bowls-Mashed Potato with Gravy | 531 | 720 | 290 | 32 | 49 | 9 | 45 | 4.5 | 65 | 22 | 2390 | 100 | 81 | 27 | 5 | 20 | 6 | 29 | 8 | 10 | 20 | 30 |
| KFC Famous Bowls-Rice with Gravy | 384 | 610 | 220 | 25 | 38 | 8 | 40 | 4 | 65 | 22 | 2200 | 92 | 68 | 23 | 4 | 16 | 7 | 28 | 10 | 10 | 20 | 25 |
| **Sandwiches** | | | | | | | | | | | | | | | | | | | | | | |
| KFC® Snacker | 119 | 320 | 150 | 16 | 25 | 3 | 15 | 1.5 | 25 | 9 | 700 | 29 | 31 | 10 | 2 | 7 | 5 | 14 | 4 | 4 | 6 | 15 |
| KFC® Snacker, Buffalo | 118 | 260 | 70 | 8 | 13 | 2 | 9 | 1.5 | 25 | 8 | 870 | 36 | 32 | 11 | 2 | 7 | 4 | 14 | 4 | 2 | 4 | 10 |
| KFC® Snacker, Fish | 120 | 270 | 90 | 10 | 15 | 2 | 9 | 1 | 25 | 8 | 640 | 27 | 34 | 11 | 1 | 2 | 8 | 13 | 0 | 0 | 6 | 10 |
| Honey BBQ KFC® Snacker | 101 | 220 | 35 | 3.5 | 6 | 1 | 4 | 0 | 35 | 12 | 490 | 20 | 32 | 11 | 1 | 2 | 6 | 14 | 0 | 0 | 4 | 10 |
| Honey BBQ Sandwich | 147 | 300 | 50 | 6 | 9 | 1.5 | 8 | 0.5 | 55 | 19 | 920 | 38 | 41 | 14 | 4 | 19 | 22 | 15 | 4 | 4 | 6 | 20 |
| Triple Crunch Sandwich | 262 | 650 | 53 | 34 | 53 | 7 | 35 | 4.5 | 75 | 25 | 1640 | 68 | 49 | 16 | 4 | 12 | 6 | 36 | 8 | 15 | 10 | 20 |
| Double Crunch Sandwich | 213 | 530 | 28 | 28 | 43 | 6 | 28 | 3 | 55 | 18 | 1240 | 52 | 42 | 14 | 3 | 11 | 4 | 27 | 6 | 10 | 6 | 15 |
| Crispy Twister® | 252 | 670 | 340 | 38 | 58 | 7 | 35 | 4 | 60 | 20 | 1650 | 69 | 55 | 18 | 3 | 12 | 7 | 27 | 10 | 25 | 15 | 15 |
| Oven Roasted Twister® | 269 | 510 | 210 | 23 | 36 | 4 | 20 | 0 | 70 | 23 | 1400 | 58 | 46 | 15 | 4 | 17 | 10 | 29 | 15 | 35 | 20 | 10 |
| Tender Roast® Sandwich | 196 | 390 | 170 | 19 | 29 | 4 | 20 | 0.5 | 70 | 23 | 810 | 34 | 24 | 8 | 3 | 12 | 7 | 31 | 6 | 10 | 10 | 10 |
| Tender Roast® Sandwich without Sauce | 177 | 260 | 45 | 5 | 8 | 1.5 | 8 | 0.5 | 65 | 22 | 690 | 29 | 23 | 8 | 1 | 4 | 4 | 31 | 0 | 4 | 4 | 10 |
| **Chicken** | | | | | | | | | | | | | | | | | | | | | | |
| OR Chicken- Whole Wing | 47 | 150 | 80 | 9 | 14 | 2.5 | 13 | 1 | 60 | 20 | 370 | 15 | 5 | 2 | 0 | 0 | 0 | 11 | 0 | 0 | 0 | 2 |
| OR Chicken- Breast | 161 | 380 | 170 | 19 | 29 | 6 | 30 | 2.5 | 145 | 48 | 1150 | 48 | 11 | 4 | 0 | 0 | 0 | 40 | 0 | 6 | 2 | 6 |
| OR Chicken-Breast without skin or breading | 108 | 140 | 25 | 3 | 5 | 1 | 5 | 0 | 95 | 32 | 410 | 17 | 0 | 0 | 0 | 0 | 0 | 29 | 0 | 0 | 0 | 4 |
| OR Chicken- Drumstick | 59 | 140 | 70 | 8 | 12 | 2 | 10 | 1 | 75 | 25 | 440 | 18 | 4 | 1 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 4 |
| OR Chicken- Thigh | 126 | 360 | 230 | 25 | 38 | 7 | 35 | 1.5 | 165 | 55 | 1060 | 44 | 12 | 4 | 0 | 1 | 0 | 22 | 6 | 0 | 2 | 6 |
| OR Chicken- Whole Wing | 52 | 190 | 110 | 12 | 18 | 4 | 20 | 2 | 55 | 18 | 390 | 16 | 10 | 3 | 0 | 0 | 0 | 10 | 0 | 15 | 0 | 2 |
| EC Chicken- Breast | 162 | 460 | 250 | 28 | 43 | 8 | 40 | 4.5 | 135 | 45 | 1230 | 51 | 19 | 8 | 0 | 3 | 0 | 34 | 0 | 10 | 0 | 8 |
| EC Chicken- Drumstick | 60 | 160 | 90 | 10 | 15 | 2.5 | 13 | 1.5 | 70 | 23 | 420 | 18 | 5 | 2 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 8 |
| EC Chicken- Thigh | 114 | 370 | 230 | 26 | 40 | 7 | 35 | 3 | 120 | 40 | 710 | 30 | 12 | 4 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 6 |

