IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public, )<br><br>Plaintiff, )<br><br>v. )<br><br>YUM! BRANDS, INC. d/b/a KFC, )<br><br>Defendant. ) | Civil Action No. 06-1127 (JR) |

**[PROPOSED] ORDER**

Defendant Yum! Brands, Inc.'s Motion to Dismiss is granted, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and the Complaint is dismissed with prejudice.

SO ORDERED.

_____          Dated: _____, 2006
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE