UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D. on behalf of himself and all those similarly situated,<br><br>       Plaintiff,<br>v.<br><br>YUM! Brands, INC. d/b/a KFC,<br><br>       Defendant. | Civil Action 06-1127 (JR) |

**CONSENT MOTION FOR EXTENSION OF TIME**

The Plaintiffs, by and through counsel, hereby move this Court for an extension of time to file their Opposition to the Defendants' Motion to Dismiss filed in this matter. In support of this Motion, the Plaintiffs state:

1. Plaintiffs' brief in Opposition to Defendant's Motion to Dismiss is currently due on Monday, August 14, 2006.

2. Plaintiffs' are seeking an additional thirty (30) days, until, Tuesday, September 12, 2006 to file their brief in Opposition to Defendant's Motion to Dismiss.

3. The additional time is necessary to respond to the legal and factual arguments that the Defendants' have raised in their Motion to Dismiss.

4. Currently there is no oral argument set for this matter.

5. In accordance with L.CvR.7.1(m), counsel for the Plaintiffs met and conferred with Defendant's counsel and Defendant's counsel has consented to the proposed extension of time.

WHEREFORE, for the reasons set forth above, the Plaintiffs respectfully request that this Court grant this Consent Motion for an Extension of Time allowing the Plaintiffs until Tuesday, September, 12, 2006 to file their Opposition to the Motion to Dismiss.

Dated: August 9, 2006                              Respectfully Submitted,

                                              HEIDEMAN LEZELL NUDELMAN
                                               & KALIK, P.C.
1146 19th Street, N.W.
Fifth Floor
Washington, DC 20036
Telephone: 202-463-1818
Facsimile: 202-463-2999

By: /s/ Tracy Reichman Kalik
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik (No. 462055)

CENTER FOR SCIENCE IN THE
PUBLIC INTEREST
Stephen Gardner, Director of Litigation
The Meadows Building
5646 Milton Street, Suite 211
Dallas, Texas 75206
Telephone: 214-827-2774
Facsimile: 214-827-2787

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of August, a copy of the forgoing was served via the ECF filing system of the United States District Court for the District of Columbia on counsel for the Defendant:

Roger E. Podesta
Mark P. Goodman
Erich O. Grosz
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

Ana Fernandez Johnson
Debevoise & Plimpton, LLP
555 12th Street, NW
Suite 1100E
Washington, DC  20004

                                                                                                 _/s/Tracy Reichman Kalik___
                                                                                                 Tracy Reichman Kalik