UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARTHUR HOYTE, M.D. on behalf of himself and all those similarly situated, | : : : | |
| Plaintiff, | : | |
| v. | : : | Civil Action 06-1127 (JR) |
| YUM! Brands, INC. d/b/a KFC, | : : | |
| Defendant. | : : | |

**ORDER**

This matter having come before the Court on the Plaintiffs' Consent Motion for an Extension of Time, and the Court having been duly advised,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby GRANTED, and

Plaintiffs shall have up until September 12, 2006 to file their Memorandum in Opposition to Defendants' Motion to Dismiss.

IT IS SO ORDERED on this the _____ day of August, 2006.

_____
Hon. James Robertson
United States District Court