# APPENDIX

Exhibit 1

KFC Nutrition Summary For Your Meal

http://www.yum.com/nutrition/results.asp?BrandID=2&BrandAbbr=KFC

9/7/06 4:16 PM

# NUTRITION SUMMARY FOR YOUR MEAL

## ITEMS ON YOUR TRAY

| | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### DESSERTS

**Apple Pie Slice**
Apple Pie Slice: 108, 270, 9, 14%, 2, 10%, 0, 0, 0%, 200, 8%, 45, 15%, 4, 16%, 22, 3, 2%, 40%, 0%, 8%

**SUBTOTALS** 108, 270, 9, 14%, 2, 10%, 0, 0, 0%, 200, 8%, 45, 15%, 4, 16%, 22, 3, 2%, 40%, 0%, 8%

| | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**GRAND TOTALS** 108, 270, 9, 14%, 2, 10%, 0, 0, 0%, 200, 8%, 45, 15%, 4, 16%, 22, 3, 2%, 40%, 0%, 8%

The Daily Values (DV) are recommended amounts of nutrients based on consuming 2,000 calories per day. All calculations are based on cooked values.

| | 2,000 | 2,500 |
|---|---|---|
| Calories | | |
| Total Fat | less than | 65g | 80g |
| Saturated Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Total Carbohydrates | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

g = gram
mg = milligram

**Note: Nutrient contributions from individual components may not equal the total due to federal rounding regulations.**

Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products as of this posting are included on this site. Product data is based on current formulations as of date of posting.

Product data is based on current formulation as of date of publication. If you have any questions about KFC® and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC.

return to your TRAY

©2003 Yum! Brands, Inc. All Rights Reserved.
PEPSI, PEPSI-COLA, and PEPSI Globe are registered trademarks of PepsiCo, Inc.

# NUTRITION SUMMARY FOR YOUR MEAL

| ITEMS ON YOUR TRAY | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DESSERTS** | | | | | | | | | | | | | | | | | | | | | |
| Apple Pie Slice | | | | | | | | | | | | | | | | | | | | | |
| Apple Pie Slice | 108 | 270 | 9 | 14% | 2 | 10% | 0 | 0 | 0% | 200 | 9% | 45 | 15% | 4 | 16% | 22 | 3 | 2% | 40% | 0% | 8% |
| SUBTOTALS | 108 | 270 | 9 | 14% | 2 | 10% | 0 | 0 | 0% | 200 | 8% | 45 | 15% | 4 | 16% | 22 | 3 | 2% | 40% | 0% | 8% |
| **SANDWICHES AND TWISTERS®** | | | | | | | | | | | | | | | | | | | | | |
| Triple Crunch Sandwich | | | | | | | | | | | | | | | | | | | | | |
| (3) Crispy Strips, Pepper Mayo, Tomatoes, Lettuce Blend, Split Top Bun | 262 | 640 | 34 | 53% | 7 | 36% | 4.5 | 75 | 24% | 1640 | 68% | 49 | 16% | 3 | 12% | 4 | 36 | 6% | 10% | 10% | 20% |
| SUBTOTALS | 262 | 640 | 34 | 53% | 7 | 36% | 4.5 | 75 | 24% | 1640 | 68% | 49 | 16% | 3 | 12% | 4 | 36 | 6% | 10% | 10% | 20% |
| **SIDES (INDIVIDUAL)** | | | | | | | | | | | | | | | | | | | | | |
| BBQ Baked Beans | | | | | | | | | | | | | | | | | | | | | |
| BBQ Baked Beans | 136 | 230 | 1 | 2% | 1 | 5% | 0 | 0 | 0% | 720 | 30% | 46 | 15% | 7 | 28% | 22 | 8 | 8% | 6% | 15% | 30% |
| Mashed Potatoes and Gravy | | | | | | | | | | | | | | | | | | | | | |
| Mashed Potatoes, Gravy | 136 | 130 | 4.5 | 7% | 1 | 5% | 0.5 | 0 | 0% | 380 | 16% | 18 | 6% | 1 | 4% | 1 | 2 | 2% | 4% | 0% | 2% |
| SUBTOTALS | 272 | 360 | 6 | 8% | 2 | 10% | 1 | 0 | 0% | 1100 | 46% | 64 | 21% | 8 | 32% | 23 | 10 | 10% | 10% | 15% | 30% |
| **GRAND TOTALS** | 642 | 1270 | 49 | 75% | 11 | 56% | 5 | 75 | 24% | 2940 | 123% | 158 | 53% | 15 | 60% | 49 | 49 | 20% | 60% | 25% | 60% |

return to your TRAY

**Note: Nutrient contributions from individual components may not equal the total due to federal rounding regulations.**

Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products included on this posting are included on this site. Product data is based on current formulations as of date of posting.

