UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D. on behalf of himself and all those similarly situated, and in the interests of the general public,<br><br>Plaintiff,<br><br>v.<br><br>YUM! Brands, Inc. d/b/a KFC,<br><br>Defendant. | Civil Action 06-1127 (JR) |

## **ORDER**

This matter having come before the Court on Defendant's Motion to Dismiss, and the Court having been fully advised, it is hereby **ORDERED** that Defendant's Motion is hereby **DENIED** and Defendant shall forthwith file its Answer to Plaintiffs' Complaint in accordance with the Rules of this Court.

**IT IS SO ORDERED** on this the ____ day of _____, 2006.

_____
Hon. James Robertson
United States District Judge

Copies to:

Counsel of Record