IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR HOYTE, M.D.**, on behalf of himself and all others similarly situated, and in the interests of the general public,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>**YUM! BRANDS, INC. d/b/a KFC,**<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 06-1127 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, Yum! Brands, Inc., by and through its counsel, hereby moves this Court for an extension of time to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss.

Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due on September 18, 2006. Through this Motion, Defendant seeks an extension until September 26, 2006 to file its Reply in order to fully respond to the arguments raised in Plaintiff's Opposition to Defendant's Motion to Dismiss. Pursuant to LCvR 7(m), Defendant's counsel has conferred with Plaintiffs' counsel about the extension and Plaintiffs' counsel has agreed to the extension of the deadline until September 26, 2006. Presently, there is no oral argument scheduled for this matter.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that this Court grant this Consent Motion for an Extension of Time allowing Defendant until Tuesday, September 26, 2006 to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss.

Dated:  September 13, 2006

                 Respectfully Submitted,


                 DEBEVOISE & PLIMPTON LLP


/s/_____Erich O. Grosz_____
By: Roger E. Podesta
   Mark P. Goodman
   Erich O. Grosz
   (admitted pro hac vice)


919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

/s/_____Ada Fernandez Johnson__
By: Ada Fernandez Johnson
   (Bar No. 463296)


555 12th St., NW
Suite 1100E
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (212) 383-8118

*Attorneys for Defendant, Yum! Brands, Inc.*