## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,** ) ) ) | |
| ) | Civil Action No.  06-1127 (JR) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **YUM! BRANDS, INC. d/b/a KFC,** ) | |
| ) | |
| Defendant. ) | |

## <u>ORDER</u>

This matter having come before the Court on Defendant's Consent Motion for an Extension of Time, and the Court having been duly advised,

IT IS HEREBY ORDERED AND ADJUDGED THAT Defendant's Motion is hereby GRANTED, and

Defendant shall have until Tuesday, September 26, 2006 to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss.

IT IS SO ORDERED on this the _____ day of September, 2006.

_____
Honorable James Robertson
United States District Court