# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,<br><br>                Plaintiff,<br>  v.<br><br>YUM! BRANDS, INC. d/b/a KFC,<br><br>                Defendant. | Civil Action No. 06-1127 (JR) |

## YUM! BRANDS, INC.'S NOTICE OF NEW AUTHORITY: FRAKER V. KFC CORPORATION, ET AL.

Defendant Yum! Brands, Inc. respectfully notifies the Court of the decision of the United States District Court for the Southern District of California in Deborah A. Fraker v. KFC Corporation; Yum! Brands, Inc., Case No. 06cv1284 JM (WMc) (S.D. Cal. Oct. 19, 2006) (copy attached as Exhibit A). Fraker is the only other lawsuit against Yum! Brands, Inc. or KFC Corporation making allegations about the trans fat content of food served at KFC restaurants. The Court in Fraker dismissed the plaintiff's complaint with leave to amend.

Accordingly, Fraker is relevant authority in support of Yum! Brands, Inc.'s pending Motion to Dismiss in this action.

22308978v1

Dated: October 23, 2006

        Respectfully Submitted,

        DEBEVOISE & PLIMPTON LLP

        /s/_____Roger E. Podesta_____
        By:   Roger E. Podesta
              Mark P. Goodman
              Erich O. Grosz
              (admitted pro hac vice)

919 Third Avenue
New York, New York 10022
Tel:   (212) 909-6000
Fax:  (212) 909-6836

/s/_____Ada Fernandez Johnson__
By:   Ada Fernandez Johnson
      (Bar No. 463296)

555 12th St., NW
Suite 1100E
Washington, D.C. 20004
Tel:   (202) 383-8000
Fax:  (212) 383-8118

*Attorneys for Defendant Yum! Brands, Inc.*

22308978v1