UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARTHUR HOYTE, M.D. on behalf of himself and all those similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action 06-1127 (JR) |
| YUM! Brands, INC. d/b/a KFC, | : : | |
| Defendant. | : : | |

## NOTICE

The Court will please take Notice that Stephen Gardener, Litigation Director for the Center for Science in the Public Interest (CSPI) is no longer serving as counsel for the plaintiff in this matter. Although Mr. Gardner had not electronically entered his appearance in this matter, his name and that of CSPI did appear on pleadings filed on behalf of the Plaintiff. Plaintiff will continue to be represented by Lead Counsel and Counsel of Record for the Plaintiff:

>   Richard D. Heideman (No. 377462)
>   Noel J. Nudelman (No. 449969)
>   Tracy Reichman Kalik (No. 462055)
>   HEIDEMAN NUDELMAN & KALIK, P.C.
>   1146 19th Street, N.W.,
>   Fifth Floor
>   Washington, DC  20036
>   Telephone:  202-463-1818
>   Facsimile:  202-463-2999

Dated:  November 3, 2006 	Respectfully Submitted,

           HEIDEMAN NUDELMAN
              & KALIK, P.C.
           1146 19th Street, N.W.
           Fifth Floor
           Washington, DC  20036
           Telephone:  202-463-1818
           Facsimile:  202-463-2999

           By: */s/ Tracy Reichman Kalik*
            Richard D. Heideman (No. 377462)
            Noel J. Nudelman (No. 449969)
            Tracy Reichman Kalik (No. 462055)

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 3rd day of November, a copy of the forgoing was served via the ECF filing system of the United States District Court for the District of Columbia on counsel for the Defendant:

Roger E. Podesta
Mark P. Goodman
Erich O. Grosz
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

Ana Fernandez Johnson
Debevoise & Plimpton, LLP
555 12th Street, NW
Suite 1100E
Washington, DC  20004

              */s/Tracy Reichman Kalik*
              Tracy Reichman Kalik