IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public,<br><br>          Plaintiff,<br><br>v.<br><br>YUM! BRANDS, INC. d/b/a KFC,<br><br>          Defendant. | Civil Action No. 06-1127 (JR) |

## **DECLARATION OF ROGER E. PODESTA**

I, Roger E. Podesta, hereby declare as follows:

1. I am a member of the Bar of the State of New York and a partner at Debevoise & Plimpton LLP, counsel for Yum! Brands, Inc ("KFC").

2. I submit this declaration pursuant to 28 U.S.C. § 1746 and Rule 26(c) of the Federal Rules of Civil Procedure in support of KFC's Motion to Stay Discovery.

3. On January 11, 2007, Plaintiff served KFC by mail a First Set of Requests for Production of Documents, a First Set of Requests for Admission, and a Notice of Deposition of Doug Hassello. Plaintiff's discovery requests are attached as Exhibit A.

4. On January 24, 2007, I spoke on the telephone with Tracy Reichman Kalik, counsel for Plaintiff, Arthur Hoyte. I asked for Ms. Kalik's consent to stay all discovery in this matter pending the outcome of KFC's dispositive motion to dismiss. Ms. Kalik responded that Plaintiff would likely not agree to the stay request, but she

needed to consult with her partner, Richard Heideman before providing an answer on Plaintiff's behalf.

5.      Thereafter, I had several discussions with Mr. Heideman about this matter. Finally, on February 5, 2007, Mr. Heideman sent a letter by fax confirming that Plaintiff did not consent to the stay request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 5, 2007
        New York, New York

/s/      Roger E. Podesta
         Roger E. Podesta