IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARTHUR HOYTE, M.D., on behalf of himself and all others similarly situated, and in the interests of the general public, | ) ) ) | Civil Action No. 06-1127 (JR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YUM! BRANDS, INC. d/b/a KFC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, defendant Yum!

Brands, Inc.'s Motion to Stay Discovery is granted.  Discovery in this action is stayed

until the Court rules on Defendant's pending motion to dismiss the Complaint.


SO ORDERED.


Dated: _____, 2007

_____
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE