```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


ARTHUR HOYTE, M.D.,                :
                                   :
        Plaintiff,                 :
                                   :
     v.                            :  Civil Action No. 06-1127 (JR)
                                   :
YUM! BRANDS, INC. d/b/a KFC        :
                                   :
        Defendant.                 :
```

## ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion to dismiss [12] is **granted**. It is **SO ORDERED.**

```
                                       JAMES ROBERTSON
                                  United States District Judge
```