Revision: May 24, 2006

% Daily Value

# NUTRITION GUIDE

| Item | Serving Size (gms) | Calories | Calories from Fat | Total Fat (gms) | % Daily Value ** | Saturated Fat (gms) | % Daily Value ** | Trans Fat (g)**** | Cholesterol (mgs) | % Daily Value ** | Sodium (mgs) | % Daily Value ** | Carbohydrates (gms) | % Daily Value ** | Dietary Fiber (gms) | % Daily Value ** | Sugars (gms) | Protein (gms) | Vitamin A | Vitamin C | Calcium | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Strips** | | | | | | | | | | | | | | | | | | | | | | |
| Crispy Strips (3) | 151 | 400 | 220 | 24 | 37 | 5 | 25 | 4.5 | 75 | 25 | 1250 | 52 | 17 | 6 | 0 | 0 | 0 | 29 | 6 | 0 | 10 | 8 |
| Crispy Strips (2) | 102 | 270 | 150 | 16 | 25 | 3.5 | 18 | 3 | 50 | 17 | 850 | 35 | 11 | 4 | 0 | 0 | 0 | 19 | 4 | 0 | 6 | 8 |
| **Popcorn Chicken** | | | | | | | | | | | | | | | | | | | | | | |
| Popcorn Chicken-Kids | 85 | 270 | 140 | 18 | 25 | 3.5 | 18 | 3.5 | 40 | 13 | 850 | 35 | 16 | 5 | 1 | 4 | 0 | 15 | 2 | 0 | 2 | 6 |
| Popcorn Chicken-Individual | 114 | 380 | 190 | 21 | 32 | 5 | 25 | 4.5 | 60 | 21 | 1200 | 50 | 23 | 8 | 0 | 2 | 0 | 24 | 2 | 0 | 4 | 10 |
| Popcorn Chicken-Large | 170 | 560 | 280 | 31 | 48 | 7 | 37 | 7 | 90 | 31 | 1790 | 74 | 34 | 11 | 2 | 0 | 0 | 36 | 4 | 0 | 4 | 15 |
| Popcorn Chicken-Family | 369 | 1210 | 610 | 68 | 104 | 16 | 79 | 14 | 200 | 67 | 3870 | 161 | 73 | 24 | 1 | 5 | 0 | 77 | 6 | 4 | 10 | 30 |
| **Pot Pie** | | | | | | | | | | | | | | | | | | | | | | |
| Chicken Pot Pie | 423 | 770 | 360 | 40 | 62 | 15 | 75 | 14 | 115 | 38 | 1680 | 70 | 70 | 23 | 5 | 20 | 2 | 33 | 200 | 0 | 0 | 20 |
| **Wings** | | | | | | | | | | | | | | | | | | | | | | |
| HBBQ Wings (6) | 157 | 540 | 300 | 33 | 51 | 7 | 35 | 4.5 | 150 | 50 | 1130 | 47 | 36 | 12 | 1 | 4 | 15 | 25 | 8 | 6 | 15 | 6 |
| Boneless HBBQ Wings (6) | 213 | 510 | 220 | 24 | 38 | 4.5 | 23 | 4.5 | 65 | 22 | 1670 | 70 | 42 | 14 | 1 | 5 | 8 | 30 | 0 | 0 | 4 | 8 |
| Fiery Buffalo Wings (6) | 171 | 440 | 230 | 26 | 40 | 7 | 34 | 3.5 | 155 | 52 | 1800 | 75 | 26 | 9 | 3 | 11 | 1 | 27 | 10 | 4 | 4 | 8 |
| Boneless Fiery Buffalo Wings (6) | 211 | 520 | 220 | 25 | 38 | 4.5 | 23 | 4.5 | 35 | 12 | 2520 | 105 | 44 | 15 | 0 | 5 | 1 | 30 | 4 | 0 | 4 | 8 |