Product data is based on current formulation as of date of publication. If you have any questions about KFC® and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC.

The Daily Values (DV) are recommended amounts of nutrients based on consuming 2,000 calories per day. All calculations are based on cooked values.

| | 2,000 | 2,500 |
|---|---|---|
| Calories | | |
| Total Fat | less than | 65g | 80g |
| Saturated Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Total Carbohydrates | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

g = gram
mg = milligram

©2003 Yum! Brands, Inc. All Rights Reserved.
PEPSI, PEPSI-COLA, and PEPSI Globe are registered trademarks of PepsiCo, Inc.

# NUTRITION SUMMARY FOR YOUR MEAL

| ITEMS ON YOUR TRAY | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALADS & MORE** | | | | | | | | | | | | | | | | | | | | | |
| Crispy Caesar Salad — KFC® Parmesan Garlic Croutons Pouch, KFC® Creamy Parmesan Caesar Dressing Pouch, Crispy Caesar Salad | 386 | 700 | 48 | 74% | 12 | 60% | 4.5 | 80 | 27% | 1800 | 75% | 34 | 11% | 3 | 12% | 6 | 32 | 45% | 30% | 30% | 10% |
| SUBTOTALS | 386 | 700 | 48 | 74% | 12 | 60% | 4.5 | 80 | 27% | 1800 | 75% | 34 | 11% | 3 | 12% | 6 | 32 | 45% | 30% | 30% | 10% |
| **DESSERTS** | | | | | | | | | | | | | | | | | | | | | |
| Apple Pie Slice | 108 | 270 | 9 | 14% | 2 | 10% | 0 | 0 | 0% | 200 | 8% | 45 | 15% | 4 | 16% | 22 | 3 | 2% | 40% | 0% | 8% |
| SUBTOTALS | 108 | 270 | 9 | 14% | 2 | 10% | 0 | 0 | 0% | 200 | 8% | 45 | 15% | 4 | 16% | 22 | 3 | 2% | 40% | 0% | 8% |
| **BREADS** | | | | | | | | | | | | | | | | | | | | | |
| Biscuit | 57 | 190 | 10 | 15% | 2 | 10% | 3.5 | 0 | 1% | 580 | 24% | 23 | 8% | 0 | 0% | 1 | 2 | 0% | 0% | 0% | 4% |
| SUBTOTALS | 57 | 190 | 10 | 15% | 2 | 10% | 3.5 | 0 | 1% | 580 | 24% | 23 | 8% | 0 | 0% | 1 | 2 | 0% | 0% | 0% | 4% |
| **GRAND TOTALS** | 551 | 1160 | 67 | 103% | 16 | 80% | 8 | 80 | 27% | 2580 | 108% | 102 | 34% | 7 | 28% | 29 | 37 | 45% | 70% | 30% | 25% |

**Note: Nutrient contributions from individual components may not equal the total due to federal rounding regulations.**

Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products as of this posting are included on this site. Product data is based on current formulations as of date of posting.

Product data is based on current formulation as of date of publication. If you have any questions about KFC® and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC.

The Daily Values (DV) are recommended amounts of nutrients based on consuming 2,000 calories per day. All calculations are based on cooked values.

|  | 2,000 | 2,500 |
|---|---|---|
| Calories | | |
| Total Fat | less than | 65g | 80g |
| Saturated Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Total Carbohydrates | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

g = gram    mg = milligram

return to your TRAY

©2003 Yum! Brands, Inc. All Rights Reserved.
PEPSI, PEPSI-COLA, and PEPSI Globe are registered trademarks of PepsiCo, Inc.

3

## NUTRITION SUMMARY FOR YOUR MEAL

| ITEMS ON YOUR TRAY | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DESSERTS** | | | | | | | | | | | | | | | | | | | | | |
| Lemon Meringue Pie Slice | | | | | | | | | | | | | | | | | | | | | |
| Lemon Meringue Pie | 92 | 310 | 11 | 17% | 5 | 25% | 0 | 40 | 13% | 160 | 7% | 47 | 16% | 3 | 12% | 36 | 5 | 0% | 6% | 15% | 6% |
| SUBTOTALS | 92 | 310 | 11 | 17% | 5 | 25% | 0 | 40 | 13% | 160 | 7% | 47 | 16% | 3 | 12% | 36 | 5 | 0% | 6% | 15% | 6% |
| GRAND TOTALS | 92 | 310 | 11 | 17% | 5 | 25% | 0 | 40 | 13% | 160 | 7% | 47 | 16% | 3 | 12% | 36 | 5 | 0% | 6% | 15% | 6% |

return to your TRAY

**Note: Nutrient contributions from individual components may not equal the total due to federal rounding regulations.**

Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products as of this posting are included on this site. Product data is based on current formulations as of date of posting.