| Sweet & Spicy Wings (6) | 158 | 460 | 230 | 26 | 39 | 7 | 33 | 3.5 | 155 | 52 | 950 | 39 | 32 | 11 | 3 | 10 | 15 | 27 | 6 | 6 | 8 | 10 |
| Boneless Sweet & Spicy Wings (6) | 203 | 540 | 220 | 24 | 38 | 4.5 | 22 | 4.5 | 65 | 22 | 1850 | 77 | 50 | 17 | 1 | 5 | 14 | 30 | 0 | 0 | 6 | 8 |
| Hot Wings™ (8) | 134 | 450 | 260 | 29 | 45 | 6 | 30 | 4 | 145 | 48 | 1120 | 47 | 23 | 8 | 1 | 4 | 1 | 24 | 8 | 6 | 8 | 10 |
| **Breads** | | | | | | | | | | | | | | | | | | | | | | |
| Biscuit | 57 | 190 | 90 | 10 | 16 | 2 | 10 | 3.5 | 1.5 | 0 | 560 | 24 | 23 | 8 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 4 |
| **Sides (Individual)** | | | | | | | | | | | | | | | | | | | | | | |
| Green Beans | 96 | 50 | 15 | 1.5 | 2 | 0 | 1 | 0 | 5 | 2 | 570 | 24 | 7 | 2 | 2 | 8 | 2 | 2 | 10 | 4 | 0 | 4 |
| Seasoned Rice | 99 | 150 | 10 | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 640 | 27 | 32 | 11 | 2 | 9 | 1 | 4 | 10 | 0 | 0 | 6 |
| Mashed Potatoes without Gravy | 108 | 110 | 35 | 4 | 6 | 1 | 5 | 0 | 0 | 0 | 320 | 13 | 17 | 6 | 1 | 4 | 0 | 2 | 0 | 2 | 0 | 4 |
| Mashed Potatoes with Gravy | 136 | 130 | 40 | 4.5 | 7 | 1 | 5 | 0.5 | 0 | 0 | 480 | 20 | 19 | 6 | 1 | 4 | 0 | 2 | 0 | 2 | 0 | 6 |
| Macaroni and Cheese | 136 | 180 | 80 | 8 | 12 | 3.5 | 18 | 1 | 15 | 5 | 800 | 33 | 18 | 6 | 2 | 8 | 1 | 8 | 4 | 2 | 20 | 4 |
| Potato Wedges | 102 | 240 | 110 | 12 | 18 | 3 | 15 | 4 | 0 | 0 | 830 | 35 | 30 | 10 | 3 | 12 | 0 | 4 | 0 | 15 | 2 | 10 |
| Corn on the Cob (3") | 82 | 70 | 15 | 1.5 | 2 | 0.5 | 3 | 0 | 0 | 0 | 5 | 0 | 13 | 4 | 3 | 12 | 4 | 2 | 6 | 8 | 0 | 4 |
| Corn on the Cob (5.5") | 162 | 150 | 25 | 3 | 5 | 1 | 5 | 0 | 0 | 0 | 10 | 0 | 26 | 9 | 7 | 28 | 10 | 5 | 10 | 10 | 0 | 6 |
| Baked Beans | 136 | 230 | 10 | 1 | 2 | 1 | 5 | 0 | 0 | 0 | 720 | 30 | 46 | 15 | 7 | 28 | 22 | 8 | 8 | 0 | 8 | 15 |
| Potato Salad | 128 | 180 | 80 | 9 | 14 | 1.5 | 8 | 0 | 5 | 2 | 470 | 20 | 22 | 7 | 4 | 5 | 2 | 2 | 0 | 10 | 2 | 30 |
| Cole Slaw | 130 | 190 | 100 | 11 | 17 | 2 | 10 | 0 | 5 | 2 | 300 | 13 | 22 | 7 | 3 | 12 | 13 | 1 | 25 | 40 | 4 | 2 |
| Baked! Cheetos® | 25 | 120 | 40 | 4.5 | 7 | 1 | 4 | 0 | 0 | 0 | 210 | 9 | 17 | 8 | 0 | 0 | 1 | 2 | 8 | 0 | 0 | 4 |