Product data is based on current formulation as of date of publication. If you have any questions about KFC® and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC.

The Daily Values (DV) are recommended amounts of nutrients based on consuming 2,000 calories per day. All calculations are based on cooked values.

| | | 2,000 | 2,500 |
|---|---|---|---|
| Calories | | | |
| Total Fat | less than | 65g | 80g |
| Saturated Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Total Carbohydrates | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

g = gram
mg = milligram

©2003 Yum! Brands, Inc. All Rights Reserved.
PEPSI, PEPSI-COLA, and PEPSI Globe are registered trademarks of PepsiCo, Inc.

4

## NUTRITION SUMMARY FOR YOUR MEAL

| ITEMS ON YOUR TRAY | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALADS & MORE** | | | | | | | | | | | | | | | | | | | | | |
| **Rice Bowl with Gravy** KFC Famous Bowls-Rice with Gravy | 472 | 770 | 25 | 38% | 8 | 40% | 4 | 55 | 18% | 2750 | 115% | 107 | 36% | 8 | 32% | 6 | 30 | 25% | 10% | 20% | 25% |
| SUBTOTALS | 472 | 770 | 25 | 38% | 8 | 40% | 4 | 55 | 18% | 2750 | 115% | 107 | 36% | 8 | 32% | 6 | 30 | 25% | 10% | 20% | 25% |
| **DESSERTS** | | | | | | | | | | | | | | | | | | | | | |
| **Lemon Meringue Pie Slice** Lemon Meringue Pie | 92 | 310 | 11 | 17% | 5 | 25% | 0 | 40 | 13% | 160 | 7% | 47 | 16% | 3 | 12% | 36 | 5 | 0% | 6% | 15% | 6% |
| SUBTOTALS | 92 | 310 | 11 | 17% | 5 | 25% | 0 | 40 | 13% | 160 | 7% | 47 | 16% | 3 | 12% | 36 | 5 | 0% | 6% | 15% | 6% |
| **CHICKEN** | | | | | | | | | | | | | | | | | | | | | |
| **Extra Crispy™ Chicken Whole Wing** Extra Crispy Chicken – Whole Wing | 52 | 190 | 12 | 18% | 4 | 20% | 2 | 55 | 18% | 390 | 16% | 10 | 3% | 0 | 0% | 0 | 10 | 0% | 0% | 0% | 2% |
| SUBTOTALS | 52 | 190 | 12 | 18% | 4 | 20% | 2 | 55 | 18% | 390 | 16% | 10 | 3% | 0 | 0% | 0 | 10 | 0% | 0% | 0% | 2% |
| **BREADS** | | | | | | | | | | | | | | | | | | | | | |
| **Biscuit** Biscuit | 57 | 190 | 10 | 15% | 2 | 10% | 3.5 | 0 | 1% | 580 | 24% | 23 | 8% | 0 | 0% | 1 | 2 | 0% | 0% | 0% | 4% |
| SUBTOTALS | 57 | 190 | 10 | 15% | 2 | 10% | 3.5 | 0 | 1% | 580 | 24% | 23 | 8% | 0 | 0% | 1 | 2 | 0% | 0% | 0% | 4% |
| GRAND TOTALS | 673 | 1460 | 58 | 89% | 19 | 95% | 10 | 150 | 51% | 3880 | 162% | 187 | 62% | 11 | 44% | 43 | 47 | 25% | 15% | 35% | 35% |

return to your TRAY

**Note: Nutrient contributions from individual components may not equal the total due to federal rounding regulations.**

Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products as of this posting are included on this site. Product data is based on current formulations as of date of posting.

Product data is based on current formulation as of date of publication. If you have any questions about KFC® and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC.

The Daily Values (DV) are recommended amounts of nutrients based on consuming 2,000 calories per day. All calculations are based on cooked values.

| | | 2,000 | 2,500 |
|---|---|---|---|
| Calories | | | |
| Total Fat | less than | 65g | 80g |
| Saturated Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Total Carbohydrates | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

g = gram
mg = milligram

©2003 Yum! Brands, Inc. All Rights Reserved.
PEPSI, PEPSI-COLA, and PEPSI Globe are registered trademarks of PepsiCo, Inc.