% Daily Value

Revision: May 24, 2006

# NUTRITION GUIDE

% Daily Value

### Desserts

| Item | Serving Size (gms) | Calories | Calories from Fat | Total Fat (gms) | % Daily Value ** | Saturated Fat (gms) | % Daily Value ** | Trans Fat (g)**** | Cholesterol (mgs) | % Daily Value ** | Sodium (mgs) | % Daily Value ** | Carbohydrates (gms) | % Daily Value ** | Dietary Fiber (gms) | % Daily Value ** | Sugars (gms) | Protein (gms) | Vitamin A | Vitamin C | Calcium | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quaker Chewy® S'mores Granola Bar | 28 | 110 | 20 | 2 | 3 | 0.5 | 3 | 0 | 0 | 0 | 70 | 3 | 22 | 7 | 1 | 4 | 10 | 1 | 0 | 0 | 0 | 2 |
| Apple Pie Mini's (3) | 114 | 400 | 200 | 22 | 35 | 5 | 27 | 7 | 0 | 0 | 250 | 10 | 46 | 15 | 2 | 6 | 20 | 3 | 0 | 45 | 0 | 10 |
| Double Choc. Chip Cake | 76 | 400 | 260 | 29 | 45 | 5 | 25 | 0.5 | 15 | 5 | 230 | 10 | 31 | 10 | 2 | 8 | 27 | 4 | 0 | 0 | 4 | 8 |
| Lil' Bucket™ Fudge Brownie | 99 | 270 | 80 | 9 | 14 | 4 | 20 | 0.5 | 30 | 10 | 170 | 7 | 44 | 15 | 1 | 4 | 39 | 4 | 0 | 0 | 4 | 4 |
| Lil' Bucket™ Lemon Crème | 127 | 400 | 130 | 14 | 22 | 7 | 35 | 1.5 | 5 | 2 | 210 | 9 | 65 | 22 | 1 | 4 | 51 | 2 | 0 | 0 | 4 | 4 |
| Lil' Bucket™ Chocolate Cream | 113 | 270 | 120 | 13 | 20 | 8 | 40 | 0.5 | 0 | 0 | 180 | 8 | 37 | 12 | 2 | 8 | 28 | 2 | 0 | 0 | 20 | 6 |
| Lil' Bucket™ Strawberry Short Cake | 99 | 200 | 50 | 6 | 9 | 4 | 20 | 0 | 20 | 7 | 110 | 5 | 34 | 11 | 0 | 0 | 34 | 2 | 2 | 0 | 6 | 0 |
| Pecan Pie Slice | 113 | 480 | 190 | 21 | 33 | 4.5 | 23 | 1 | 40 | 13 | 360 | 15 | 68 | 23 | 2 | 9 | 21 | 5 | 0 | 0 | 2 | 10 |
| Apple Pie Slice | 113 | 290 | 100 | 11 | 17 | 3 | 14 | 2.5 | 0 | 0 | 230 | 9 | 44 | 15 | 2 | 9 | 23 | 2 | 0 | 0 | 2 | 4 |
| Lemon Meringue Pie Slice | 99 | 240 | 80 | 9 | 14 | 2.5 | 12 | 1.5 | 0 | 0 | 230 | 9 | 40 | 13 | 1 | 4 | 23 | 2 | 0 | 0 | 0 | 4 |
| Sweet Potato Pie Slice | 113 | 340 | 140 | 16 | 24 | 4 | 20 | 3 | 5 | 2 | 210 | 9 | 44 | 15 | 1 | 5 | 24 | 5 | 70 | 0 | 10 | 6 |