## NUTRITION SUMMARY FOR YOUR MEAL

| ITEMS ON YOUR TRAY | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DESSERTS** | | | | | | | | | | | | | | | | | | | | | |
| Lemon Meringue Pie Slice | | | | | | | | | | | | | | | | | | | | | |
| Lemon Meringue Pie | 92 | 310 | 11 | 17% | 5 | 25% | 0 | 40 | 13% | 160 | 7% | 47 | 16% | 3 | 12% | 36 | 5 | 0% | 6% | 15% | 6% |
| SUBTOTALS | **92** | **310** | **11** | **17%** | **5** | **25%** | **0** | **40** | **13%** | **160** | **7%** | **47** | **16%** | **3** | **12%** | **36** | **5** | **0%** | **6%** | **15%** | **6%** |
| **SANDWICHES AND TWISTERS®** | | | | | | | | | | | | | | | | | | | | | |
| Triple Crunch Sandwich | | | | | | | | | | | | | | | | | | | | | |
| (3) Crispy Strips, Pepper Mayo, Tomatoes, Lettuce Blend, Split Top Bun | 262 | 640 | 34 | 53% | 7 | 36% | 4.5 | 75 | 24% | 1640 | 68% | 49 | 16% | 3 | 12% | 4 | 36 | 6% | 10% | 10% | 20% |
| SUBTOTALS | **262** | **640** | **34** | **53%** | **7** | **36%** | **4.5** | **75** | **24%** | **1640** | **68%** | **49** | **16%** | **3** | **12%** | **4** | **36** | **6%** | **10%** | **10%** | **20%** |
| **SIDES (INDIVIDUAL)** | | | | | | | | | | | | | | | | | | | | | |
| BBQ Baked Beans | | | | | | | | | | | | | | | | | | | | | |
| BBQ Baked Beans | 136 | 230 | 1 | 2% | 1 | 5% | 0 | 0 | 0% | 720 | 30% | 46 | 15% | 7 | 28% | 22 | 8 | 8% | 6% | 15% | 30% |
| Mashed Potatoes and Gravy | | | | | | | | | | | | | | | | | | | | | |
| Mashed Potatoes, Gravy | 136 | 130 | 4.5 | 7% | 1 | 5% | 0.5 | 0 | 0% | 380 | 16% | 18 | 6% | 1 | 4% | 1 | 2 | 2% | 4% | 0% | 2% |
| SUBTOTALS | **272** | **360** | **6** | **8%** | **2** | **10%** | **1** | **0** | **0%** | **1100** | **46%** | **64** | **21%** | **8** | **32%** | **23** | **10** | **10%** | **10%** | **15%** | **30%** |
| | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
| GRAND TOTALS | **626** | **1310** | **51** | **78%** | **14** | **71%** | **5** | **115** | **38%** | **2900** | **121%** | **160** | **53%** | **14** | **56%** | **63** | **51** | **15%** | **30%** | **40%** | **60%** |

return to your TRAY

**Note: Nutrient contributions from individual components may not equal the total due to federal rounding regulations.**

Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products included in this posting are included on this site. Product data is based on current formulations as of date of posting.

Product data is based on current formulation as of date of publication. If you have any questions about KFC® and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC.

The Daily Values (DV) are recommended amounts of nutrients based on consuming 2,000 calories per day. All calculations are based on cooked values.

| | 2,000 | 2,500 |
|---|---|---|
| Calories | | |
| Total Fat | less than | 65g | 80g |
| Saturated Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Total Carbohydrates | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

g = gram
mg = milligram

©2003 Yum! Brands, Inc. All Rights Reserved.
PEPSI, PEPSI-COLA, and PEPSI Globe are registered trademarks of PepsiCo, Inc.