### Beverages...

| Item | Serving Size (gms) | Calories | Calories from Fat | Total Fat (gms) | % Daily Value ** | Saturated Fat (gms) | % Daily Value ** | Trans Fat (g)**** | Cholesterol (mgs) | % Daily Value ** | Sodium (mgs) | % Daily Value ** | Carbohydrates (gms) | % Daily Value ** | Dietary Fiber (gms) | % Daily Value ** | Sugars (gms) | Protein (gms) | Vitamin A | Vitamin C | Calcium | Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tropicana® Fruit Punch | 7 fl. oz | 120 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 1 | 27 | 9 | 0 | 0 | 26 | 0 | 0 | 100 | 0 | 0 |
| Pepsi® (Small) | 11 fl. oz | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 2 | 37 | 12 | 0 | 0 | 37 | 0 | 0 | 0 | 0 | 0 |
| Pepsi® (Medium) | 14 fl. oz | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 2 | 47 | 16 | 0 | 0 | 47 | 0 | 0 | 0 | 0 | 0 |
| Pepsi® (Large) | 22 fl. oz | 280 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 | 3 | 74 | 25 | 0 | 0 | 74 | 0 | 0 | 0 | 0 | 0 |
| Diet Pepsi® (Small) | 11 fl. oz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Diet Pepsi® (Medium) | 14 fl. oz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Diet Pepsi® (Large) | 22 fl. oz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mt. Dew® (Small) | 11 fl. oz | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 2 | 43 | 14 | 0 | 0 | 43 | 0 | 0 | 0 | 0 | 0 |
| Mt. Dew® (Medium) | 14 fl. oz | 190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60 | 3 | 54 | 18 | 0 | 0 | 54 | 0 | 0 | 0 | 0 | 0 |
| Mt. Dew® (Large) | 22 fl. oz | 300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 95 | 4 | 85 | 28 | 0 | 0 | 85 | 0 | 0 | 0 | 0 | 0 |

**Percent daily values are based on a 2000 calorie diet.
Your daily values may be higher or lower depending on your caloric needs.

| Calories: | | 2000 | 2500 | gms = gram |
|---|---|---|---|---|
| Total Fat | Less Than | 65g | 80g | mgs = milligram |
| Sat Fat | Less Than | 20g | 25g | Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. |
| Cholesterol | Less Than | 300mg | 300mg | Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences |
| Sodium | Less Than | 2,400mg | 2,400mg | in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products as of this printing |
| Total Carbohydrate | | 300g | 375g | are included in this brochure. Product data is based on current formulation as of date of publication. If you have any questions about KFC® |
| Dietary Fiber | | 25g | 30g | and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC |

* Tender Roast Filet Meal includes: 1 Tender Roast Filet, 1 Small Side of Seasoned Green Beans, and 1 Small Side of Seasoned Rice
** Percent daily values are based on a 2000 calorie diet.
*** Registered Trademarks of PepsiCo, Inc.
**** In order to help you plan your dietary needs, trans fat values less than 0.5 grams are rounded to the nearest 0.25 grams.

Revision: May 24, 2006