6

KFC Nutrition Summary For Your Meal

http://www.yum.com/nutrition/results.asp?BrandID=2&BrandAbbr=KFC

## NUTRITION SUMMARY FOR YOUR MEAL

| ITEMS ON YOUR TRAY | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DESSERTS** | | | | | | | | | | | | | | | | | | | | | |
| Lemon Meringue Pie Slice | | | | | | | | | | | | | | | | | | | | | |
| Lemon Meringue Pie | 92 | 310 | 11 | 17% | 5 | 25% | 0 | 40 | 13% | 160 | 7% | 47 | 16% | 3 | 12% | 36 | 5 | 0% | 6% | 15% | 6% |
| SUBTOTALS | 92 | 310 | 11 | 17% | 5 | 25% | 0 | 40 | 13% | 160 | 7% | 47 | 16% | 3 | 12% | 36 | 5 | 0% | 6% | 15% | 6% |
| **SANDWICHES AND TWISTERS®** | | | | | | | | | | | | | | | | | | | | | |
| Triple Crunch Sandwich | | | | | | | | | | | | | | | | | | | | | |
| (3) Crispy Strips, Pepper Mayo, Tomatoes, Lettuce Blend, Split Top Bun | 262 | 640 | 34 | 53% | 7 | 36% | 4.5 | 75 | 24% | 1640 | 68% | 49 | 16% | 3 | 12% | 4 | 36 | 6% | 10% | 10% | 20% |
| SUBTOTALS | 262 | 640 | 34 | 53% | 7 | 36% | 4.5 | 75 | 24% | 1640 | 68% | 49 | 16% | 3 | 12% | 4 | 36 | 6% | 10% | 10% | 20% |
| **BREADS** | | | | | | | | | | | | | | | | | | | | | |
| Biscuit | | | | | | | | | | | | | | | | | | | | | |
| Biscuit | 57 | 190 | 10 | 15% | 2 | 10% | 3.5 | 0 | 1% | 580 | 24% | 23 | 8% | 0 | 0% | 1 | 2 | 0% | 0% | 0% | 4% |
| SUBTOTALS | 57 | 190 | 10 | 15% | 2 | 10% | 3.5 | 0 | 1% | 580 | 24% | 23 | 8% | 0 | 0% | 1 | 2 | 0% | 0% | 0% | 4% |
| **SIDES (INDIVIDUAL)** | | | | | | | | | | | | | | | | | | | | | |
| BBQ Baked Beans | | | | | | | | | | | | | | | | | | | | | |
| BBQ Baked Beans | 136 | 230 | 1 | 2% | 1 | 5% | 0 | 0 | 0% | 720 | 30% | 46 | 15% | 7 | 28% | 22 | 8 | 8% | 6% | 15% | 30% |
| Mashed Potatoes and Gravy | | | | | | | | | | | | | | | | | | | | | |
| Mashed Potatoes, Gravy | 136 | 130 | 4.5 | 7% | 1 | 5% | 0.5 | 0 | 0% | 380 | 16% | 18 | 6% | 1 | 4% | 1 | 2 | 2% | 4% | 0% | 2% |
| SUBTOTALS | 272 | 360 | 6 | 8% | 2 | 10% | 1 | 0 | 0% | 1100 | 46% | 64 | 21% | 8 | 32% | 23 | 10 | 10% | 10% | 15% | 30% |
| | Serving Weight (grams) | Calories | Total Fat (grams) | %DV | Saturated Fat (grams) | %DV | Trans Fat (grams) | Cholesterol (milligrams) | %DV | Sodium (milligrams) | %DV | Carbohydrates (grams) | %DV | Dietary Fiber (grams) | %DV | Sugars (grams) | Protein (grams) | Vitamin A (%DV) | Vitamin C (%DV) | Calcium (%DV) | Iron (%DV) |
| GRAND TOTALS | 683 | 1500 | 61 | 93% | 16 | 81% | 9 | 115 | 38% | 3480 | 145% | 183 | 61% | 14 | 56% | 64 | 53 | 15% | 30% | 40% | 60% |

return to your TRAY

**Note:** Nutrient contributions from individual components may not equal the total due to federal rounding regulations.

Substitution of ingredients may alter nutritional values. Menu items and hours of availability may vary at participating locations. Although this data is based on standard portion product guidelines, variation can be expected due to seasonal influences, minor differences in product assembly per restaurant and other factors. Except for limited time offerings or test market items, menu products as of this posting are included on this site. Product data is based on current formulations as of date of posting.

Product data is based on current formulation as of date of publication. If you have any questions about KFC® and nutrition or are particularly sensitive to specific ingredients or foods, please contact us at 1-800-CALL-KFC.

The Daily Values (DV) are recommended amounts of nutrients based on consuming 2,000 calories per day. All calculations are based on cooked values.

| | | 2,000 | 2,500 |
|---|---|---|---|
| Calories | | | |
| Total Fat | less than | 65g | 80g |
| Saturated Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Total Carbohydrates | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

g = gram
mg = milligram

©2003 Yum! Brands, Inc. All Rights Reserved.
PEPSI, PEPSI-COLA, and PEPSI Globe are registered trademarks of PepsiCo, Inc.

9/7/06 4:04 PM

1 of 1

7